UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**HAIYING HUANG,**

   Plaintiff,

v.                                        **No. 4:25-cv-00181-P**

**UNIVERSITY OF TEXAS ARLINGTON,**

   Defendant.

## ORDER

Before the Court is Defendant University of Texas Arlington's Motion to Dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure. ECF No. 32. Having considered the Motion, the Court finds that the Motion should be and is hereby **DENIED.**

**SO ORDERED** on this **2nd day of July 2025.**

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE