UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**HAIYING HUANG,**

Plaintiff,

v. **No. 4:25-cv-00181-P**

**UNIVERSITY OF TEXAS AT ARLINGTON,**

Defendant.

**ORDER**

Before the Court is Plaintiff's Expedited Motion for Leave to File Supplemental Complaint. ECF No. 107. In the Motion, Plaintiff asks for leave to file a supplemental pleading in this case based on events that allegedly occurred after this case first came to trial in June. ECF No. 107 at 1. This case is set for trial starting tomorrow. As the Motion notes, it already went to trial once. ECF No. 107 at 1. This late stage of the litigation is not the proper time to present new legal claims. Accordingly, the Motion is hereby **DENIED.**

It is therefore **ORDERED** that Plaintiff's Expedited Motion is **DENIED.**

**SO ORDERED** on this **10th day** of **August 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE