**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| HAIYING HUANG,<br>*Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-00181-P |
| UNIVERSITY OF TEXAS ARLINGTON,<br>*Defendant.* | § | |

**DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR FRONT PAY, ATTORNEYS' FEES, AND AFFIRMATIVE INJUNCTIVE RELIEF**

**TO THE HONORABLE MARK PITTMAN:**

Defendant, The University of Texas at Arlington ("UTA"), files this response in opposition to Plaintiff Dr. Haiying Huang's ("Plaintiff") request for front pay, attorneys' fees, and affirmative injunction. Plaintiff's front pay model fails because 1) Plaintiff failed to adhere to black letter discovery rules, and 2) it is unduly speculative and constitutes a windfall, as thirteen years of front pay has been held to be too speculative.

Further, Plaintiff's attorney fee calculation is inflated. All the attorneys' hourly rate is much too high for the locale. Plaintiff seeks to recover on claims that were never before this Court—and were in fact explicitly rejected by this Court. Moreover, counsel engaged in block billing, which prevents UTA and this Court from adequately assessing the reasonableness of the time spent on individual tasks.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**WILLIAM WASSDORF**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Stephanie A. Criscione Houser /s/*
**STEPHANIE A. CRISCIONE HOUSER**
Assistant Attorney General
Texas Bar No. 24109768
Melissa B. Hostick
Assistant Attorney General
Texas Bar No. 24128832
Office of the Attorney General
P.O. Box 12548 Capitol Station
Austin, Texas 78711-25848
(512) 475-4104 Fax: (512) 320-0667
Stephanie.Criscione@oag.texas.gov
**LEAD COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on September 25, 2026, a copy of the foregoing was served on all counsel of record through the ECF filing system.

*/s/ Stephanie A. Criscione Houser /s/*
Stephanie A Criscione Houser
Lead Counsel for Defendant