# 2025 INCOME AND HOURLY RATE REPORT

The following report is published periodically to provide insight into the economics of the practice of law in Texas. The survey for this report was conducted in 2026 and collected information regarding attorneys' 2025 calendar year income and billing practices.

STATE BAR OF TEXAS
Created in 1939

# INTRODUCTION

The Texas Attorney Survey is conducted periodically to provide insight into the economics of law practice in Texas.

The State Bar's Department of Research and Analysis launched the Texas Attorney Survey on May 21, 2026, and completed data collection on June 30, 2026.

This report presents data collected on licensed and practicing full-time attorneys who provided information for the calendar year 2025.

The report provides detailed breakdowns of incomes by sex, race, ethnicity, years of experience, and region of the state. A comparison to historical data is also provided for select demographics.

The questionnaire was emailed to all active State Bar of Texas attorneys who have not opted out of taking surveys. A total of 81,636 attorneys received the survey, and 6,363 attorneys responded, for a response rate of 7.8%. This response gave the survey a margin of error of ±1.2%.

A more detailed description of the methodology is included at the end of this report (see appendix).

## Responses by Metropolitan Statistical Area (MSA)

| Metropolitan Statistical Area | Texas Attorney Population | Percent of Attorney Population | Respondents | Percent of Respondents |
|---|---|---|---|---|
| Houston-Pasadena-The Woodlands MSA | 32,395 | 27% | 1,190 | 23% |
| Dallas-Fort Worth-Arlington MSA | 31,651 | 27% | 1,180 | 23% |
| Austin-Round Rock MSA | 14,255 | 12% | 642 | 12% |
| San Antonio-New Braunfels MSA | 7,912 | 7% | 442 | 8% |
| El Paso MSA | 1,280 | 1% | 92 | 2% |
| Corpus Christi MSA | 1,002 | 1% | 82 | 2% |
| Beaumont-Port Arthur MSA | 696 | 1% | 42 | 1% |
| Central Texas MSAs | 1,236 | 1% | 81 | 2% |
| East & NE Texas MSAs | 2,427 | 2% | 131 | 3% |
| South Texas MSAs | 2,162 | 2% | 113 | 2% |
| West Texas MSAs | 2,568 | 2% | 185 | 4% |
| Non-Metro | 3,551 | 3% | 409 | 8% |
| Out-of-State/Country | 17,268 | 15% | 616 | 12% |

**Note: Respondents were asked to provide their county. Not all respondents provided the information.**

UTA RESP APPX0002

# SUMMARY FINDINGS

## 2025 Income and Hourly Rate Summary

Median Income

**$164,705**

Median Hourly Rate

**$368**

### INCOME

The median income for respondent full-time Texas attorneys was $164,705.

In 2025, 55% of full-time Texas attorney respondents saw an increase in their annual income.

Texas attorney income has increased steadily since 2011.

Men and white attorneys reported higher incomes than their counterparts. Men reported a median of $182,797, and white attorneys reported a median of $162,182.

Median income increases with more experience across demographic categories. Attorneys licensed 2 or fewer years reported a median income of $91,800 compared to a median of $205,702 for those licensed over 25 years.

The two highest incomes were reported by attorneys in the Dallas-Fort Worth-Arlington MSA, where the median was $181,009, and in the Houston-Pasadena-The Woodlands MSA, where the median income was $173,586.

### HOURLY RATES

The median hourly rate for respondent full-time private practitioners in 2025 was $368.

The highest hourly rates were reported in the largest metro areas. In Austin-Round Rock MSA, the median was $398; in the Dallas-Fort Worth-Arlington MSA, the median rate was $388; and in Houston-Pasadena-The Woodlands MSA, the median was $377.

**From 2023 to 2025, Texas attorneys saw the largest two-year gains since 2007: median income rose $21,849 to $164,705 and the median hourly rate rose $43 to $368.**

Note: Rate information is used by the state to assess reasonable legal fee reimbursements in accordance with 1 Tex. Admin. Code § 81.134 - Legal Expenses: "(g) The SOS shall review all submitted documentation and invoices for legal expenses and make a determination as to the compensability and reasonableness of the legal fees and expenses. Upon SOS approval and subject to appropriation by the Texas Legislature, the SOS shall reimburse legal expenses the lesser of the hourly rate submitted or the hourly rate reflected in the State Bar of Texas--Hourly Rates Report at the time the final invoice for reimbursement of legal expenses is submitted."

# SUMMARY FINDINGS CONTINUED

## Jobs, Satisfaction, and Law School Debt Summary







Career Satisfaction




Law School Satisfaction

**$93,128**

Median Law School Debt for all Full-Time Attorneys

**$102,327**

Median Law School Debt for Attorneys Licensed 2 or Fewer Years

Attorneys were asked how long, since they were first admitted to practice law, did it take them to obtain their first full-time job providing legal services.

The level of career and law school satisfaction was measured on a 5-point scale, from extremely dissatisfied to extremely satisfied. Satisfaction here is the sum of those choosing scale values of 4 or 5.

Additionally, attorneys were asked how much law school debt they carried at this point in their careers as of 2025. The median reported was $93,128.

### Career Satisfaction by Years of Experience




**Satisfaction percentages represent those who reported they are moderately or extremely satisfied.**

# INCOME

## Income Change

Attorneys were asked how their income changed over the past year (2024 to 2025).

55% reported seeing an increase in their annual income in 2025, compared with 51% in 2023.



# INCOME

## Median Income by Year

The median income for respondent full-time Texas attorneys increased significantly from 2023 to 2025.




In addition to income, some attorneys received a bonus in 2025.

**While median income rose 15%, the median bonus moved in the opposite direction, falling from $20,549 in 2023 to $18,905 in 2025.**

**$18,905**

2025 Median Bonus

# INCOME CONTINUED

## Median Income by Sex and Race/Ethnicity

The median income for respondent full-time Texas attorneys grew by 15% between 2023 and 2025 ($142,856 to $164,705).

Women attorneys reported the largest percent increase (21.3%). The largest percent decrease was for American Indian/Alaska Native attorneys (-13.2%).




**Note: Income analyses are limited to licensed, practicing full-time attorneys who provided complete income information.**

# INCOME CONTINUED

## Median Income by Years of Experience

Median income increases with years of experience. Overall, those who have been licensed 2 or fewer years have a median income of $91,800 compared to $205,702 for those licensed more than 25 years.

**A notable finding: attorneys licensed 2 or fewer years carry median law school debt ($102,327) that exceeds their median income ($91,800), and they also report the lowest career satisfaction (60%) and slowest income growth (9.1%) of any experience group.**



# INCOME CONTINUED

## Median Income by Metropolitan Statistical Area (MSA)

| Metropolitan Statistical Area (MSA) | 2023 | 2025 | Percent Change |
|---|---|---|---|
| Houston-Pasadena-The Woodlands MSA | $151,689 | $173,586 | 14.4% |
| Dallas-Fort Worth-Arlington MSA | $151,538 | $181,009 | 19.4% |
| Austin-Round Rock MSA | $137,500 | $162,999 | 18.5% |
| San Antonio-New Braunfels MSA | $133,721 | $146,801 | 9.8% |
| El Paso MSA | $150,962 | $160,416 | 6.3% |
| Corpus Christi MSA | $145,312 | $147,916 | 1.8% |
| Beaumont-Port Arthur MSA | $124,999 | $148,213 | 18.6% |
| Central Texas MSAs | $142,499 | $155,357 | 9.0% |
| East & NE Texas MSAs | $122,395 | $173,437 | 41.7% |
| South Texas MSAs | $124,478 | $167,045 | 34.2% |
| West Texas MSAs | $141,447 | $160,156 | 13.2% |
| Non-Metropolitan Counties | $121,195 | $119,293 | -1.6% |

In general, the larger MSAs report a higher median income.

For example, the Houston-Pasadena-The Woodlands MSA had a median income of $173,586. This compares to the lowest median income of $119,293 in Non-Metropolitan Counties.

**However, several mid-size regions experienced large income increases. Incomes in East & NE Texas MSAs surged 41.7% to virtually match Houston, while Non-Metropolitan Counties were the only region to decline, widening the rural gap.**

# HOURLY RATES

## Hourly Rate Trends

The median hourly rate charged by full-time private practitioner respondents in 2025 was $368.

### Median Hourly Rate by Year




**Note: Hourly rates were not collected in 2021 and 2023. Median hourly rates for 2021 and 2023 were estimated based on the average annual growth rate for survey years through 2019. Rates for all other years are based on survey responses.**

**Rate information is used by the state to assess reasonable legal fee reimbursements in accordance with 1 Tex. Admin. Code § 81.134 - Legal Expenses: "(g) The SOS shall review all submitted documentation and invoices for legal expenses and make a determination as to the compensability and reasonableness of the legal fees and expenses. Upon SOS approval and subject to appropriation by the Texas Legislature, the SOS shall reimburse legal expenses the lesser of the hourly rate submitted or the hourly rate reflected in the State Bar of Texas--Hourly Rates Report at the time the final invoice for reimbursement of legal expenses is submitted."**

# HOURLY RATES CONTINUED

## Hourly Rates by Metropolitan Statistical Area (MSA)

| Metropolitan Statistical Area (MSA) | Median Hourly Rate |
|---|---|
| Houston-Pasadena-The Woodlands MSA | $377 |
| Dallas-Fort Worth-Arlington MSA | $388 |
| Austin-Round Rock MSA | $398 |
| San Antonio-New Braunfels MSA | $332 |
| El Paso MSA | $313 |
| Corpus Christi MSA | $238 |
| Beaumont-Port Arthur MSA | $371 |
| Central Texas MSAs | $338 |
| East & NE Texas MSAs | $345 |
| South Texas MSAs | $289 |
| West Texas MSAs | $342 |
| Non-Metropolitan Counties | $323 |

Hourly rate trends closely mirror those of incomes. The larger the MSA, the larger the median hourly rate reported.

Austin-Round Rock MSA reported the highest median hourly rate ($398). Corpus Christi MSA reported the lowest median hourly rate ($238).

# Methodology



## Method

### Data Collection

Attorney economic information was collected in the 2025 Texas Attorney Survey. The questionnaire was emailed on May 21, 2026, to 81,636 active attorneys licensed by the State Bar of Texas, maintaining active membership in the State Bar of Texas, and who did not opt out of receiving survey mailings.

The survey's results are presented in part by geographic region, which is broken down into 13 economic areas. The metropolitan areas (Metropolitan Statistical Areas or MSAs) were defined by the Federal Office of Management and Budget. There were 1,190 responding attorneys from the Houston-Pasadena-The Woodlands and 1,180 from the Dallas-Fort Worth-Arlington MSAs, 642 attorneys from the Austin-Round Rock MSA, 442 attorneys from the San Antonio-New Braunfels MSA, and 1,751 attorneys from the remaining regions. The State Bar of Texas follows the U.S. Census Bureau and U.S. Equal Employment Opportunity guidelines for collecting information on sex and race/ethnicity.

### Response Rate

The survey ended June 30, 2026. As of the deadline, there were 6,363 completed responses. This response gave the survey a margin of error of ±1.2%.

This means that if 40% of the respondents answered "yes" to a question, we can be 95% confident that the actual proportion of the population who would answer "yes" to the same question is 1.2 percentage points lower or higher than 40% (38.8 to 41.2%). The margin of error applies to the full sample. Because it is based on a larger sample size, subgroup margins of error are typically larger, though this can vary depending on how closely divided responses are within a given subgroup.

# APPENDIX CONTINUED

## Metropolitan Statistical Areas

**Houston-Pasadena-The Woodlands MSA**
Austin
Brazoria
Chambers
Fort Bend
Galveston
Harris
Liberty
Montgomery
Waller

**Dallas-Fort Worth-Arlington MSA**
Collin
Dallas
Denton
Ellis
Hood
Hunt
Johnson
Kaufman
Parker
Rockwall
Tarrant
Wise

**Austin-Round Rock MSA**
Bastrop
Caldwell
Hays
Travis
Williamson

**San Antonio-New Braunfels MSA**
Atascosa
Bandera
Bexar
Comal
Guadalupe
Kendall
Medina
Wilson

**El Paso MSA**
El Paso
Hudspeth

**Corpus Christi MSA**
Aransas
Nueces
San Patricio

**Beaumont-Port Arthur MSA**
Hardin
Jefferson
Orange

**Central Texas MSAs**
**Waco MSA**
Bosque
Falls
McLennan
**Killeen-Temple MSA**
Bell
Coryell
Lampasas

**East & NE Texas MSAs**
**College Station-Bryan MSA**
Brazos
Burleson
Robertson
**Longview MSA**
Gregg
Harrison
Rusk
Upshur
**Sherman-Denison MSA**
Grayson
**Texarkana MSA**
Bowie
**Tyler MSA**
Smith
**Victoria MSA**
Goliad
Victoria
**Wichita Falls MSA**
Archer
Clay
Wichita

**South Texas MSAs**
**Brownsville-Harlingen MSA**
Cameron
**Eagle Pass MSA**
Maverick
**Laredo MSA**
Webb
**McAllen-Edinburg-Mission MSA**
Hidalgo

**West Texas MSAs**
**Abilene MSA**
Callahan
Jones
Taylor
**Amarillo MSA**
Armstrong
Carson
Oldham
Potter
Randall
**Lubbock MSA**
Cochran
Crosby
Garza
Hockley
Lubbock
Lynn
**Midland MSA**
Martin
Midland
**Odessa MSA**
Ector
**San Angelo MSA**
Irion
Tom Green

# APPENDIX CONTINUED

**Non-Metropolitan Counties**

Anderson
Andrews
Angelina
Bailey
Baylor
Bee
Blanco
Borden
Brewster
Briscoe
Brooks
Brown
Burnet
Calhoun
Camp
Cass
Castro
Cherokee
Childress
Coke
Coleman
Collingsworth
Colorado
Comanche
Concho
Cooke
Cottle
Crane
Crockett
Culberson
Dallam
Dawson
Deaf Smith
Delta
DeWitt
Dickens
Dimmit
Donley
Duval
Eastland
Edwards
Erath
Fannin
Fayette
Fisher
Floyd
Foard
Franklin
Freestone
Frio
Gaines
Gillespie
Glasscock
Gonzales
Gray
Grimes
Hale
Hall
Hamilton
Hansford
Hardeman
Hartley
Haskell
Hemphill
Henderson
Hill
Hood
Hopkins
Houston
Howard
Hutchinson
Jack
Jackson
Jasper
Jeff Davis
Jim Hogg
Jim Wells
Karnes
Kenedy
Kent
Kerr
Kimble
King
Kinney
Kleberg
Knox
La Salle
Lamar
Lamb
Lavaca
Lee
Leon
Limestone
Lipscomb
Live Oak
Llano
Loving
Madison
Marion
Mason
Matagorda
McCulloch
McMullen
Menard
Milam
Mills
Mitchell
Montague
Moore
Morris
Motley
Nacogdoches
Navarro
Newton
Nolan
Ochiltree
Palo Pinto
Panola
Parmer
Pecos
Polk
Presidio
Rains
Reagan
Real
Red River
Reeves
Refugio
Roberts
Runnels
Sabine
San Augustine
San Saba
Schleicher
Scurry
Shackelford
Shelby
Sherman
Somervell
Starr
Stephens
Sterling
Stonewall
Sutton
Swisher
Terrell
Terry
Throckmorton
Titus
Trinity
Tyler
Upton
Uvalde
Val Verde
Van Zandt
Walker
Ward
Washington
Wharton
Wheeler
Wilbarger
Willacy
Winkler
Wood
Yoakum
Young
Zapata
Zavala

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 1

---

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/06/26 | JMH | Drafted and sent Retention Agreement. | 0.40 | 38.00 |
| 04/06/26 | FH | Meetings with client; telephone calls regarding Judgment Agreement; conference with Ian Klein. | 2.20 | 1,529.00 |
| 04/06/26 | IGK | Reviewed file for familiarity to proceed with representation; telephone conference with client and Michael Hilferty regarding updated Motion for Summary Judgment; drafted Motion to Substitute Counsel. | 2.30 | 977.50 |
| 04/09/26 | IGK | Completed Motion to Substitute Counsel; correspondence with counsel regarding the same. | 1.20 | 510.00 |
| 04/10/26 | JMH | Compiled documents for client meeting. | 1.00 | 95.00 |
| 04/10/26 | IGK | In-office conference with client regarding timeline of events, Scheduling Order, and discrimination claims. | 2.40 | 1,020.00 |
| 04/10/26 | FH | Telephone calls with client. | 0.10 | 69.50 |
| 04/10/26 | FH | Meeting with client. | 2.00 | 1,390.00 |
| 04/14/26 | MEG | Edited and filed motion. | 1.00 | 95.00 |
| 04/14/26 | MEG | Drafted Proposed Order. | 0.50 | 47.50 |
| 04/15/26 | MEG | Edited and filed motion and proposed order. | 0.50 | 47.50 |
| 04/16/26 | MEG | Corresponded with court and filed motion and proposed order. | 0.50 | 47.50 |
| 04/16/26 | IGK | Correspondence with opposing counsel regarding trial dates and Errata Sheet. | 0.20 | 85.00 |
| 04/17/26 | IGK | Correspondence with Stephanie Criscione regarding Errata Sheet and W-2s; reviewed Deposition transcripts ahead of June 6, 2026 Trial Setting. | 3.80 | 1,615.00 |
| 04/20/26 | MEG | Redacted client documents. | 0.10 | 9.50 |
| 04/20/26 | IGK | Prepared partial Discovery; reviewed necessary documents for the same. | 2.60 | 1,105.00 |
| 04/23/26 | IGK | Received and reviewed email from client confirming missing information to incorporate into Pre-Trial Disclosures; correspondence with client regarding information. | 2.30 | 977.50 |
| 04/24/26 | JMH | Drafted and sent letter to opposing counsel. | 0.30 | 28.50 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 11 of 29 PageID 2917

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 2

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/24/26 | FH | Read and sent e-mails; reviewed pleadings; telephone conference with client and Ian Klein; prepared Demand Letter; telephone call. | 1.50 | 1,042.50 |
| 04/24/26 | FH | Prepared Demand Letter. | 0.20 | 139.00 |
| 04/24/26 | IGK | Continued review of document production from University of Texas at Arlington for purposes of preparing Pre-Trial Disclosures, Exhibit List, and familiarizing self with evidence ahead of trial setting; [redacted] | 6.30 | 2,677.50 |
| 05/01/26 | IGK | Continued review of evidentiary documents and prepared exhibits ahead of trial date; correspondence with opposing counsel regarding the same. | 3.30 | 1,402.50 |
| 05/05/26 | IGK | Continued review of documents; prepared trial exhibits. | 3.10 | 1,317.50 |
| 05/06/26 | ADR | Retrieved documents from flash drive and organized in client's file. | 1.00 | 0.00 |
| 05/06/26 | IGK | Reviewed University of Texas at Arlington's Document Production and Witness List to determine necessity and Scope of Motion in Limine ahead of deadline. | 4.70 | 1,997.50 |
| 05/07/26 | MEG | Filed motion and Proposed Order. | 0.30 | 0.00 |
| 05/07/26 | IGK | Correspondence with opposing counsel regarding mediation; received and reviewed Motion in Limine for University of Texas at Arlington. | 2.30 | 977.50 |
| 05/08/26 | ADR | Telephone call to Northern District of Texas clerk regarding June 8, 2026 trial date and left a message. | 0.10 | 0.00 |
| 05/08/26 | ADR | Calendared trial and deadline to exchange exhibits. | 0.20 | 0.00 |
| 05/08/26 | ADR | Second call to Northern District of Texas clerk regarding June 8, 2026 trial date. | 0.10 | 0.00 |
| 05/08/26 | IGK | Reviewed Depositions; correspondence for purposes of preparing for trial. | 2.20 | 935.00 |
| 05/11/26 | IGK | Received and reviewed Motion in Limine from University of Texas at Arlington; reviewed documents combined therein; drafted Responsive Brief. | 2.50 | 1,062.50 |
| 05/12/26 | IGK | Meeting and conference with opposing counsel regarding Pre-Trial deadlines, Jury Charge and settlement. | 1.40 | 595.00 |
| 05/13/26 | ADR | Researched Scheduling Order and Order Extending Deadlines; telephone call to court and left a voicemail; conference with legal | 0.60 | 0.00 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 12 of 29 PageID 2918

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 3

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | assistant and Stefanie Klein regarding the same. | | |
| 05/15/26 | IGK | Continued review and annotation of Deposition transcripts. | 2.30 | 977.50 |
| 05/18/26 | IGK | Correspondence with opposing counsel regarding Settlement Conference; continued preparing trial exhibits ahead of deadline; correspondence with Haiying Huang regarding the same; reviewed Deposition transcripts. | 4.40 | 1,870.00 |
| 05/20/26 | IGM | Filed motion; sent e-mail to judge. | 0.50 | 0.00 |
| 05/20/26 | SMK | Reviewed draft of Motion to Compel Mediation; conferences with Ian Klein; reviewed court's previous Scheduling Orders; revised motion and order; arranged for filing and e-mailing the same. | 0.50 | 247.50 |
| 05/21/26 | ADR | Telephone call to Judge Hal R. Ray Jr.'s chambers and left a detailed voice message requesting available dates for mediation before June 8, 2026. | 0.10 | 0.00 |
| 05/21/26 | SMK | Conference with Ian Klein regarding mediation before magistrates; received order from court regarding the same. | 0.20 | 0.00 |
| 05/21/26 | IGK | Correspondence with opposing counsel regarding mediation; followed up on Motion to Mediate; conference with Frank Hill regarding the same; organized Voir Dire questions; continued preparing for June 8, 2026 Trial Setting. | 3.30 | 1,402.50 |
| 05/22/26 | ADR | Telephone call to courtroom deputy regarding Judge's availability for mediation and attorneys expected to be on conference call May 26, 2026; sent e-mail to Ian Klein and opposing counsel; calendared the same. | 0.40 | 0.00 |
| 05/22/26 | SMK | Conferences regarding Status Conference with Ian Klein and Frank Hill; double-checked court's instructions regarding call-in and availability dates. | 0.30 | 0.00 |
| 05/26/26 | ADR | Telephone call to court and left a voice message regarding access code to the Status Conference. | 0.20 | 0.00 |
| 05/26/26 | ADR | Calendared mediation and deadline to file Settlement and Status Report. | 0.20 | 0.00 |
| 05/26/26 | IGK | Status Conference with Magistrate Judge; correspondence with Haiying Huang regarding the same. | 1.20 | 510.00 |
| 05/26/26 | FH | Telephone conference with Magistrate Judge. | 0.30 | 208.50 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026


Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/26/26 | SMK | E-mail exchange with Ian Klein regarding Status Conference. | 0.20 | 0.00 |
| 05/27/26 | IGK | Continued perforation of pre-trial documents and Motion in Limine. | 3.30 | 1,402.50 |
| 05/28/26 | ADR | Drafted Exhibit B for the Settlement Conference Information Sheet. | 0.40 | 38.00 |
| 05/29/26 | ADR | Merged Confidential Statement Sheet with Position Statement; e-mailed the same to Judge Ray. | 0.30 | 28.50 |
| 05/31/26 | SMK | Telephone calls with Frank Hill; telephone call and text exchange with Ian Klein regarding mediation. | 0.20 | 0.00 |
| 06/01/26 | FH | Attended mediation. | 7.00 | 4,865.00 |
| 06/01/26 | ADR | Telephone call to Judge Hal Ray's courtroom Deputy regarding Zoom link for mediation; left detailed voice message; telephone call to Judge Hal Ray's chambers regarding Zoom link for mediation; left a detailed voice message; telephone call from courtroom Deputy and e-mail with Zoom link. | 0.30 | 0.00 |
| 06/01/26 | ADR | Notarized Plaintiff's Unopposed Verified Motion for Continuance; uploaded the same to drive; filed Plaintiff's Unopposed Verified Motion for Continuance and prepared Proposed Order; e-mailed Proposed Order to Judge. | 0.60 | 0.00 |
| 06/01/26 | IGK | Attended mediation. | 8.00 | 3,400.00 |
| 06/01/26 | IGM | Edited Exhibit A for motion. | 0.20 | 19.00 |
| 06/01/26 | SMK | Conferences with Ian Klein and client; conferences with Frank Hill; drafted and submitted Motion to Dismiss and Proposed Order; received court's decision; participated in part of mediation discussions with Frank Hill, Ian Klein, client, and opposing counsel. | 2.20 | 1,089.00 |
| 06/02/26 | ADR | Worked on trial preparation. | 3.00 | 0.00 |
| 06/02/26 | IGK | In office conference with Haiying Huang; strategized regarding [redacted] | 7.70 | 3,272.50 |
| 06/02/26 | FH | Meeting with client; trial preparation; telephone conference with attorney. | 2.00 | 1,390.00 |
| 06/03/26 | LDB | Trial preparation, gathered and sorted trial exhibits; prepared shells for the Deposition Designations and Voir Dire questions. | 2.00 | 0.00 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026


Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/03/26 | FH | Telephone call to attorney; conference with Ian Klein; trial preparation; read e-mail. | 3.20 | 2,224.00 |
| 06/03/26 | ADR | Began drafting Exhibit List. | 0.30 | 0.00 |
| 06/03/26 | ADR | Filed Plaintiff's Proposed Voir Dire questions; began drafting Trial Witness List; edited and filed Witness List. | 1.40 | 0.00 |
| 06/03/26 | IGK | Telephone conference with opposing counsel regarding pre-trial stipulations, potential settlement options, and Motion in Limine; continued preparation of pre-trial materials and prepared for trial. | 6.60 | 2,805.00 |
| 06/04/26 | LDB | Trial preparation. | 8.00 | 0.00 |
| 06/04/26 | ADR | Bates labeled trial exhibits, began printing trial exhibits and assembling trial notebooks. | 3.80 | 0.00 |
| 06/04/26 | ADR | Continued printing trial exhibits and assembling trial notebooks. | 4.10 | 0.00 |
| 06/04/26 | KB | Prepared trial exhibits. | 3.70 | 0.00 |
| 06/04/26 | MEG | Prepared trial binders. | 2.00 | 0.00 |
| 06/04/26 | JMH | E-mail correspondence with opposing counsel. | 0.20 | 19.00 |
| 06/04/26 | IGK | Continued preparation of pre-trial documents; correspondence with opposing counsel regarding the same; continued trial preparation. | 7.00 | 2,975.00 |
| 06/04/26 | FH | Read and sent e-mails; telephone call to attorney; conference with Ian Klein; trial preparation. | 1.80 | 1,251.00 |
| 06/04/26 | FH | Trial preparations and negotiations. | 4.00 | 2,780.00 |
| 06/05/26 | MEG | Filed Joint Stipulation. | 0.20 | 0.00 |
| 06/05/26 | IGK | Prepared for trial. | 8.00 | 3,400.00 |
| 06/05/26 | KB | Trial preparation. | 2.00 | 0.00 |
| 06/05/26 | ADR | Trial preparation. | 3.40 | 0.00 |
| 06/05/26 | ADR | Continued trial preparation. | 1.50 | 0.00 |
| 06/05/26 | LDB | Sent e-mail to Allegra Printing requesting a quote for exhibit copies; finalized and filed Plaintiff's Exhibits and Plaintiff's Amended Exhibit List; created two portfolios with all the exhibits for Plaintiff and Defendant. | 4.00 | 0.00 |
| 06/05/26 | FH | Trial preparation; telephone calls with client; telephone call to attorney; continued trial preparation. | 4.00 | 2,780.00 |
| 06/06/26 | IGK | Prepared for trial. | 8.00 | 3,400.00 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 6

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/06/26 | FH | Trial preparation. | 8.20 | 5,699.00 |
| 06/07/26 | IGK | Prepared for trial. | 10.00 | 4,250.00 |
| 06/07/26 | FH | Trial preparation. | 7.00 | 4,865.00 |
| 06/08/26 | ADR | Attended trial. | 7.00 | 0.00 |
| 06/08/26 | FH | Attended trial. | 6.00 | 4,170.00 |
| 06/08/26 | IGK | Trial correspondence with the Attorney General's office regarding settlement. | 8.00 | 3,400.00 |
| 06/08/26 | LDB | Attended trial; assisted with tech for trial; traveled to and from Federal Courthouse in Fort Worth. | 1.00 | 0.00 |
| 06/09/26 | FH | Read and sent e-mails; telephone calls. | 0.50 | 347.50 |
| 06/09/26 | IGK | Received and reviewed Haiying Huang's 2024-2025 Performance Review and correspondence regarding the same; correspondence with Stefanie Criscione regarding the same; researched Title XII regarding the same. | 1.60 | 680.00 |
| 06/10/26 | ADR | Meeting with Frank Hill, Ian Klein, and Haiying Huang; drafted EEOC Charge and filed with the EEOC; sent e-mail to Stephanie Criscione; sent certified letter to Stephanie Criscione. | 2.50 | 237.50 |
| 06/10/26 | FH | Telephone call to client; read and sent e-mails. | 0.70 | 486.50 |
| 06/10/26 | IGK | In-office meeting with client regarding [redacted] correspondence with Star Telegram and Fort Worth Report regarding the same. | 1.30 | 552.50 |
| 06/10/26 | FH | Conference with client; prepared Title VII Charge and letter. | 1.60 | 1,112.00 |
| 06/10/26 | SMK | E-mail and text exchange; telephone call with legal assistant to help with filing the EEOC Charge; e-mail to legal assistant regarding EEOC Charge. | 0.80 | 396.00 |
| 06/11/26 | FH | Read e-mail; sent text; telephone call to attorney; telephone call to client; read and sent e-mails and telephone calls. | 1.20 | 834.00 |
| 06/12/26 | IGK | Correspondence with Stefanie Criscione regarding Litigation Hold Letter and annual review. | 0.40 | 170.00 |
| 06/12/26 | FH | Read e-mail. | 0.10 | 69.50 |
| 06/15/26 | IGK | Correspondence with Stefanie Criscione regarding Litigation Hold Letter. | 0.20 | 85.00 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 7

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/15/26 | FH | Read and sent e-mails. | 0.10 | 69.50 |
| 06/16/26 | ADR | Drafted Motion to Enforce Settlement Agreement, to Impose Sanctions and to Award Attorney Fees. | 1.20 | 114.00 |
| 06/16/26 | ADR | Searched contract for court reporter of the Northern District of Texas's Fort Worth Office; sent e-mail to court reporter. | 0.20 | 0.00 |
| 06/16/26 | AM | Legal research regarding Motion to Compel Signing of Settlement Agreement and Sanctions for Failing to Sign Settlement Agreement. | 2.30 | 1,138.50 |
| 06/16/26 | LDB | Sent e-mail to opposing counsel transcribed by Frank Hill. | 0.50 | 0.00 |
| 06/16/26 | FH | Read e-mail; research; prepared motion; telephone calls with client. | 1.20 | 834.00 |
| 06/16/26 | IGK | Strategized and conducted research on EEOC Charge. | 1.20 | 510.00 |
| 06/17/26 | AM | Legal research regarding Motion to Compel Signing of Settlement Agreement and Sanctions for Failure to Sign Settlement Agreement; conferences with Frank Hill; drafted Brief in Support of Motion to Compel. | 6.00 | 2,970.00 |
| 06/17/26 | SMK | Telephone conferences with Frank Hill and legal assistant regarding latest action of UTA and filing of new EEOC charge. | 0.20 | 99.00 |
| 06/17/26 | ADR | Meeting with Frank Hill and Haiying Huang. | 0.40 | 38.00 |
| 06/17/26 | ADR | Drafted EEOC Charge. | 0.60 | 57.00 |
| 06/17/26 | FH | Read and sent e-mails; prepared motion; telephone calls telephone conference with interested party. | 2.00 | 1,390.00 |
| 06/17/26 | ADR | Filed EEOC Charge; e-mailed copy of the charge to opposing counsel. | 0.80 | 76.00 |
| 06/18/26 | SMK | Reviewed motion to enforce and brief. | 0.10 | 49.50 |
| 06/19/26 | IGK | Telephone conference with University of Texas at Arlington's counsel regarding Position of Release of Settlement Funds. | 0.30 | 127.50 |
| 06/22/26 | ADR | Calculated transcript costs and discussed with Ian Klein; e-mail to the court reporter requesting seven day turn around and invoice. | 0.40 | 0.00 |
| 06/23/26 | ADR | Reviewed e-mail from court reporter with estimate and responded to court reporter, requesting she proceed with seven day turn around transcript. | 0.20 | 0.00 |
| 06/24/26 | SMK | Conferences regarding EEOC and filing of same. | 0.20 | 99.00 |
| 06/25/26 | ADR | Calendared deadline to sue; uploaded Notice of Right to Sue to the | 0.30 | 0.00 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 17 of 29 PageID 2923

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 8

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | drive. | | |
| 06/25/26 | FH | Telephone conference with Stephanie Cicarone; telephone conference with client. | 0.50 | 347.50 |
| 06/25/26 | SMK | Received and forwarded e-mail regarding Right to Sue Notice; downloaded Right to Sue Notice from portal and e-mailed to legal assistant and Ian Klein regarding different date on notice from date e-mailed to us; conference with Frank Hill. | 0.30 | 148.50 |
| 06/26/26 | ADR | E-mail with court reporter confirming transcript. | 0.20 | 0.00 |
| 06/29/26 | ADR | Received transcript and invoice; uploaded the same to u:drive. | 0.20 | 0.00 |
| 06/29/26 | ADR | Looked up EEOC Charge filed on June 10, 2026; drafted Right to Sue Letter. | 0.50 | 0.00 |
| 06/30/26 | JMH | Sent e-mail to opposing counsel. | 0.20 | 0.00 |
| 06/30/26 | ADR | Uploaded Request for Notice of Right to Sue and e-mailed the same to Juan Munoz. | 0.30 | 0.00 |
| 06/30/26 | SMK | Conferences with legal assistant regarding accessing EEOC portal, and uploading and e-mailing Requests for Right to Sue. | 0.20 | 0.00 |
| 06/30/26 | IGK | Correspondence with opposing counsel, 1983 issue. | 1.40 | 595.00 |
| 06/30/26 | FH | Read e-mail. | 0.10 | 69.50 |
| 07/01/26 | SMK | E-mail from EEOC regarding Right to Sue on one of client's new charges; forwarded to legal assistant and Ian Klein. | 0.10 | 49.50 |
| 07/01/26 | IGK | Teleconference with Haiying Huang regarding [redacted] | 0.80 | 340.00 |
| 07/01/26 | IGK | Received and reviewed Defendant's response; began drafting Reply to the same. | 1.70 | 722.50 |
| 07/02/26 | ADR | Researched dates on EEOC portal; e-mailed Stefanie Klein with the same. | 0.20 | 0.00 |
| 07/02/26 | ADR | Received and uploaded Defendant's Response to Plaintiff's Motion to Compel and Enforce Settlement and Defendant's Brief in Support of Defendant's Response to Plaintiff's Motion to compel and Enforce Settlement to the u:drive. | 0.20 | 0.00 |
| 07/03/26 | MEG | Correspondence with client. | 0.20 | 0.00 |
| 07/03/26 | FH | Read pleading. | 0.30 | 208.50 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 18 of 29 PageID 2924

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026


Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/06/26 | FH | Reviewed documents. | 0.50 | 347.50 |
| 07/06/26 | IGM | Researched matters for Frank Hill. | 1.80 | 171.00 |
| 07/06/26 | IGK | Received and reviewed University of Texas at Arlington's Appendix in Support. | 2.10 | 892.50 |
| 07/07/26 | FH | Conference with Anne Michels; research; conference with Ian Klein. | 0.50 | 347.50 |
| 07/07/26 | AM | Legal research regarding retaliation for adverse employment evaluation. | 1.10 | 544.50 |
| 07/08/26 | JMH | Drafted Plaintiff's Response to Defendant's Brief. | 0.70 | 66.50 |
| 07/08/26 | FH | Conference with Anne Michels; worked on pleading. | 1.20 | 834.00 |
| 07/08/26 | AM | Legal research regarding retaliation for adverse employment evaluation; conferences with Frank Hill; drafted reply to Defendant's response. | 4.80 | 2,376.00 |
| 07/08/26 | ADR | Filed notice regarding dismissal documents. | 0.20 | 0.00 |
| 07/08/26 | ADR | Researched Annual Review and Comprehensive Periodic Evaluation of Tenured Faculty Policy; telephone call to client regarding the same. | 0.30 | 0.00 |
| 07/09/26 | IGK | Correspondence with Haiying Huang regarding [redacted] correspondence with University of Texas at Arlington regarding the same. | 0.70 | 297.50 |
| 07/09/26 | AM | Legal research regarding retaliation for adverse employment evaluation; conferences with Frank Hill; finalized Reply to Defendant's Response for filing; telephone conference with client. | 3.20 | 1,584.00 |
| 07/09/26 | LDB | Prepared exhibits for Appendix for filing; drafted finalized and filed; finalized Brief and filed with Appendix. | 6.00 | 0.00 |
| 07/09/26 | FH | Reviewed Brief; sent e-mail; telephone conference with attorney. | 0.80 | 556.00 |
| 07/10/26 | FH | Telephone call to client. | 0.50 | 347.50 |
| 07/14/26 | FH | Read and sent e-mails. | 0.10 | 69.50 |
| 07/16/26 | IGK | Correspondence with Stephanie Criscione regarding settlement and resignation; correspondence with client regarding the same. | 1.10 | 467.50 |
| 07/20/26 | FH | Read e-mail; read document; read and sent e-mails; telephone call to client. | 1.40 | 973.00 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 10

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/20/26 | SMK | E-mails from Stephanie Criscione and Frank Hill. | 0.20 | 99.00 |
| 07/21/26 | FH | Telephone calls to attorney. | 0.20 | 139.00 |
| 07/23/26 | ADR | Telephone call to courtroom deputy to request a hearing on the Motion to Enforce Agreement and Award Attorney Fees. | 0.20 | 0.00 |
| 07/23/26 | FH | Reviewed draft of Settlement Agreement; prepared letter, reviewed Settlement Agreement. | 1.30 | 903.50 |
| 07/23/26 | JMH | Edited draft of Settlement Agreement; drafted letter to opposing counsel. | 1.20 | 114.00 |
| 07/24/26 | FH | Telephone call to John Ramsey. | 0.10 | 69.50 |
| 07/24/26 | ADR | Telephone call to courtroom deputy per Frank Hill's instructions. | 0.20 | 0.00 |
| 07/27/26 | FH | Read and sent e-mails. | 0.40 | 278.00 |
| 07/27/26 | ADR | Received return telephone call from the courtroom deputy with a response from Judge Ray. | 0.20 | 0.00 |
| 07/28/26 | FH | Read and sent e-mails. | 0.20 | 139.00 |
| 07/29/26 | IGK | Received and reviewed of Order Setting Trial for August 11, 2026; correspondence with Texas Attorney General's office regarding the same; researched issues of Re-Judication and issues for appeal; correspondence with client regarding the same. | 3.10 | 1,317.50 |
| 07/29/26 | SMK | Received and reviewed orders; conferences with Frank Hill and Ian Klein regarding the same. | 0.20 | 0.00 |
| 07/29/26 | FH | Telephone calls and e-mails; telephone calls with attorney. | 1.20 | 834.00 |
| 07/30/26 | IGK | Meeting with Haiying Huang regarding [redacted] correspondence with opposing counsel regarding the same; received and reviewed additional client documents regarding chair search; drafted EEOC Charge and Affidavit. | 3.80 | 1,615.00 |
| 07/30/26 | FH | Telephone calls; meeting with client and Ian Klein. | 1.10 | 764.50 |
| 07/31/26 | IGK | Reviewed exhibit binders in preparation for trial date. | 4.40 | 1,870.00 |
| 07/31/26 | SMK | Conferences with Ian Klein and Frank Hill regarding trial preparation and reviewed new EEOC Charge regarding hiring process; conference with paralegal regarding the same. | 0.50 | 247.50 |
| 07/31/26 | ADR | E-filed EEOC Charge. | 0.60 | 57.00 |
| 07/31/26 | ADR | Prepared EEOC form and attached Sworn Verification; discussed | 0.30 | 28.50 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 20 of 29 PageID 2926

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 11

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | with Stefanie Klein and Ian Klein. | | |
| 08/02/26 | FH | Trial preparation with client and Ian Klein. | 3.00 | 2,085.00 |
| 08/02/26 | IGK | Meeting client in office to discuss [redacted] | 2.50 | 1,062.50 |
| 08/03/26 | IGK | Correspondence with Stephanie Criscione regarding order of trial witnesses and strategy regarding the same; began drafting Motion for Leave to Amend. | 0.70 | 297.50 |
| 08/04/26 | IGK | Correspondence with opposing counsel and court regarding deadlines, exhibits, Motion in Limine; revised the same; prepared for trial. | 3.40 | 1,445.00 |
| 08/04/26 | IGK | Correspondence with client and opposing counsel; drafted letter to court; continued trial preparation. | 3.30 | 1,402.50 |
| 08/05/26 | IGK | Correspondence with opposing counsel; reviewed trial exhibits and amendment of pre-trial documents; continues preparing for Trial Setting. | 3.50 | 1,487.50 |
| 08/05/26 | FH | Trial preparation. | 0.50 | 347.50 |
| 08/05/26 | ADR | Re-organized trial notebooks. | 0.80 | 0.00 |
| 08/05/26 | ADR | Continued re-organizing notebooks; drafted response letter to the court regarding adding one exhibit; e-filed the same. | 2.40 | 0.00 |
| 08/06/26 | ADR | Trial preparation. | 2.20 | 0.00 |
| 08/06/26 | ADR | Trial preparation. | 0.40 | 0.00 |
| 08/06/26 | ADR | E-filed Exhibit List. | 0.20 | 0.00 |
| 08/06/26 | FH | Conference with Ian Klein | 0.30 | 208.50 |
| 08/06/26 | IGK | Reviewed list [redacted] from client; correspondence with client regarding same; revised exhibit list to include over thirty additional documents; reviewed documents for relevance and admissibility; revised Proposed Pre-trial Order. | 5.60 | 2,380.00 |
| 08/07/26 | ADR | Trial preparation. | 3.70 | 0.00 |
| 08/07/26 | ADR | Trial preparation. | 3.20 | 0.00 |
| 08/07/26 | MEG | Bates labeled exhibits; created trial binders. | 5.00 | 0.00 |
| 08/07/26 | IGK | Finalized Motion for Leave to Amend and Supplements Thereto; | 4.50 | 1,912.50 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 21 of 29 PageID 2927

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026


Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | correspondence with Summer Criscione regarding opposition to the same; traveled to client's home to obtain signature on Verification; continued preparing for trial, Pre-Trial Conference; telephone conference with Summer Criscione. | | |
| 08/08/26 | IGK | Trial preparation. | 5.50 | 2,337.50 |
| 08/08/26 | FH | Trial preparation. | 4.00 | 2,780.00 |
| 08/09/26 | FH | Trial preparation. | 4.00 | 2,780.00 |
| 08/09/26 | IGK | Trial preparation. | 3.90 | 1,657.50 |
| 08/10/26 | ADR | Trial preparation. | 0.50 | 0.00 |
| 08/10/26 | ADR | Trial preparation. | 1.10 | 0.00 |
| 08/10/26 | LDB | Created Dropbox link to send to Plaintiff's Trial Exhibits to opposing counsel. | 0.50 | 0.00 |
| 08/10/26 | IGK | Prepared for trial. | 5.00 | 2,125.00 |
| 08/10/26 | FH | Meeting with client and Ian Klein. | 1.10 | 764.50 |
| 08/11/26 | ADR | Attended trial. | 8.60 | 0.00 |
| 08/11/26 | IGK | Attended trial. | 9.00 | 3,825.00 |
| 08/11/26 | FH | Attended trial. | 8.00 | 5,560.00 |
| 08/12/26 | ADR | Attended trial. | 8.30 | 0.00 |
| 08/12/26 | IGK | Attended trial. | 9.00 | 3,825.00 |
| 08/12/26 | FH | Attended trial. | 8.00 | 5,560.00 |
| 08/12/26 | SMK | Received and forwarded Notice of Right to Sue from Equal Employment Opportunity Commission. | 0.10 | 49.50 |
| 08/13/26 | ADR | Filed Brief. | 0.50 | 0.00 |
| 08/13/26 | IGK | Drafted court ordered Trial Brief; legal research regarding the same; meeting with client in office; reviewed Deposition of Brian Dennis in advance of his trial testimony. | 5.50 | 2,337.50 |
| 08/13/26 | FH | Read brief; meeting with client. | 0.90 | 625.50 |
| 08/14/26 | IGK | Jury trial; received verdict. | 12.00 | 5,100.00 |
| 08/14/26 | FH | Trial and verdict. | 12.00 | 8,340.00 |
| 08/14/26 | ADR | Attended trial. | 11.50 | 0.00 |
| 08/14/26 | SMK | Telephone conference with Frank Hill regarding cases regarding | 0.80 | 396.00 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 22 of 29 PageID 2928

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 13

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | adverse employment action; text messages with Ian Klein regarding sending cases; outlined research regarding Muldrow vs. St. Louis, Hamilton vs Dallas County, and Harrison vs Brookhaven School; e-mails and text to Ian Klein regarding the same. | | |
| 08/17/26 | FH | Read e-mail. | 0.20 | 139.00 |
| 08/17/26 | ADR | Received Right to Sue Letter; uploaded letter to U:drive; calendared deadline to file suit. | 0.30 | 0.00 |
| 08/17/26 | IGK | Correspondence with Attorney General's office regarding potential early resolution; received Defendant's review of Order for Post-trial Briefing. | 0.60 | 255.00 |
| 08/18/26 | FH | Read e-mail. | 0.20 | 139.00 |
| 08/19/26 | FH | Read e-mail. | 0.10 | 69.50 |
| 08/19/26 | ADR | Received Order to Confer and for Joint Status Report; uploaded same to U:drive; calendared same. | 0.30 | 0.00 |
| 08/19/26 | ADR | Received Jury Notes, Jury Charge and Jury Verdict; uploaded the same to U:drive. | 0.30 | 0.00 |
| 08/20/26 | FH | Sent e-mail. | 0.10 | 69.50 |
| 08/24/26 | FH | Telephone calls to client; telephone call to attorney; telephone call to New York attorney. | 0.50 | 347.50 |
| 08/24/26 | AM | Conference with Frank Hill; legal research regarding front pay in Title 7 case. | 1.50 | 742.50 |
| 08/25/26 | FH | Read order; conference with Ian Klein; conference with Stefanie Klein; several e-mails. | 0.60 | 417.00 |
| 08/25/26 | AM | Legal research regarding front pay in a Title 7 case. | 2.00 | 990.00 |
| 08/25/26 | SMK | Conference with Ian Klein and Frank Hill; discussed order with Ian Klein. | 0.20 | 99.00 |
| 08/26/26 | IGK | Prepared Joint Status Report; correspondence with Stephanie Criscione regarding the same. | 0.80 | 340.00 |
| 08/26/26 | AM | Legal research regarding front pay in a Title 7 case; drafted Brief to court regarding the same. | 3.70 | 1,831.50 |
| 08/26/26 | ADR | Drafted shell for Joint Status Report. | 0.20 | 19.00 |
| 08/26/26 | ADR | E-filed Joint Status Report. | 0.20 | 19.00 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 23 of 29 PageID 2929

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 14

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/27/26 | AM | Conference with Frank Hill; legal research regarding award for attorneys' fees for multiple attorneys. | 1.40 | 693.00 |
| 08/27/26 | FH | Conference with Anne Michels; read Brief; sent New York attorney a form fee application. | 0.60 | 417.00 |
| 08/27/26 | IGK | Correspondence with Attorney General's office regarding settlement. | 0.20 | 85.00 |
| 08/28/26 | ADR | Received order from court; calendared deadlines. | 0.50 | 0.00 |
| 08/28/26 | SMK | Meeting with Frank Hill, Ian Klein, and client. | 0.40 | 198.00 |
| 08/28/26 | IGK | Correspondence with Haiying Huang regarding [redacted] | 1.10 | 467.50 |
| 08/28/26 | FH | Meeting with client and Ian Klein. | 0.70 | 486.50 |
| 09/03/26 | FH | Conference with Magistrate. | 0.30 | 208.50 |
| 09/03/26 | IGK | Correspondence with opposing counsel and Judge Ray regarding Settlement Conference. | 0.40 | 170.00 |
| 09/08/26 | IGK | In-office meeting with Haiying Huang regarding non-monetary relief. | 0.80 | 340.00 |
| 09/09/26 | FH | Attended mediation; prepared front page of Affidavit. | 4.90 | 3,405.50 |
| 09/09/26 | KB | Prepared Affidavit of Haiying Huang. | 1.20 | 114.00 |
| 09/09/26 | AM | Conferences with Frank Hill and Stefanie Klein; legal research regarding motion, Brief and Affidavit regarding attorneys fees. | 2.50 | 1,237.50 |
| 09/09/26 | IGK | In-person Settlement Conference at the Federal Courthouse. | 3.70 | 1,572.50 |
| 09/10/26 | AM | Legal research regarding awarding attorney's fees in Federal Court; conference with Ian Klein regarding the same; drafted Memorandum in Support of Motion for Attorney's Fees and Affidavit. | 5.80 | 2,871.00 |
| 09/10/26 | IGK | Researched recoverability and extent of recoverability of attorney's fees and applicable standards therefore; prepared Memorandum regarding the same; correspondence with Haiying Huang regarding [redacted] | 2.70 | 1,147.50 |
| 09/10/26 | FH | Worked on fee application; met with client; worked on Affidavit. | 2.50 | 1,737.50 |
| 09/11/26 | AM | Drafted Memorandum in Support of Motion for Attorney's Fees and | 4.70 | 2,326.50 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 24 of 29 PageID 2930

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 15

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | Affidavit; conferences with Frank Hill and Ian Klein regarding Memorandum and Affidavit. | | |
| 09/11/26 | FH | Worked on motion and Brief. | 3.50 | 2,432.50 |
| 09/11/26 | IGK | Worked on Brief for Front-Pay. | 3.50 | 1,487.50 |
| | | Total Legal Fees | $ | 207,512.50 |

| Timekeeper | Hours | | Rate/Hour | | Amount |
|---|---|---|---|---|---|
| Frank Hill | 123.30 | $ | 695.00 | $ | 85,693.50 |
| Anne Michels | 39.00 | $ | 495.00 | $ | 19,305.00 |
| Stefanie M. Klein | 1.30 | $ | 0.00 | $ | 0.00 |
| Stefanie M. Klein | 6.60 | $ | 495.00 | $ | 3,267.00 |
| Ian G Klein | 229.70 | $ | 425.00 | $ | 97,622.50 |
| Isabella G. Mendez-Legal | 0.50 | $ | 0.00 | $ | 0.00 |
| Isabella G. Mendez-Legal | 2.00 | $ | 95.00 | $ | 190.00 |
| Maria E. Garcia - Legal Assistant | 7.70 | $ | 0.00 | $ | 0.00 |
| Maria E. Garcia - Legal Assistant | 2.60 | $ | 95.00 | $ | 247.00 |
| Karolina Bailon - Legal Assistant | 5.70 | $ | 0.00 | $ | 0.00 |
| Karolina Bailon - Legal Assistant | 1.20 | $ | 95.00 | $ | 114.00 |
| James M. Henderson | 0.20 | $ | 0.00 | $ | 0.00 |
| James M. Henderson | 3.80 | $ | 95.00 | $ | 361.00 |
| Lisa D Boswell | 22.00 | $ | 0.00 | $ | 0.00 |
| A. Danelle Rissler | 76.90 | $ | 0.00 | $ | 0.00 |
| A. Danelle Rissler | 7.50 | $ | 95.00 | $ | 712.50 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 25 of 29 PageID 2931

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
Matter I.D. 13867-000000

September 11, 2026
Page 16

| Date | Disbursement Description | Amount |
|---|---|---|
| | Copies | 2,933.90 |
| 06-29-26 | Transcripts; #20260084 - Jury Trial and Settlement Transcript; Monica Guzman | 351.00 |

| | | |
|---|---|---|
| Total Disbursements | $ | 3,284.90 |
| Total Current Charges | $ | 210,797.40 |
| Matter Total Due | $ | 210,797.40 |

**Projected time from 9.14.26 through final verdict.**

Reviewing, preparing and presenting application for attorney's fees and front pay:

| | | | |
|---|---|---|---|
| Frank Hill | 8 hours @ $695 per hour | $5,560.00 | |
| Ian Klein | 12 hours @ $425 per hour | $5,100.00 | |
| | Total projected time | | $10,660.00 |
| Total fees and costs incurred with projected time | | | $221,457.40 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 26 of 29 PageID 2932

**Hill Gilstrap, P.C.**

**Haiying Huang - File #13867-0 - UTA**

**Summary of Hours Worked and Value of Time**
**As of September 11, 2026**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| | | | |
| Frank Hill | 123.3 | $695 | $85,693.50 |
| Anne Michels | 39.0 | $495 | $19,305.00 |
| Stefanie M. Klein | 6.6 | $495 | $3,267.00 |
| Stefanie M. Klein | 1.3 | $0 | $0.00 |
| Ian G. Klein | 229.7 | $425 | $97,622.50 |
| Isabella G. Mendez - Legal Assistant | 2.0 | $95 | $190.00 |
| Isabella G. Mendez - Legal Assistant | 0.5 | $0 | $0.00 |
| Maria E. Garcia - Legal Assistant | 2.6 | $95 | $247.00 |
| Maria E. Garcia - Legal Assistant | 7.7 | $0 | $0.00 |
| Karolina Bailon - Legal Assistant | 1.2 | $95 | $114.00 |
| Karolina Bailon - Legal Assistant | 5.7 | $0 | $0.00 |
| James M. Henderson - Legal Assistant | 3.8 | $95 | $361.00 |
| James M. Henderson - Legal Assistant | 0.2 | $0 | $0.00 |
| Lisa D. Bowell - Legal Assistant | 22.0 | $0 | $0.00 |
| A. Danelle Rissler - Legal Assistant | 7.5 | $95 | $712.50 |
| A. Danelle Rissler - Legal Assistant | 76.9 | $0 | $0.00 |
| | | | |
| Totals actual hours and time | 530.0 | | $207,512.50 |
| | | | |
| Frank Hill - Projected Time | 8.0 | $695 | $5,560.00 |
| Ian G. Klein - Projected Time | 12.0 | $425 | $5,100.00 |
| | | | |
| Totals with projected time | 550.0 | | $218,172.50 |
| | | | |
| Costs incurred | | | $3,284.90 |
| | | | |
| Total with projected time and costs | | | $221,457.40 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 1

---

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/06/26 | JMH | Drafted and sent Retention Agreement. | 0.40 | 38.00 |
| 04/06/26 | FH | Meetings with client; telephone calls regarding Judgment Agreement; conference with Ian Klein. | 2.20 | 1,529.00 |
| 04/06/26 | IGK | Reviewed file for familiarity to proceed with representation; telephone conference with client and Michael Hilferty regarding updated Motion for Summary Judgment; drafted Motion to Substitute Counsel. | 2.30 | 977.50 |
| 04/09/26 | IGK | Completed Motion to Substitute Counsel; correspondence with counsel regarding the same. | 1.20 | 510.00 |
| 04/10/26 | JMH | Compiled documents for client meeting. | 1.00 | 95.00 |
| 04/10/26 | IGK | In-office conference with client regarding timeline of events, Scheduling Order, and discrimination claims. | 2.40 | 1,020.00 |
| 04/10/26 | FH | Telephone calls with client. | 0.10 | 69.50 |
| 04/10/26 | FH | Meeting with client. | 2.00 | 1,390.00 |
| 04/14/26 | MEG | Edited and filed motion. | 1.00 | 95.00 |
| 04/14/26 | MEG | Drafted Proposed Order. | 0.50 | 47.50 |
| 04/15/26 | MEG | Edited and filed motion and proposed order. | 0.50 | 47.50 |
| 04/16/26 | MEG | Corresponded with court and filed motion and proposed order. | 0.50 | 47.50 |
| 04/16/26 | IGK | Correspondence with opposing counsel regarding trial dates and Errata Sheet. | 0.20 | 85.00 |
| 04/17/26 | IGK | Correspondence with Stephanie Criscione regarding Errata Sheet and W-2s; reviewed Deposition transcripts ahead of June 6, 2026 Trial Setting. | 3.80 | 1,615.00 |
| 04/20/26 | MEG | Redacted client documents. | 0.10 | 9.50 |
| 04/20/26 | IGK | Prepared partial Discovery; reviewed necessary documents for the same. | 2.60 | 1,105.00 |
| 04/23/26 | IGK | Received and reviewed email from client confirming missing information to incorporate into Pre-Trial Disclosures; correspondence with client regarding information. | 2.30 | 977.50 |
| 04/24/26 | JMH | Drafted and sent letter to opposing counsel. | 0.30 | 28.50 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 2

---

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/24/26 | FH | Read and sent e-mails; reviewed pleadings; telephone conference with client and Ian Klein; prepared Demand Letter; telephone call. | 1.50 | 1,042.50 |
| 04/24/26 | FH | Prepared Demand Letter. | 0.20 | 139.00 |
| 04/24/26 | IGK | Continued review of document production from University of Texas at Arlington for purposes of preparing Pre-Trial Disclosures, Exhibit List, and familiarizing self with evidence ahead of trial setting; [redacted] | 6.30 | 2,677.50 |
| 05/01/26 | IGK | Continued review of evidentiary documents and prepared exhibits ahead of trial date; correspondence with opposing counsel regarding the same. | 3.30 | 1,402.50 |
| 05/05/26 | IGK | Continued review of documents; prepared trial exhibits. | 3.10 | 1,317.50 |
| 05/06/26 | ADR | Retrieved documents from flash drive and organized in client's file. | 1.00 | 0.00 |
| 05/06/26 | IGK | Reviewed University of Texas at Arlington's Document Production and Witness List to determine necessity and Scope of Motion in Limine ahead of deadline. | 4.70 | 1,997.50 |
| 05/07/26 | MEG | Filed motion and Proposed Order. | 0.30 | 0.00 |
| 05/07/26 | IGK | Correspondence with opposing counsel regarding mediation; received and reviewed Motion in Limine for University of Texas at Arlington. | 2.30 | 977.50 |
| 05/08/26 | ADR | Telephone call to Northern District of Texas clerk regarding June 8, 2026 trial date and left a message. | 0.10 | 0.00 |
| 05/08/26 | ADR | Calendared trial and deadline to exchange exhibits. | 0.20 | 0.00 |
| 05/08/26 | ADR | Second call to Northern District of Texas clerk regarding June 8, 2026 trial date. | 0.10 | 0.00 |
| 05/08/26 | IGK | Reviewed Depositions; correspondence for purposes of preparing for trial. | 2.20 | 935.00 |
| 05/11/26 | IGK | Received and reviewed Motion in Limine from University of Texas at Arlington; reviewed documents combined therein; drafted Responsive Brief. | 2.50 | 1,062.50 |
| 05/12/26 | IGK | Meeting and conference with opposing counsel regarding Pre-Trial deadlines, Jury Charge and settlement. | 1.40 | 595.00 |
| 05/13/26 | ADR | Researched Scheduling Order and Order Extending Deadlines; telephone call to court and left a voicemail; conference with legal | 0.60 | 0.00 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 3

---

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | assistant and Stefanie Klein regarding the same. | | |
| 05/15/26 | IGK | Continued review and annotation of Deposition transcripts. | 2.30 | 977.50 |
| 05/18/26 | IGK | Correspondence with opposing counsel regarding Settlement Conference; continued preparing trial exhibits ahead of deadline; correspondence with Haiying Huang regarding the same; reviewed Deposition transcripts. | 4.40 | 1,870.00 |
| 05/20/26 | IGM | Filed motion; sent e-mail to judge. | 0.50 | 0.00 |
| 05/20/26 | SMK | Reviewed draft of Motion to Compel Mediation; conferences with Ian Klein; reviewed court's previous Scheduling Orders; revised motion and order; arranged for filing and e-mailing the same. | 0.50 | 247.50 |
| 05/21/26 | ADR | Telephone call to Judge Hal R. Ray Jr.'s chambers and left a detailed voice message requesting available dates for mediation before June 8, 2026. | 0.10 | 0.00 |
| 05/21/26 | SMK | Conference with Ian Klein regarding mediation before magistrates; received order from court regarding the same. | 0.20 | 0.00 |
| 05/21/26 | IGK | Correspondence with opposing counsel regarding mediation; followed up on Motion to Mediate; conference with Frank Hill regarding the same; organized Voir Dire questions; continued preparing for June 8, 2026 Trial Setting. | 3.30 | 1,402.50 |
| 05/22/26 | ADR | Telephone call to courtroom deputy regarding Judge's availability for mediation and attorneys expected to be on conference call May 26, 2026; sent e-mail to Ian Klein and opposing counsel; calendared the same. | 0.40 | 0.00 |
| 05/22/26 | SMK | Conferences regarding Status Conference with Ian Klein and Frank Hill; double-checked court's instructions regarding call-in and availability dates. | 0.30 | 0.00 |
| 05/26/26 | ADR | Telephone call to court and left a voice message regarding access code to the Status Conference. | 0.20 | 0.00 |
| 05/26/26 | ADR | Calendared mediation and deadline to file Settlement and Status Report. | 0.20 | 0.00 |
| 05/26/26 | IGK | Status Conference with Magistrate Judge; correspondence with Haiying Huang regarding the same. | 1.20 | 510.00 |
| 05/26/26 | FH | Telephone conference with Magistrate Judge. | 0.30 | 208.50 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 4

---

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/26/26 | SMK | E-mail exchange with Ian Klein regarding Status Conference. | 0.20 | 0.00 |
| 05/27/26 | IGK | Continued perforation of pre-trial documents and Motion in Limine. | 3.30 | 1,402.50 |
| 05/28/26 | ADR | Drafted Exhibit B for the Settlement Conference Information Sheet. | 0.40 | 38.00 |
| 05/29/26 | ADR | Merged Confidential Statement Sheet with Position Statement; e-mailed the same to Judge Ray. | 0.30 | 28.50 |
| 05/31/26 | SMK | Telephone calls with Frank Hill; telephone call and text exchange with Ian Klein regarding mediation. | 0.20 | 0.00 |
| 06/01/26 | FH | Attended mediation. | 7.00 | 4,865.00 |
| 06/01/26 | ADR | Telephone call to Judge Hal Ray's courtroom Deputy regarding Zoom link for mediation; left detailed voice message; telephone call to Judge Hal Ray's chambers regarding Zoom link for mediation; left a detailed voice message; telephone call from courtroom Deputy and e-mail with Zoom link. | 0.30 | 0.00 |
| 06/01/26 | ADR | Notarized Plaintiff's Unopposed Verified Motion for Continuance; uploaded the same to drive; filed Plaintiff's Unopposed Verified Motion for Continuance and prepared Proposed Order; e-mailed Proposed Order to Judge. | 0.60 | 0.00 |
| 06/01/26 | IGK | Attended mediation. | 8.00 | 3,400.00 |
| 06/01/26 | IGM | Edited Exhibit A for motion. | 0.20 | 19.00 |
| 06/01/26 | SMK | Conferences with Ian Klein and client; conferences with Frank Hill; drafted and submitted Motion to Dismiss and Proposed Order; received court's decision; participated in part of mediation discussions with Frank Hill, Ian Klein, client, and opposing counsel. | 2.20 | 1,089.00 |
| 06/02/26 | ADR | Worked on trial preparation. | 3.00 | 0.00 |
| 06/02/26 | IGK | In office conference with Haiying Huang; strategized regarding [redacted] | 7.70 | 3,272.50 |
| 06/02/26 | FH | Meeting with client; trial preparation; telephone conference with attorney. | 2.00 | 1,390.00 |
| 06/03/26 | LDB | Trial preparation, gathered and sorted trial exhibits; prepared shells for the Deposition Designations and Voir Dire questions. | 2.00 | 0.00 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 14 of 29 PageID 2920

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026


Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/03/26 | FH | Telephone call to attorney; conference with Ian Klein; trial preparation; read e-mail. | 3.20 | 2,224.00 |
| 06/03/26 | ADR | Began drafting Exhibit List. | 0.30 | 0.00 |
| 06/03/26 | ADR | Filed Plaintiff's Proposed Voir Dire questions; began drafting Trial Witness List; edited and filed Witness List. | 1.40 | 0.00 |
| 06/03/26 | IGK | Telephone conference with opposing counsel regarding pre-trial stipulations, potential settlement options, and Motion in Limine; continued preparation of pre-trial materials and prepared for trial. | 6.60 | 2,805.00 |
| 06/04/26 | LDB | Trial preparation. | 8.00 | 0.00 |
| 06/04/26 | ADR | Bates labeled trial exhibits, began printing trial exhibits and assembling trial notebooks. | 3.80 | 0.00 |
| 06/04/26 | ADR | Continued printing trial exhibits and assembling trial notebooks. | 4.10 | 0.00 |
| 06/04/26 | KB | Prepared trial exhibits. | 3.70 | 0.00 |
| 06/04/26 | MEG | Prepared trial binders. | 2.00 | 0.00 |
| 06/04/26 | JMH | E-mail correspondence with opposing counsel. | 0.20 | 19.00 |
| 06/04/26 | IGK | Continued preparation of pre-trial documents; correspondence with opposing counsel regarding the same; continued trial preparation. | 7.00 | 2,975.00 |
| 06/04/26 | FH | Read and sent e-mails; telephone call to attorney; conference with Ian Klein; trial preparation. | 1.80 | 1,251.00 |
| 06/04/26 | FH | Trial preparations and negotiations. | 4.00 | 2,780.00 |
| 06/05/26 | MEG | Filed Joint Stipulation. | 0.20 | 0.00 |
| 06/05/26 | IGK | Prepared for trial. | 8.00 | 3,400.00 |
| 06/05/26 | KB | Trial preparation. | 2.00 | 0.00 |
| 06/05/26 | ADR | Trial preparation. | 3.40 | 0.00 |
| 06/05/26 | ADR | Continued trial preparation. | 1.50 | 0.00 |
| 06/05/26 | LDB | Sent e-mail to Allegra Printing requesting a quote for exhibit copies; finalized and filed Plaintiff's Exhibits and Plaintiff's Amended Exhibit List; created two portfolios with all the exhibits for Plaintiff and Defendant. | 4.00 | 0.00 |
| 06/05/26 | FH | Trial preparation; telephone calls with client; telephone call to attorney; continued trial preparation. | 4.00 | 2,780.00 |
| 06/06/26 | IGK | Prepared for trial. | 8.00 | 3,400.00 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 6

---

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/06/26 | FH | Trial preparation. | 8.20 | 5,699.00 |
| 06/07/26 | IGK | Prepared for trial. | 10.00 | 4,250.00 |
| 06/07/26 | FH | Trial preparation. | 7.00 | 4,865.00 |
| 06/08/26 | ADR | Attended trial. | 7.00 | 0.00 |
| 06/08/26 | FH | Attended trial. | 6.00 | 4,170.00 |
| 06/08/26 | IGK | Trial correspondence with the Attorney General's office regarding settlement. | 8.00 | 3,400.00 |
| 06/08/26 | LDB | Attended trial; assisted with tech for trial; traveled to and from Federal Courthouse in Fort Worth. | 1.00 | 0.00 |
| 06/09/26 | FH | Read and sent e-mails; telephone calls. | 0.50 | 347.50 |
| 06/09/26 | IGK | Received and reviewed Haiying Huang's 2024-2025 Performance Review and correspondence regarding the same; correspondence with Stefanie Criscione regarding the same; researched Title XII regarding the same. | 1.60 | 680.00 |
| 06/10/26 | ADR | Meeting with Frank Hill, Ian Klein, and Haiying Huang; drafted EEOC Charge and filed with the EEOC; sent e-mail to Stephanie Criscione; sent certified letter to Stephanie Criscione. | 2.50 | 237.50 |
| 06/10/26 | FH | Telephone call to client; read and sent e-mails. | 0.70 | 486.50 |
| 06/10/26 | IGK | In-office meeting with client regarding [redacted] correspondence with Star Telegram and Fort Worth Report regarding the same. | 1.30 | 552.50 |
| 06/10/26 | FH | Conference with client; prepared Title VII Charge and letter. | 1.60 | 1,112.00 |
| 06/10/26 | SMK | E-mail and text exchange; telephone call with legal assistant to help with filing the EEOC Charge; e-mail to legal assistant regarding EEOC Charge. | 0.80 | 396.00 |
| 06/11/26 | FH | Read e-mail; sent text; telephone call to attorney; telephone call to client; read and sent e-mails and telephone calls. | 1.20 | 834.00 |
| 06/12/26 | IGK | Correspondence with Stefanie Criscione regarding Litigation Hold Letter and annual review. | 0.40 | 170.00 |
| 06/12/26 | FH | Read e-mail. | 0.10 | 69.50 |
| 06/15/26 | IGK | Correspondence with Stefanie Criscione regarding Litigation Hold Letter. | 0.20 | 85.00 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026


Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/15/26 | FH | Read and sent e-mails. | 0.10 | 69.50 |
| 06/16/26 | ADR | Drafted Motion to Enforce Settlement Agreement, to Impose Sanctions and to Award Attorney Fees. | 1.20 | 114.00 |
| 06/16/26 | ADR | Searched contract for court reporter of the Northern District of Texas's Fort Worth Office; sent e-mail to court reporter. | 0.20 | 0.00 |
| 06/16/26 | AM | Legal research regarding Motion to Compel Signing of Settlement Agreement and Sanctions for Failing to Sign Settlement Agreement. | 2.30 | 1,138.50 |
| 06/16/26 | LDB | Sent e-mail to opposing counsel transcribed by Frank Hill. | 0.50 | 0.00 |
| 06/16/26 | FH | Read e-mail; research; prepared motion; telephone calls with client. | 1.20 | 834.00 |
| 06/16/26 | IGK | Strategized and conducted research on EEOC Charge. | 1.20 | 510.00 |
| 06/17/26 | AM | Legal research regarding Motion to Compel Signing of Settlement Agreement and Sanctions for Failure to Sign Settlement Agreement; conferences with Frank Hill; drafted Brief in Support of Motion to Compel. | 6.00 | 2,970.00 |
| 06/17/26 | SMK | Telephone conferences with Frank Hill and legal assistant regarding latest action of UTA and filing of new EEOC charge. | 0.20 | 99.00 |
| 06/17/26 | ADR | Meeting with Frank Hill and Haiying Huang. | 0.40 | 38.00 |
| 06/17/26 | ADR | Drafted EEOC Charge. | 0.60 | 57.00 |
| 06/17/26 | FH | Read and sent e-mails; prepared motion; telephone calls telephone conference with interested party. | 2.00 | 1,390.00 |
| 06/17/26 | ADR | Filed EEOC Charge; e-mailed copy of the charge to opposing counsel. | 0.80 | 76.00 |
| 06/18/26 | SMK | Reviewed motion to enforce and brief. | 0.10 | 49.50 |
| 06/19/26 | IGK | Telephone conference with University of Texas at Arlington's counsel regarding Position of Release of Settlement Funds. | 0.30 | 127.50 |
| 06/22/26 | ADR | Calculated transcript costs and discussed with Ian Klein; e-mail to the court reporter requesting seven day turn around and invoice. | 0.40 | 0.00 |
| 06/23/26 | ADR | Reviewed e-mail from court reporter with estimate and responded to court reporter, requesting she proceed with seven day turn around transcript. | 0.20 | 0.00 |
| 06/24/26 | SMK | Conferences regarding EEOC and filing of same. | 0.20 | 99.00 |
| 06/25/26 | ADR | Calendared deadline to sue; uploaded Notice of Right to Sue to the | 0.30 | 0.00 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 17 of 29 PageID 2923

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 8

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | drive. | | |
| 06/25/26 | FH | Telephone conference with Stephanie Cicarone; telephone conference with client. | 0.50 | 347.50 |
| 06/25/26 | SMK | Received and forwarded e-mail regarding Right to Sue Notice; downloaded Right to Sue Notice from portal and e-mailed to legal assistant and Ian Klein regarding different date on notice from date e-mailed to us; conference with Frank Hill. | 0.30 | 148.50 |
| 06/26/26 | ADR | E-mail with court reporter confirming transcript. | 0.20 | 0.00 |
| 06/29/26 | ADR | Received transcript and invoice; uploaded the same to u:drive. | 0.20 | 0.00 |
| 06/29/26 | ADR | Looked up EEOC Charge filed on June 10, 2026; drafted Right to Sue Letter. | 0.50 | 0.00 |
| 06/30/26 | JMH | Sent e-mail to opposing counsel. | 0.20 | 0.00 |
| 06/30/26 | ADR | Uploaded Request for Notice of Right to Sue and e-mailed the same to Juan Munoz. | 0.30 | 0.00 |
| 06/30/26 | SMK | Conferences with legal assistant regarding accessing EEOC portal, and uploading and e-mailing Requests for Right to Sue. | 0.20 | 0.00 |
| 06/30/26 | IGK | Correspondence with opposing counsel, 1983 issue. | 1.40 | 595.00 |
| 06/30/26 | FH | Read e-mail. | 0.10 | 69.50 |
| 07/01/26 | SMK | E-mail from EEOC regarding Right to Sue on one of client's new charges; forwarded to legal assistant and Ian Klein. | 0.10 | 49.50 |
| 07/01/26 | IGK | Teleconference with Haiying Huang regarding [redacted] | 0.80 | 340.00 |
| 07/01/26 | IGK | Received and reviewed Defendant's response; began drafting Reply to the same. | 1.70 | 722.50 |
| 07/02/26 | ADR | Researched dates on EEOC portal; e-mailed Stefanie Klein with the same. | 0.20 | 0.00 |
| 07/02/26 | ADR | Received and uploaded Defendant's Response to Plaintiff's Motion to Compel and Enforce Settlement and Defendant's Brief in Support of Defendant's Response to Plaintiff's Motion to compel and Enforce Settlement to the u:drive. | 0.20 | 0.00 |
| 07/03/26 | MEG | Correspondence with client. | 0.20 | 0.00 |
| 07/03/26 | FH | Read pleading. | 0.30 | 208.50 |

Case 4:25-cv-01181-P Document 131 Filed 09/11/26 Page 18 of 29 PageID 2924

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 9

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/06/26 | FH | Reviewed documents. | 0.50 | 347.50 |
| 07/06/26 | IGM | Researched matters for Frank Hill. | 1.80 | 171.00 |
| 07/06/26 | IGK | Received and reviewed University of Texas at Arlington's Appendix in Support. | 2.10 | 892.50 |
| 07/07/26 | FH | Conference with Anne Michels; research; conference with Ian Klein. | 0.50 | 347.50 |
| 07/07/26 | AM | Legal research regarding retaliation for adverse employment evaluation. | 1.10 | 544.50 |
| 07/08/26 | JMH | Drafted Plaintiff's Response to Defendant's Brief. | 0.70 | 66.50 |
| 07/08/26 | FH | Conference with Anne Michels; worked on pleading. | 1.20 | 834.00 |
| 07/08/26 | AM | Legal research regarding retaliation for adverse employment evaluation; conferences with Frank Hill; drafted reply to Defendant's response. | 4.80 | 2,376.00 |
| 07/08/26 | ADR | Filed notice regarding dismissal documents. | 0.20 | 0.00 |
| 07/08/26 | ADR | Researched Annual Review and Comprehensive Periodic Evaluation of Tenured Faculty Policy; telephone call to client regarding the same. | 0.30 | 0.00 |
| 07/09/26 | IGK | Correspondence with Haiying Huang regarding [redacted] correspondence with University of Texas at Arlington regarding the same. | 0.70 | 297.50 |
| 07/09/26 | AM | Legal research regarding retaliation for adverse employment evaluation; conferences with Frank Hill; finalized Reply to Defendant's Response for filing; telephone conference with client. | 3.20 | 1,584.00 |
| 07/09/26 | LDB | Prepared exhibits for Appendix for filing; drafted finalized and filed; finalized Brief and filed with Appendix. | 6.00 | 0.00 |
| 07/09/26 | FH | Reviewed Brief; sent e-mail; telephone conference with attorney. | 0.80 | 556.00 |
| 07/10/26 | FH | Telephone call to client. | 0.50 | 347.50 |
| 07/14/26 | FH | Read and sent e-mails. | 0.10 | 69.50 |
| 07/16/26 | IGK | Correspondence with Stephanie Criscione regarding settlement and resignation; correspondence with client regarding the same. | 1.10 | 467.50 |
| 07/20/26 | FH | Read e-mail; read document; read and sent e-mails; telephone call to client. | 1.40 | 973.00 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 19 of 29 PageID 2925

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 10

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/20/26 | SMK | E-mails from Stephanie Criscione and Frank Hill. | 0.20 | 99.00 |
| 07/21/26 | FH | Telephone calls to attorney. | 0.20 | 139.00 |
| 07/23/26 | ADR | Telephone call to courtroom deputy to request a hearing on the Motion to Enforce Agreement and Award Attorney Fees. | 0.20 | 0.00 |
| 07/23/26 | FH | Reviewed draft of Settlement Agreement; prepared letter, reviewed Settlement Agreement. | 1.30 | 903.50 |
| 07/23/26 | JMH | Edited draft of Settlement Agreement; drafted letter to opposing counsel. | 1.20 | 114.00 |
| 07/24/26 | FH | Telephone call to John Ramsey. | 0.10 | 69.50 |
| 07/24/26 | ADR | Telephone call to courtroom deputy per Frank Hill's instructions. | 0.20 | 0.00 |
| 07/27/26 | FH | Read and sent e-mails. | 0.40 | 278.00 |
| 07/27/26 | ADR | Received return telephone call from the courtroom deputy with a response from Judge Ray. | 0.20 | 0.00 |
| 07/28/26 | FH | Read and sent e-mails. | 0.20 | 139.00 |
| 07/29/26 | IGK | Received and reviewed of Order Setting Trial for August 11, 2026; correspondence with Texas Attorney General's office regarding the same; researched issues of Re-Judication and issues for appeal; correspondence with client regarding the same. | 3.10 | 1,317.50 |
| 07/29/26 | SMK | Received and reviewed orders; conferences with Frank Hill and Ian Klein regarding the same. | 0.20 | 0.00 |
| 07/29/26 | FH | Telephone calls and e-mails; telephone calls with attorney. | 1.20 | 834.00 |
| 07/30/26 | IGK | Meeting with Haiying Huang regarding [redacted] correspondence with opposing counsel regarding the same; received and reviewed additional client documents regarding chair search; drafted EEOC Charge and Affidavit. | 3.80 | 1,615.00 |
| 07/30/26 | FH | Telephone calls; meeting with client and Ian Klein. | 1.10 | 764.50 |
| 07/31/26 | IGK | Reviewed exhibit binders in preparation for trial date. | 4.40 | 1,870.00 |
| 07/31/26 | SMK | Conferences with Ian Klein and Frank Hill regarding trial preparation and reviewed new EEOC Charge regarding hiring process; conference with paralegal regarding the same. | 0.50 | 247.50 |
| 07/31/26 | ADR | E-filed EEOC Charge. | 0.60 | 57.00 |
| 07/31/26 | ADR | Prepared EEOC form and attached Sworn Verification; discussed | 0.30 | 28.50 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 20 of 29 PageID 2926

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 11

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | with Stefanie Klein and Ian Klein. | | |
| 08/02/26 | FH | Trial preparation with client and Ian Klein. | 3.00 | 2,085.00 |
| 08/02/26 | IGK | Meeting client in office to discuss [redacted] | 2.50 | 1,062.50 |
| 08/03/26 | IGK | Correspondence with Stephanie Criscione regarding order of trial witnesses and strategy regarding the same; began drafting Motion for Leave to Amend. | 0.70 | 297.50 |
| 08/04/26 | IGK | Correspondence with opposing counsel and court regarding deadlines, exhibits, Motion in Limine; revised the same; prepared for trial. | 3.40 | 1,445.00 |
| 08/04/26 | IGK | Correspondence with client and opposing counsel; drafted letter to court; continued trial preparation. | 3.30 | 1,402.50 |
| 08/05/26 | IGK | Correspondence with opposing counsel; reviewed trial exhibits and amendment of pre-trial documents; continues preparing for Trial Setting. | 3.50 | 1,487.50 |
| 08/05/26 | FH | Trial preparation. | 0.50 | 347.50 |
| 08/05/26 | ADR | Re-organized trial notebooks. | 0.80 | 0.00 |
| 08/05/26 | ADR | Continued re-organizing notebooks; drafted response letter to the court regarding adding one exhibit; e-filed the same. | 2.40 | 0.00 |
| 08/06/26 | ADR | Trial preparation. | 2.20 | 0.00 |
| 08/06/26 | ADR | Trial preparation. | 0.40 | 0.00 |
| 08/06/26 | ADR | E-filed Exhibit List. | 0.20 | 0.00 |
| 08/06/26 | FH | Conference with Ian Klein | 0.30 | 208.50 |
| 08/06/26 | IGK | Reviewed list [redacted] from client; correspondence with client regarding same; revised exhibit list to include over thirty additional documents; reviewed documents for relevance and admissibility; revised Proposed Pre-trial Order. | 5.60 | 2,380.00 |
| 08/07/26 | ADR | Trial preparation. | 3.70 | 0.00 |
| 08/07/26 | ADR | Trial preparation. | 3.20 | 0.00 |
| 08/07/26 | MEG | Bates labeled exhibits; created trial binders. | 5.00 | 0.00 |
| 08/07/26 | IGK | Finalized Motion for Leave to Amend and Supplements Thereto; | 4.50 | 1,912.50 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 21 of 29 PageID 2927

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026


Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | correspondence with Summer Criscione regarding opposition to the same; traveled to client's home to obtain signature on Verification; continued preparing for trial, Pre-Trial Conference; telephone conference with Summer Criscione. | | |
| 08/08/26 | IGK | Trial preparation. | 5.50 | 2,337.50 |
| 08/08/26 | FH | Trial preparation. | 4.00 | 2,780.00 |
| 08/09/26 | FH | Trial preparation. | 4.00 | 2,780.00 |
| 08/09/26 | IGK | Trial preparation. | 3.90 | 1,657.50 |
| 08/10/26 | ADR | Trial preparation. | 0.50 | 0.00 |
| 08/10/26 | ADR | Trial preparation. | 1.10 | 0.00 |
| 08/10/26 | LDB | Created Dropbox link to send to Plaintiff's Trial Exhibits to opposing counsel. | 0.50 | 0.00 |
| 08/10/26 | IGK | Prepared for trial. | 5.00 | 2,125.00 |
| 08/10/26 | FH | Meeting with client and Ian Klein. | 1.10 | 764.50 |
| 08/11/26 | ADR | Attended trial. | 8.60 | 0.00 |
| 08/11/26 | IGK | Attended trial. | 9.00 | 3,825.00 |
| 08/11/26 | FH | Attended trial. | 8.00 | 5,560.00 |
| 08/12/26 | ADR | Attended trial. | 8.30 | 0.00 |
| 08/12/26 | IGK | Attended trial. | 9.00 | 3,825.00 |
| 08/12/26 | FH | Attended trial. | 8.00 | 5,560.00 |
| 08/12/26 | SMK | Received and forwarded Notice of Right to Sue from Equal Employment Opportunity Commission. | 0.10 | 49.50 |
| 08/13/26 | ADR | Filed Brief. | 0.50 | 0.00 |
| 08/13/26 | IGK | Drafted court ordered Trial Brief; legal research regarding the same; meeting with client in office; reviewed Deposition of Brian Dennis in advance of his trial testimony. | 5.50 | 2,337.50 |
| 08/13/26 | FH | Read brief; meeting with client. | 0.90 | 625.50 |
| 08/14/26 | IGK | Jury trial; received verdict. | 12.00 | 5,100.00 |
| 08/14/26 | FH | Trial and verdict. | 12.00 | 8,340.00 |
| 08/14/26 | ADR | Attended trial. | 11.50 | 0.00 |
| 08/14/26 | SMK | Telephone conference with Frank Hill regarding cases regarding | 0.80 | 396.00 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 22 of 29 PageID 2928

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 13

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | adverse employment action; text messages with Ian Klein regarding sending cases; outlined research regarding Muldrow vs. St. Louis, Hamilton vs Dallas County, and Harrison vs Brookhaven School; e-mails and text to Ian Klein regarding the same. | | |
| 08/17/26 | FH | Read e-mail. | 0.20 | 139.00 |
| 08/17/26 | ADR | Received Right to Sue Letter; uploaded letter to U:drive; calendared deadline to file suit. | 0.30 | 0.00 |
| 08/17/26 | IGK | Correspondence with Attorney General's office regarding potential early resolution; received Defendant's review of Order for Post-trial Briefing. | 0.60 | 255.00 |
| 08/18/26 | FH | Read e-mail. | 0.20 | 139.00 |
| 08/19/26 | FH | Read e-mail. | 0.10 | 69.50 |
| 08/19/26 | ADR | Received Order to Confer and for Joint Status Report; uploaded same to U:drive; calendared same. | 0.30 | 0.00 |
| 08/19/26 | ADR | Received Jury Notes, Jury Charge and Jury Verdict; uploaded the same to U:drive. | 0.30 | 0.00 |
| 08/20/26 | FH | Sent e-mail. | 0.10 | 69.50 |
| 08/24/26 | FH | Telephone calls to client; telephone call to attorney; telephone call to New York attorney. | 0.50 | 347.50 |
| 08/24/26 | AM | Conference with Frank Hill; legal research regarding front pay in Title 7 case. | 1.50 | 742.50 |
| 08/25/26 | FH | Read order; conference with Ian Klein; conference with Stefanie Klein; several e-mails. | 0.60 | 417.00 |
| 08/25/26 | AM | Legal research regarding front pay in a Title 7 case. | 2.00 | 990.00 |
| 08/25/26 | SMK | Conference with Ian Klein and Frank Hill; discussed order with Ian Klein. | 0.20 | 99.00 |
| 08/26/26 | IGK | Prepared Joint Status Report; correspondence with Stephanie Criscione regarding the same. | 0.80 | 340.00 |
| 08/26/26 | AM | Legal research regarding front pay in a Title 7 case; drafted Brief to court regarding the same. | 3.70 | 1,831.50 |
| 08/26/26 | ADR | Drafted shell for Joint Status Report. | 0.20 | 19.00 |
| 08/26/26 | ADR | E-filed Joint Status Report. | 0.20 | 19.00 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026


---

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/27/26 | AM | Conference with Frank Hill; legal research regarding award for attorneys' fees for multiple attorneys. | 1.40 | 693.00 |
| 08/27/26 | FH | Conference with Anne Michels; read Brief; sent New York attorney a form fee application. | 0.60 | 417.00 |
| 08/27/26 | IGK | Correspondence with Attorney General's office regarding settlement. | 0.20 | 85.00 |
| 08/28/26 | ADR | Received order from court; calendared deadlines. | 0.50 | 0.00 |
| 08/28/26 | SMK | Meeting with Frank Hill, Ian Klein, and client. | 0.40 | 198.00 |
| 08/28/26 | IGK | Correspondence with Haiying Huang regarding [redacted] | 1.10 | 467.50 |
| 08/28/26 | FH | Meeting with client and Ian Klein. | 0.70 | 486.50 |
| 09/03/26 | FH | Conference with Magistrate. | 0.30 | 208.50 |
| 09/03/26 | IGK | Correspondence with opposing counsel and Judge Ray regarding Settlement Conference. | 0.40 | 170.00 |
| 09/08/26 | IGK | In-office meeting with Haiying Huang regarding non-monetary relief. | 0.80 | 340.00 |
| 09/09/26 | FH | Attended mediation; prepared front page of Affidavit. | 4.90 | 3,405.50 |
| 09/09/26 | KB | Prepared Affidavit of Haiying Huang. | 1.20 | 114.00 |
| 09/09/26 | AM | Conferences with Frank Hill and Stefanie Klein; legal research regarding motion, Brief and Affidavit regarding attorneys fees. | 2.50 | 1,237.50 |
| 09/09/26 | IGK | In-person Settlement Conference at the Federal Courthouse. | 3.70 | 1,572.50 |
| 09/10/26 | AM | Legal research regarding awarding attorney's fees in Federal Court; conference with Ian Klein regarding the same; drafted Memorandum in Support of Motion for Attorney's Fees and Affidavit. | 5.80 | 2,871.00 |
| 09/10/26 | IGK | Researched recoverability and extent of recoverability of attorney's fees and applicable standards therefore; prepared Memorandum regarding the same; correspondence with Haiying Huang regarding [redacted] | 2.70 | 1,147.50 |
| 09/10/26 | FH | Worked on fee application; met with client; worked on Affidavit. | 2.50 | 1,737.50 |
| 09/11/26 | AM | Drafted Memorandum in Support of Motion for Attorney's Fees and | 4.70 | 2,326.50 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026


Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | Affidavit; conferences with Frank Hill and Ian Klein regarding Memorandum and Affidavit. | | |
| 09/11/26 | FH | Worked on motion and Brief. | 3.50 | 2,432.50 |
| 09/11/26 | IGK | Worked on Brief for Front-Pay. | 3.50 | 1,487.50 |

--------------

Total Legal Fees $ 207,512.50

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Frank Hill | 123.30 | $ 695.00 | $ 85,693.50 |
| Anne Michels | 39.00 | $ 495.00 | $ 19,305.00 |
| Stefanie M. Klein | 1.30 | $ 0.00 | $ 0.00 |
| Stefanie M. Klein | 6.60 | $ 495.00 | $ 3,267.00 |
| Ian G Klein | 229.70 | $ 425.00 | $ 97,622.50 |
| Isabella G. Mendez-Legal | 0.50 | $ 0.00 | $ 0.00 |
| Isabella G. Mendez-Legal | 2.00 | $ 95.00 | $ 190.00 |
| Maria E. Garcia - Legal Assistant | 7.70 | $ 0.00 | $ 0.00 |
| Maria E. Garcia - Legal Assistant | 2.60 | $ 95.00 | $ 247.00 |
| Karolina Bailon - Legal Assistant | 5.70 | $ 0.00 | $ 0.00 |
| Karolina Bailon - Legal Assistant | 1.20 | $ 95.00 | $ 114.00 |
| James M. Henderson | 0.20 | $ 0.00 | $ 0.00 |
| James M. Henderson | 3.80 | $ 95.00 | $ 361.00 |
| Lisa D Boswell | 22.00 | $ 0.00 | $ 0.00 |
| A. Danelle Rissler | 76.90 | $ 0.00 | $ 0.00 |
| A. Danelle Rissler | 7.50 | $ 95.00 | $ 712.50 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
Matter I.D. 13867-000000

September 11, 2026


| Date | Disbursement Description | Amount |
|---|---|---|
| | Copies | 2,933.90 |
| 06-29-26 | Transcripts; #20260084 - Jury Trial and Settlement Transcript; Monica Guzman | 351.00 |

| | | |
|---|---|---|
| Total Disbursements | $ | 3,284.90 |
| Total Current Charges | $ | 210,797.40 |
| Matter Total Due | $ | 210,797.40 |

**Projected time from 9.14.26 through final verdict.**

Reviewing, preparing and presenting application for attorney's fees and front pay:

| | | | |
|---|---|---|---|
| Frank Hill | 8 hours @ $695 per hour | $5,560.00 | |
| Ian Klein | 12 hours @ $425 per hour | $5,100.00 | |
| | Total projected time | | $10,660.00 |
| Total fees and costs incurred with projected time | | | $221,457.40 |

**Hill Gilstrap, P.C.**

**Haiying Huang - File #13867-0 - UTA**

**Summary of Hours Worked and Value of Time**
**As of September 11, 2026**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| | | | |
| Frank Hill | 123.3 | $695 | $85,693.50 |
| Anne Michels | 39.0 | $495 | $19,305.00 |
| Stefanie M. Klein | 6.6 | $495 | $3,267.00 |
| Stefanie M. Klein | 1.3 | $0 | $0.00 |
| Ian G. Klein | 229.7 | $425 | $97,622.50 |
| Isabella G. Mendez - Legal Assistant | 2.0 | $95 | $190.00 |
| Isabella G. Mendez - Legal Assistant | 0.5 | $0 | $0.00 |
| Maria E. Garcia - Legal Assistant | 2.6 | $95 | $247.00 |
| Maria E. Garcia - Legal Assistant | 7.7 | $0 | $0.00 |
| Karolina Bailon - Legal Assistant | 1.2 | $95 | $114.00 |
| Karolina Bailon - Legal Assistant | 5.7 | $0 | $0.00 |
| James M. Henderson - Legal Assistant | 3.8 | $95 | $361.00 |
| James M. Henderson - Legal Assistant | 0.2 | $0 | $0.00 |
| Lisa D. Bowell - Legal Assistant | 22.0 | $0 | $0.00 |
| A. Danelle Rissler - Legal Assistant | 7.5 | $95 | $712.50 |
| A. Danelle Rissler - Legal Assistant | 76.9 | $0 | $0.00 |
| | | | |
| Totals actual hours and time | 530.0 | | $207,512.50 |
| | | | |
| Frank Hill - Projected Time | 8.0 | $695 | $5,560.00 |
| Ian G. Klein - Projected Time | 12.0 | $425 | $5,100.00 |
| | | | |
| Totals with projected time | 550.0 | | $218,172.50 |
| | | | |
| Costs incurred | | | $3,284.90 |
| | | | |
| Total with projected time and costs | | | $221,457.40 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 1

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/06/26 | JMH | Drafted and sent Retention Agreement. | 0.40 | 38.00 |
| 04/06/26 | FH | Meetings with client; telephone calls regarding Judgment Agreement; conference with Ian Klein. | 2.20 | 1,529.00 |
| 04/06/26 | IGK | Reviewed file for familiarity to proceed with representation; telephone conference with client and Michael Hilferty regarding updated Motion for Summary Judgment; drafted Motion to Substitute Counsel. | 2.30 | 977.50 |
| 04/09/26 | IGK | Completed Motion to Substitute Counsel; correspondence with counsel regarding the same. | 1.20 | 510.00 |
| 04/10/26 | JMH | Compiled documents for client meeting. | 1.00 | 95.00 |
| 04/10/26 | IGK | In-office conference with client regarding timeline of events, Scheduling Order, and discrimination claims. | 2.40 | 1,020.00 |
| 04/10/26 | FH | Telephone calls with client. | 0.10 | 69.50 |
| 04/10/26 | FH | Meeting with client. | 2.00 | 1,390.00 |
| 04/14/26 | MEG | Edited and filed motion. | 1.00 | 95.00 |
| 04/14/26 | MEG | Drafted Proposed Order. | 0.50 | 47.50 |
| 04/15/26 | MEG | Edited and filed motion and proposed order. | 0.50 | 47.50 |
| 04/16/26 | MEG | Corresponded with court and filed motion and proposed order. | 0.50 | 47.50 |
| 04/16/26 | IGK | Correspondence with opposing counsel regarding trial dates and Errata Sheet. | 0.20 | 85.00 |
| 04/17/26 | IGK | Correspondence with Stephanie Criscione regarding Errata Sheet and W-2s; reviewed Deposition transcripts ahead of June 6, 2026 Trial Setting. | 3.80 | 1,615.00 |
| 04/20/26 | MEG | Redacted client documents. | 0.10 | 9.50 |
| 04/20/26 | IGK | Prepared partial Discovery; reviewed necessary documents for the same. | 2.60 | 1,105.00 |
| 04/23/26 | IGK | Received and reviewed email from client confirming missing information to incorporate into Pre-Trial Disclosures; correspondence with client regarding information. | 2.30 | 977.50 |
| 04/24/26 | JMH | Drafted and sent letter to opposing counsel. | 0.30 | 28.50 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 11 of 29 PageID 2917

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 2

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/24/26 | FH | Read and sent e-mails; reviewed pleadings; telephone conference with client and Ian Klein; prepared Demand Letter; telephone call. | 1.50 | 1,042.50 |
| 04/24/26 | FH | Prepared Demand Letter. | 0.20 | 139.00 |
| 04/24/26 | IGK | Continued review of document production from University of Texas at Arlington for purposes of preparing Pre-Trial Disclosures, Exhibit List, and familiarizing self with evidence ahead of trial setting; [redacted] | 6.30 | 2,677.50 |
| 05/01/26 | IGK | Continued review of evidentiary documents and prepared exhibits ahead of trial date; correspondence with opposing counsel regarding the same. | 3.30 | 1,402.50 |
| 05/05/26 | IGK | Continued review of documents; prepared trial exhibits. | 3.10 | 1,317.50 |
| 05/06/26 | ADR | Retrieved documents from flash drive and organized in client's file. | 1.00 | 0.00 |
| 05/06/26 | IGK | Reviewed University of Texas at Arlington's Document Production and Witness List to determine necessity and Scope of Motion in Limine ahead of deadline. | 4.70 | 1,997.50 |
| 05/07/26 | MEG | Filed motion and Proposed Order. | 0.30 | 0.00 |
| 05/07/26 | IGK | Correspondence with opposing counsel regarding mediation; received and reviewed Motion in Limine for University of Texas at Arlington. | 2.30 | 977.50 |
| 05/08/26 | ADR | Telephone call to Northern District of Texas clerk regarding June 8, 2026 trial date and left a message. | 0.10 | 0.00 |
| 05/08/26 | ADR | Calendared trial and deadline to exchange exhibits. | 0.20 | 0.00 |
| 05/08/26 | ADR | Second call to Northern District of Texas clerk regarding June 8, 2026 trial date. | 0.10 | 0.00 |
| 05/08/26 | IGK | Reviewed Depositions; correspondence for purposes of preparing for trial. | 2.20 | 935.00 |
| 05/11/26 | IGK | Received and reviewed Motion in Limine from University of Texas at Arlington; reviewed documents combined therein; drafted Responsive Brief. | 2.50 | 1,062.50 |
| 05/12/26 | IGK | Meeting and conference with opposing counsel regarding Pre-Trial deadlines, Jury Charge and settlement. | 1.40 | 595.00 |
| 05/13/26 | ADR | Researched Scheduling Order and Order Extending Deadlines; telephone call to court and left a voicemail; conference with legal | 0.60 | 0.00 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 3

---

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | assistant and Stefanie Klein regarding the same. | | |
| 05/15/26 | IGK | Continued review and annotation of Deposition transcripts. | 2.30 | 977.50 |
| 05/18/26 | IGK | Correspondence with opposing counsel regarding Settlement Conference; continued preparing trial exhibits ahead of deadline; correspondence with Haiying Huang regarding the same; reviewed Deposition transcripts. | 4.40 | 1,870.00 |
| 05/20/26 | IGM | Filed motion; sent e-mail to judge. | 0.50 | 0.00 |
| 05/20/26 | SMK | Reviewed draft of Motion to Compel Mediation; conferences with Ian Klein; reviewed court's previous Scheduling Orders; revised motion and order; arranged for filing and e-mailing the same. | 0.50 | 247.50 |
| 05/21/26 | ADR | Telephone call to Judge Hal R. Ray Jr.'s chambers and left a detailed voice message requesting available dates for mediation before June 8, 2026. | 0.10 | 0.00 |
| 05/21/26 | SMK | Conference with Ian Klein regarding mediation before magistrates; received order from court regarding the same. | 0.20 | 0.00 |
| 05/21/26 | IGK | Correspondence with opposing counsel regarding mediation; followed up on Motion to Mediate; conference with Frank Hill regarding the same; organized Voir Dire questions; continued preparing for June 8, 2026 Trial Setting. | 3.30 | 1,402.50 |
| 05/22/26 | ADR | Telephone call to courtroom deputy regarding Judge's availability for mediation and attorneys expected to be on conference call May 26, 2026; sent e-mail to Ian Klein and opposing counsel; calendared the same. | 0.40 | 0.00 |
| 05/22/26 | SMK | Conferences regarding Status Conference with Ian Klein and Frank Hill; double-checked court's instructions regarding call-in and availability dates. | 0.30 | 0.00 |
| 05/26/26 | ADR | Telephone call to court and left a voice message regarding access code to the Status Conference. | 0.20 | 0.00 |
| 05/26/26 | ADR | Calendared mediation and deadline to file Settlement and Status Report. | 0.20 | 0.00 |
| 05/26/26 | IGK | Status Conference with Magistrate Judge; correspondence with Haiying Huang regarding the same. | 1.20 | 510.00 |
| 05/26/26 | FH | Telephone conference with Magistrate Judge. | 0.30 | 208.50 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 13 of 29 PageID 2919

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 4

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/26/26 | SMK | E-mail exchange with Ian Klein regarding Status Conference. | 0.20 | 0.00 |
| 05/27/26 | IGK | Continued perforation of pre-trial documents and Motion in Limine. | 3.30 | 1,402.50 |
| 05/28/26 | ADR | Drafted Exhibit B for the Settlement Conference Information Sheet. | 0.40 | 38.00 |
| 05/29/26 | ADR | Merged Confidential Statement Sheet with Position Statement; e-mailed the same to Judge Ray. | 0.30 | 28.50 |
| 05/31/26 | SMK | Telephone calls with Frank Hill; telephone call and text exchange with Ian Klein regarding mediation. | 0.20 | 0.00 |
| 06/01/26 | FH | Attended mediation. | 7.00 | 4,865.00 |
| 06/01/26 | ADR | Telephone call to Judge Hal Ray's courtroom Deputy regarding Zoom link for mediation; left detailed voice message; telephone call to Judge Hal Ray's chambers regarding Zoom link for mediation; left a detailed voice message; telephone call from courtroom Deputy and e-mail with Zoom link. | 0.30 | 0.00 |
| 06/01/26 | ADR | Notarized Plaintiff's Unopposed Verified Motion for Continuance; uploaded the same to drive; filed Plaintiff's Unopposed Verified Motion for Continuance and prepared Proposed Order; e-mailed Proposed Order to Judge. | 0.60 | 0.00 |
| 06/01/26 | IGK | Attended mediation. | 8.00 | 3,400.00 |
| 06/01/26 | IGM | Edited Exhibit A for motion. | 0.20 | 19.00 |
| 06/01/26 | SMK | Conferences with Ian Klein and client; conferences with Frank Hill; drafted and submitted Motion to Dismiss and Proposed Order; received court's decision; participated in part of mediation discussions with Frank Hill, Ian Klein, client, and opposing counsel. | 2.20 | 1,089.00 |
| 06/02/26 | ADR | Worked on trial preparation. | 3.00 | 0.00 |
| 06/02/26 | IGK | In office conference with Haiying Huang; strategized regarding [redacted] | 7.70 | 3,272.50 |
| 06/02/26 | FH | Meeting with client; trial preparation; telephone conference with attorney. | 2.00 | 1,390.00 |
| 06/03/26 | LDB | Trial preparation, gathered and sorted trial exhibits; prepared shells for the Deposition Designations and Voir Dire questions. | 2.00 | 0.00 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 14 of 29 PageID 2920

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 5

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/03/26 | FH | Telephone call to attorney; conference with Ian Klein; trial preparation; read e-mail. | 3.20 | 2,224.00 |
| 06/03/26 | ADR | Began drafting Exhibit List. | 0.30 | 0.00 |
| 06/03/26 | ADR | Filed Plaintiff's Proposed Voir Dire questions; began drafting Trial Witness List; edited and filed Witness List. | 1.40 | 0.00 |
| 06/03/26 | IGK | Telephone conference with opposing counsel regarding pre-trial stipulations, potential settlement options, and Motion in Limine; continued preparation of pre-trial materials and prepared for trial. | 6.60 | 2,805.00 |
| 06/04/26 | LDB | Trial preparation. | 8.00 | 0.00 |
| 06/04/26 | ADR | Bates labeled trial exhibits, began printing trial exhibits and assembling trial notebooks. | 3.80 | 0.00 |
| 06/04/26 | ADR | Continued printing trial exhibits and assembling trial notebooks. | 4.10 | 0.00 |
| 06/04/26 | KB | Prepared trial exhibits. | 3.70 | 0.00 |
| 06/04/26 | MEG | Prepared trial binders. | 2.00 | 0.00 |
| 06/04/26 | JMH | E-mail correspondence with opposing counsel. | 0.20 | 19.00 |
| 06/04/26 | IGK | Continued preparation of pre-trial documents; correspondence with opposing counsel regarding the same; continued trial preparation. | 7.00 | 2,975.00 |
| 06/04/26 | FH | Read and sent e-mails; telephone call to attorney; conference with Ian Klein; trial preparation. | 1.80 | 1,251.00 |
| 06/04/26 | FH | Trial preparations and negotiations. | 4.00 | 2,780.00 |
| 06/05/26 | MEG | Filed Joint Stipulation. | 0.20 | 0.00 |
| 06/05/26 | IGK | Prepared for trial. | 8.00 | 3,400.00 |
| 06/05/26 | KB | Trial preparation. | 2.00 | 0.00 |
| 06/05/26 | ADR | Trial preparation. | 3.40 | 0.00 |
| 06/05/26 | ADR | Continued trial preparation. | 1.50 | 0.00 |
| 06/05/26 | LDB | Sent e-mail to Allegra Printing requesting a quote for exhibit copies; finalized and filed Plaintiff's Exhibits and Plaintiff's Amended Exhibit List; created two portfolios with all the exhibits for Plaintiff and Defendant. | 4.00 | 0.00 |
| 06/05/26 | FH | Trial preparation; telephone calls with client; telephone call to attorney; continued trial preparation. | 4.00 | 2,780.00 |
| 06/06/26 | IGK | Prepared for trial. | 8.00 | 3,400.00 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 6

---

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/06/26 | FH | Trial preparation. | 8.20 | 5,699.00 |
| 06/07/26 | IGK | Prepared for trial. | 10.00 | 4,250.00 |
| 06/07/26 | FH | Trial preparation. | 7.00 | 4,865.00 |
| 06/08/26 | ADR | Attended trial. | 7.00 | 0.00 |
| 06/08/26 | FH | Attended trial. | 6.00 | 4,170.00 |
| 06/08/26 | IGK | Trial correspondence with the Attorney General's office regarding settlement. | 8.00 | 3,400.00 |
| 06/08/26 | LDB | Attended trial; assisted with tech for trial; traveled to and from Federal Courthouse in Fort Worth. | 1.00 | 0.00 |
| 06/09/26 | FH | Read and sent e-mails; telephone calls. | 0.50 | 347.50 |
| 06/09/26 | IGK | Received and reviewed Haiying Huang's 2024-2025 Performance Review and correspondence regarding the same; correspondence with Stefanie Criscione regarding the same; researched Title XII regarding the same. | 1.60 | 680.00 |
| 06/10/26 | ADR | Meeting with Frank Hill, Ian Klein, and Haiying Huang; drafted EEOC Charge and filed with the EEOC; sent e-mail to Stephanie Criscione; sent certified letter to Stephanie Criscione. | 2.50 | 237.50 |
| 06/10/26 | FH | Telephone call to client; read and sent e-mails. | 0.70 | 486.50 |
| 06/10/26 | IGK | In-office meeting with client regarding [redacted] correspondence with Star Telegram and Fort Worth Report regarding the same. | 1.30 | 552.50 |
| 06/10/26 | FH | Conference with client; prepared Title VII Charge and letter. | 1.60 | 1,112.00 |
| 06/10/26 | SMK | E-mail and text exchange; telephone call with legal assistant to help with filing the EEOC Charge; e-mail to legal assistant regarding EEOC Charge. | 0.80 | 396.00 |
| 06/11/26 | FH | Read e-mail; sent text; telephone call to attorney; telephone call to client; read and sent e-mails and telephone calls. | 1.20 | 834.00 |
| 06/12/26 | IGK | Correspondence with Stefanie Criscione regarding Litigation Hold Letter and annual review. | 0.40 | 170.00 |
| 06/12/26 | FH | Read e-mail. | 0.10 | 69.50 |
| 06/15/26 | IGK | Correspondence with Stefanie Criscione regarding Litigation Hold Letter. | 0.20 | 85.00 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 7

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/15/26 | FH | Read and sent e-mails. | 0.10 | 69.50 |
| 06/16/26 | ADR | Drafted Motion to Enforce Settlement Agreement, to Impose Sanctions and to Award Attorney Fees. | 1.20 | 114.00 |
| 06/16/26 | ADR | Searched contract for court reporter of the Northern District of Texas's Fort Worth Office; sent e-mail to court reporter. | 0.20 | 0.00 |
| 06/16/26 | AM | Legal research regarding Motion to Compel Signing of Settlement Agreement and Sanctions for Failing to Sign Settlement Agreement. | 2.30 | 1,138.50 |
| 06/16/26 | LDB | Sent e-mail to opposing counsel transcribed by Frank Hill. | 0.50 | 0.00 |
| 06/16/26 | FH | Read e-mail; research; prepared motion; telephone calls with client. | 1.20 | 834.00 |
| 06/16/26 | IGK | Strategized and conducted research on EEOC Charge. | 1.20 | 510.00 |
| 06/17/26 | AM | Legal research regarding Motion to Compel Signing of Settlement Agreement and Sanctions for Failure to Sign Settlement Agreement; conferences with Frank Hill; drafted Brief in Support of Motion to Compel. | 6.00 | 2,970.00 |
| 06/17/26 | SMK | Telephone conferences with Frank Hill and legal assistant regarding latest action of UTA and filing of new EEOC charge. | 0.20 | 99.00 |
| 06/17/26 | ADR | Meeting with Frank Hill and Haiying Huang. | 0.40 | 38.00 |
| 06/17/26 | ADR | Drafted EEOC Charge. | 0.60 | 57.00 |
| 06/17/26 | FH | Read and sent e-mails; prepared motion; telephone calls telephone conference with interested party. | 2.00 | 1,390.00 |
| 06/17/26 | ADR | Filed EEOC Charge; e-mailed copy of the charge to opposing counsel. | 0.80 | 76.00 |
| 06/18/26 | SMK | Reviewed motion to enforce and brief. | 0.10 | 49.50 |
| 06/19/26 | IGK | Telephone conference with University of Texas at Arlington's counsel regarding Position of Release of Settlement Funds. | 0.30 | 127.50 |
| 06/22/26 | ADR | Calculated transcript costs and discussed with Ian Klein; e-mail to the court reporter requesting seven day turn around and invoice. | 0.40 | 0.00 |
| 06/23/26 | ADR | Reviewed e-mail from court reporter with estimate and responded to court reporter, requesting she proceed with seven day turn around transcript. | 0.20 | 0.00 |
| 06/24/26 | SMK | Conferences regarding EEOC and filing of same. | 0.20 | 99.00 |
| 06/25/26 | ADR | Calendared deadline to sue; uploaded Notice of Right to Sue to the | 0.30 | 0.00 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 8

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | drive. | | |
| 06/25/26 | FH | Telephone conference with Stephanie Cicarone; telephone conference with client. | 0.50 | 347.50 |
| 06/25/26 | SMK | Received and forwarded e-mail regarding Right to Sue Notice; downloaded Right to Sue Notice from portal and e-mailed to legal assistant and Ian Klein regarding different date on notice from date e-mailed to us; conference with Frank Hill. | 0.30 | 148.50 |
| 06/26/26 | ADR | E-mail with court reporter confirming transcript. | 0.20 | 0.00 |
| 06/29/26 | ADR | Received transcript and invoice; uploaded the same to u:drive. | 0.20 | 0.00 |
| 06/29/26 | ADR | Looked up EEOC Charge filed on June 10, 2026; drafted Right to Sue Letter. | 0.50 | 0.00 |
| 06/30/26 | JMH | Sent e-mail to opposing counsel. | 0.20 | 0.00 |
| 06/30/26 | ADR | Uploaded Request for Notice of Right to Sue and e-mailed the same to Juan Munoz. | 0.30 | 0.00 |
| 06/30/26 | SMK | Conferences with legal assistant regarding accessing EEOC portal, and uploading and e-mailing Requests for Right to Sue. | 0.20 | 0.00 |
| 06/30/26 | IGK | Correspondence with opposing counsel, 1983 issue. | 1.40 | 595.00 |
| 06/30/26 | FH | Read e-mail. | 0.10 | 69.50 |
| 07/01/26 | SMK | E-mail from EEOC regarding Right to Sue on one of client's new charges; forwarded to legal assistant and Ian Klein. | 0.10 | 49.50 |
| 07/01/26 | IGK | Teleconference with Haiying Huang regarding [redacted] | 0.80 | 340.00 |
| 07/01/26 | IGK | Received and reviewed Defendant's response; began drafting Reply to the same. | 1.70 | 722.50 |
| 07/02/26 | ADR | Researched dates on EEOC portal; e-mailed Stefanie Klein with the same. | 0.20 | 0.00 |
| 07/02/26 | ADR | Received and uploaded Defendant's Response to Plaintiff's Motion to Compel and Enforce Settlement and Defendant's Brief in Support of Defendant's Response to Plaintiff's Motion to compel and Enforce Settlement to the u:drive. | 0.20 | 0.00 |
| 07/03/26 | MEG | Correspondence with client. | 0.20 | 0.00 |
| 07/03/26 | FH | Read pleading. | 0.30 | 208.50 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang — September 11, 2026
13867 — Page 9

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/06/26 | FH | Reviewed documents. | 0.50 | 347.50 |
| 07/06/26 | IGM | Researched matters for Frank Hill. | 1.80 | 171.00 |
| 07/06/26 | IGK | Received and reviewed University of Texas at Arlington's Appendix in Support. | 2.10 | 892.50 |
| 07/07/26 | FH | Conference with Anne Michels; research; conference with Ian Klein. | 0.50 | 347.50 |
| 07/07/26 | AM | Legal research regarding retaliation for adverse employment evaluation. | 1.10 | 544.50 |
| 07/08/26 | JMH | Drafted Plaintiff's Response to Defendant's Brief. | 0.70 | 66.50 |
| 07/08/26 | FH | Conference with Anne Michels; worked on pleading. | 1.20 | 834.00 |
| 07/08/26 | AM | Legal research regarding retaliation for adverse employment evaluation; conferences with Frank Hill; drafted reply to Defendant's response. | 4.80 | 2,376.00 |
| 07/08/26 | ADR | Filed notice regarding dismissal documents. | 0.20 | 0.00 |
| 07/08/26 | ADR | Researched Annual Review and Comprehensive Periodic Evaluation of Tenured Faculty Policy; telephone call to client regarding the same. | 0.30 | 0.00 |
| 07/09/26 | IGK | Correspondence with Haiying Huang regarding [redacted] correspondence with University of Texas at Arlington regarding the same. | 0.70 | 297.50 |
| 07/09/26 | AM | Legal research regarding retaliation for adverse employment evaluation; conferences with Frank Hill; finalized Reply to Defendant's Response for filing; telephone conference with client. | 3.20 | 1,584.00 |
| 07/09/26 | LDB | Prepared exhibits for Appendix for filing; drafted finalized and filed; finalized Brief and filed with Appendix. | 6.00 | 0.00 |
| 07/09/26 | FH | Reviewed Brief; sent e-mail; telephone conference with attorney. | 0.80 | 556.00 |
| 07/10/26 | FH | Telephone call to client. | 0.50 | 347.50 |
| 07/14/26 | FH | Read and sent e-mails. | 0.10 | 69.50 |
| 07/16/26 | IGK | Correspondence with Stephanie Criscione regarding settlement and resignation; correspondence with client regarding the same. | 1.10 | 467.50 |
| 07/20/26 | FH | Read e-mail; read document; read and sent e-mails; telephone call to client. | 1.40 | 973.00 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026


---

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/20/26 | SMK | E-mails from Stephanie Criscione and Frank Hill. | 0.20 | 99.00 |
| 07/21/26 | FH | Telephone calls to attorney. | 0.20 | 139.00 |
| 07/23/26 | ADR | Telephone call to courtroom deputy to request a hearing on the Motion to Enforce Agreement and Award Attorney Fees. | 0.20 | 0.00 |
| 07/23/26 | FH | Reviewed draft of Settlement Agreement; prepared letter, reviewed Settlement Agreement. | 1.30 | 903.50 |
| 07/23/26 | JMH | Edited draft of Settlement Agreement; drafted letter to opposing counsel. | 1.20 | 114.00 |
| 07/24/26 | FH | Telephone call to John Ramsey. | 0.10 | 69.50 |
| 07/24/26 | ADR | Telephone call to courtroom deputy per Frank Hill's instructions. | 0.20 | 0.00 |
| 07/27/26 | FH | Read and sent e-mails. | 0.40 | 278.00 |
| 07/27/26 | ADR | Received return telephone call from the courtroom deputy with a response from Judge Ray. | 0.20 | 0.00 |
| 07/28/26 | FH | Read and sent e-mails. | 0.20 | 139.00 |
| 07/29/26 | IGK | Received and reviewed of Order Setting Trial for August 11, 2026; correspondence with Texas Attorney General's office regarding the same; researched issues of Re-Judication and issues for appeal; correspondence with client regarding the same. | 3.10 | 1,317.50 |
| 07/29/26 | SMK | Received and reviewed orders; conferences with Frank Hill and Ian Klein regarding the same. | 0.20 | 0.00 |
| 07/29/26 | FH | Telephone calls and e-mails; telephone calls with attorney. | 1.20 | 834.00 |
| 07/30/26 | IGK | Meeting with Haiying Huang regarding [redacted] correspondence with opposing counsel regarding the same; received and reviewed additional client documents regarding chair search; drafted EEOC Charge and Affidavit. | 3.80 | 1,615.00 |
| 07/30/26 | FH | Telephone calls; meeting with client and Ian Klein. | 1.10 | 764.50 |
| 07/31/26 | IGK | Reviewed exhibit binders in preparation for trial date. | 4.40 | 1,870.00 |
| 07/31/26 | SMK | Conferences with Ian Klein and Frank Hill regarding trial preparation and reviewed new EEOC Charge regarding hiring process; conference with paralegal regarding the same. | 0.50 | 247.50 |
| 07/31/26 | ADR | E-filed EEOC Charge. | 0.60 | 57.00 |
| 07/31/26 | ADR | Prepared EEOC form and attached Sworn Verification; discussed | 0.30 | 28.50 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026


---

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | with Stefanie Klein and Ian Klein. | | |
| 08/02/26 | FH | Trial preparation with client and Ian Klein. | 3.00 | 2,085.00 |
| 08/02/26 | IGK | Meeting client in office to discuss [redacted] | 2.50 | 1,062.50 |
| 08/03/26 | IGK | Correspondence with Stephanie Criscione regarding order of trial witnesses and strategy regarding the same; began drafting Motion for Leave to Amend. | 0.70 | 297.50 |
| 08/04/26 | IGK | Correspondence with opposing counsel and court regarding deadlines, exhibits, Motion in Limine; revised the same; prepared for trial. | 3.40 | 1,445.00 |
| 08/04/26 | IGK | Correspondence with client and opposing counsel; drafted letter to court; continued trial preparation. | 3.30 | 1,402.50 |
| 08/05/26 | IGK | Correspondence with opposing counsel; reviewed trial exhibits and amendment of pre-trial documents; continues preparing for Trial Setting. | 3.50 | 1,487.50 |
| 08/05/26 | FH | Trial preparation. | 0.50 | 347.50 |
| 08/05/26 | ADR | Re-organized trial notebooks. | 0.80 | 0.00 |
| 08/05/26 | ADR | Continued re-organizing notebooks; drafted response letter to the court regarding adding one exhibit; e-filed the same. | 2.40 | 0.00 |
| 08/06/26 | ADR | Trial preparation. | 2.20 | 0.00 |
| 08/06/26 | ADR | Trial preparation. | 0.40 | 0.00 |
| 08/06/26 | ADR | E-filed Exhibit List. | 0.20 | 0.00 |
| 08/06/26 | FH | Conference with Ian Klein | 0.30 | 208.50 |
| 08/06/26 | IGK | Reviewed list [redacted] from client; correspondence with client regarding same; revised exhibit list to include over thirty additional documents; reviewed documents for relevance and admissibility; revised Proposed Pre-trial Order. | 5.60 | 2,380.00 |
| 08/07/26 | ADR | Trial preparation. | 3.70 | 0.00 |
| 08/07/26 | ADR | Trial preparation. | 3.20 | 0.00 |
| 08/07/26 | MEG | Bates labeled exhibits; created trial binders. | 5.00 | 0.00 |
| 08/07/26 | IGK | Finalized Motion for Leave to Amend and Supplements Thereto; | 4.50 | 1,912.50 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222



Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | correspondence with Summer Criscione regarding opposition to the same; traveled to client's home to obtain signature on Verification; continued preparing for trial, Pre-Trial Conference; telephone conference with Summer Criscione. | | |
| 08/08/26 | IGK | Trial preparation. | 5.50 | 2,337.50 |
| 08/08/26 | FH | Trial preparation. | 4.00 | 2,780.00 |
| 08/09/26 | FH | Trial preparation. | 4.00 | 2,780.00 |
| 08/09/26 | IGK | Trial preparation. | 3.90 | 1,657.50 |
| 08/10/26 | ADR | Trial preparation. | 0.50 | 0.00 |
| 08/10/26 | ADR | Trial preparation. | 1.10 | 0.00 |
| 08/10/26 | LDB | Created Dropbox link to send to Plaintiff's Trial Exhibits to opposing counsel. | 0.50 | 0.00 |
| 08/10/26 | IGK | Prepared for trial. | 5.00 | 2,125.00 |
| 08/10/26 | FH | Meeting with client and Ian Klein. | 1.10 | 764.50 |
| 08/11/26 | ADR | Attended trial. | 8.60 | 0.00 |
| 08/11/26 | IGK | Attended trial. | 9.00 | 3,825.00 |
| 08/11/26 | FH | Attended trial. | 8.00 | 5,560.00 |
| 08/12/26 | ADR | Attended trial. | 8.30 | 0.00 |
| 08/12/26 | IGK | Attended trial. | 9.00 | 3,825.00 |
| 08/12/26 | FH | Attended trial. | 8.00 | 5,560.00 |
| 08/12/26 | SMK | Received and forwarded Notice of Right to Sue from Equal Employment Opportunity Commission. | 0.10 | 49.50 |
| 08/13/26 | ADR | Filed Brief. | 0.50 | 0.00 |
| 08/13/26 | IGK | Drafted court ordered Trial Brief; legal research regarding the same; meeting with client in office; reviewed Deposition of Brian Dennis in advance of his trial testimony. | 5.50 | 2,337.50 |
| 08/13/26 | FH | Read brief; meeting with client. | 0.90 | 625.50 |
| 08/14/26 | IGK | Jury trial; received verdict. | 12.00 | 5,100.00 |
| 08/14/26 | FH | Trial and verdict. | 12.00 | 8,340.00 |
| 08/14/26 | ADR | Attended trial. | 11.50 | 0.00 |
| 08/14/26 | SMK | Telephone conference with Frank Hill regarding cases regarding | 0.80 | 396.00 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 22 of 29 PageID 2928

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 13

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | adverse employment action; text messages with Ian Klein regarding sending cases; outlined research regarding Muldrow vs. St. Louis, Hamilton vs Dallas County, and Harrison vs Brookhaven School; e-mails and text to Ian Klein regarding the same. | | |
| 08/17/26 | FH | Read e-mail. | 0.20 | 139.00 |
| 08/17/26 | ADR | Received Right to Sue Letter; uploaded letter to U:drive; calendared deadline to file suit. | 0.30 | 0.00 |
| 08/17/26 | IGK | Correspondence with Attorney General's office regarding potential early resolution; received Defendant's review of Order for Post-trial Briefing. | 0.60 | 255.00 |
| 08/18/26 | FH | Read e-mail. | 0.20 | 139.00 |
| 08/19/26 | FH | Read e-mail. | 0.10 | 69.50 |
| 08/19/26 | ADR | Received Order to Confer and for Joint Status Report; uploaded same to U:drive; calendared same. | 0.30 | 0.00 |
| 08/19/26 | ADR | Received Jury Notes, Jury Charge and Jury Verdict; uploaded the same to U:drive. | 0.30 | 0.00 |
| 08/20/26 | FH | Sent e-mail. | 0.10 | 69.50 |
| 08/24/26 | FH | Telephone calls to client; telephone call to attorney; telephone call to New York attorney. | 0.50 | 347.50 |
| 08/24/26 | AM | Conference with Frank Hill; legal research regarding front pay in Title 7 case. | 1.50 | 742.50 |
| 08/25/26 | FH | Read order; conference with Ian Klein; conference with Stefanie Klein; several e-mails. | 0.60 | 417.00 |
| 08/25/26 | AM | Legal research regarding front pay in a Title 7 case. | 2.00 | 990.00 |
| 08/25/26 | SMK | Conference with Ian Klein and Frank Hill; discussed order with Ian Klein. | 0.20 | 99.00 |
| 08/26/26 | IGK | Prepared Joint Status Report; correspondence with Stephanie Criscione regarding the same. | 0.80 | 340.00 |
| 08/26/26 | AM | Legal research regarding front pay in a Title 7 case; drafted Brief to court regarding the same. | 3.70 | 1,831.50 |
| 08/26/26 | ADR | Drafted shell for Joint Status Report. | 0.20 | 19.00 |
| 08/26/26 | ADR | E-filed Joint Status Report. | 0.20 | 19.00 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 14

---

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/27/26 | AM | Conference with Frank Hill; legal research regarding award for attorneys' fees for multiple attorneys. | 1.40 | 693.00 |
| 08/27/26 | FH | Conference with Anne Michels; read Brief; sent New York attorney a form fee application. | 0.60 | 417.00 |
| 08/27/26 | IGK | Correspondence with Attorney General's office regarding settlement. | 0.20 | 85.00 |
| 08/28/26 | ADR | Received order from court; calendared deadlines. | 0.50 | 0.00 |
| 08/28/26 | SMK | Meeting with Frank Hill, Ian Klein, and client. | 0.40 | 198.00 |
| 08/28/26 | IGK | Correspondence with Haiying Huang regarding [redacted] | 1.10 | 467.50 |
| 08/28/26 | FH | Meeting with client and Ian Klein. | 0.70 | 486.50 |
| 09/03/26 | FH | Conference with Magistrate. | 0.30 | 208.50 |
| 09/03/26 | IGK | Correspondence with opposing counsel and Judge Ray regarding Settlement Conference. | 0.40 | 170.00 |
| 09/08/26 | IGK | In-office meeting with Haiying Huang regarding non-monetary relief. | 0.80 | 340.00 |
| 09/09/26 | FH | Attended mediation; prepared front page of Affidavit. | 4.90 | 3,405.50 |
| 09/09/26 | KB | Prepared Affidavit of Haiying Huang. | 1.20 | 114.00 |
| 09/09/26 | AM | Conferences with Frank Hill and Stefanie Klein; legal research regarding motion, Brief and Affidavit regarding attorneys fees. | 2.50 | 1,237.50 |
| 09/09/26 | IGK | In-person Settlement Conference at the Federal Courthouse. | 3.70 | 1,572.50 |
| 09/10/26 | AM | Legal research regarding awarding attorney's fees in Federal Court; conference with Ian Klein regarding the same; drafted Memorandum in Support of Motion for Attorney's Fees and Affidavit. | 5.80 | 2,871.00 |
| 09/10/26 | IGK | Researched recoverability and extent of recoverability of attorney's fees and applicable standards therefore; prepared Memorandum regarding the same; correspondence with Haiying Huang regarding [redacted] | 2.70 | 1,147.50 |
| 09/10/26 | FH | Worked on fee application; met with client; worked on Affidavit. | 2.50 | 1,737.50 |
| 09/11/26 | AM | Drafted Memorandum in Support of Motion for Attorney's Fees and | 4.70 | 2,326.50 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 24 of 29 PageID 2930

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 15

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | Affidavit; conferences with Frank Hill and Ian Klein regarding Memorandum and Affidavit. | | |
| 09/11/26 | FH | Worked on motion and Brief. | 3.50 | 2,432.50 |
| 09/11/26 | IGK | Worked on Brief for Front-Pay. | 3.50 | 1,487.50 |
| | | | | --------------- |
| | | Total Legal Fees | $ | 207,512.50 |

| Timekeeper | Hours | | Rate/Hour | | Amount |
|---|---|---|---|---|---|
| Frank Hill | 123.30 | $ | 695.00 | $ | 85,693.50 |
| Anne Michels | 39.00 | $ | 495.00 | $ | 19,305.00 |
| Stefanie M. Klein | 1.30 | $ | 0.00 | $ | 0.00 |
| Stefanie M. Klein | 6.60 | $ | 495.00 | $ | 3,267.00 |
| Ian G Klein | 229.70 | $ | 425.00 | $ | 97,622.50 |
| Isabella G. Mendez-Legal | 0.50 | $ | 0.00 | $ | 0.00 |
| Isabella G. Mendez-Legal | 2.00 | $ | 95.00 | $ | 190.00 |
| Maria E. Garcia - Legal Assistant | 7.70 | $ | 0.00 | $ | 0.00 |
| Maria E. Garcia - Legal Assistant | 2.60 | $ | 95.00 | $ | 247.00 |
| Karolina Bailon - Legal Assistant | 5.70 | $ | 0.00 | $ | 0.00 |
| Karolina Bailon - Legal Assistant | 1.20 | $ | 95.00 | $ | 114.00 |
| James M. Henderson | 0.20 | $ | 0.00 | $ | 0.00 |
| James M. Henderson | 3.80 | $ | 95.00 | $ | 361.00 |
| Lisa D Boswell | 22.00 | $ | 0.00 | $ | 0.00 |
| A. Danelle Rissler | 76.90 | $ | 0.00 | $ | 0.00 |
| A. Danelle Rissler | 7.50 | $ | 95.00 | $ | 712.50 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 25 of 29 PageID 2931

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
Matter I.D. 13867-000000

September 11, 2026


| Date | Disbursement Description | Amount |
|---|---|---|
| | Copies | 2,933.90 |
| 06-29-26 | Transcripts; #20260084 - Jury Trial and Settlement Transcript; Monica Guzman | 351.00 |

| | | |
|---|---|---|
| Total Disbursements | $ | 3,284.90 |
| Total Current Charges | $ | 210,797.40 |
| Matter Total Due | $ | 210,797.40 |

**<u>Projected time from 9.14.26 through final verdict.</u>**

Reviewing, preparing and presenting application for attorney's fees and front pay:

| | | | |
|---|---|---|---|
| Frank Hill | 8 hours @ $695 per hour | $5,560.00 | |
| Ian Klein | 12 hours @ $425 per hour | $5,100.00 | |
| | Total projected time | | $10,660.00 |
| Total fees and costs incurred with projected time | | | $221,457.40 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 26 of 29 PageID 2932

**Hill Gilstrap, P.C.**

**Haiying Huang - File #13867-0 - UTA**

**Summary of Hours Worked and Value of Time**
**As of September 11, 2026**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| | | | |
| Frank Hill | 123.3 | $695 | $85,693.50 |
| Anne Michels | 39.0 | $495 | $19,305.00 |
| Stefanie M. Klein | 6.6 | $495 | $3,267.00 |
| Stefanie M. Klein | 1.3 | $0 | $0.00 |
| Ian G. Klein | 229.7 | $425 | $97,622.50 |
| Isabella G. Mendez - Legal Assistant | 2.0 | $95 | $190.00 |
| Isabella G. Mendez - Legal Assistant | 0.5 | $0 | $0.00 |
| Maria E. Garcia - Legal Assistant | 2.6 | $95 | $247.00 |
| Maria E. Garcia - Legal Assistant | 7.7 | $0 | $0.00 |
| Karolina Bailon - Legal Assistant | 1.2 | $95 | $114.00 |
| Karolina Bailon - Legal Assistant | 5.7 | $0 | $0.00 |
| James M. Henderson - Legal Assistant | 3.8 | $95 | $361.00 |
| James M. Henderson - Legal Assistant | 0.2 | $0 | $0.00 |
| Lisa D. Bowell - Legal Assistant | 22.0 | $0 | $0.00 |
| A. Danelle Rissler - Legal Assistant | 7.5 | $95 | $712.50 |
| A. Danelle Rissler - Legal Assistant | 76.9 | $0 | $0.00 |
| | | | |
| Totals actual hours and time | 530.0 | | $207,512.50 |
| | | | |
| Frank Hill - Projected Time | 8.0 | $695 | $5,560.00 |
| Ian G. Klein - Projected Time | 12.0 | $425 | $5,100.00 |
| | | | |
| Totals with projected time | 550.0 | | $218,172.50 |
| | | | |
| Costs incurred | | | $3,284.90 |
| | | | |
| Total with projected time and costs | | | $221,457.40 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 10 of 29 PageID 2916

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 1

---

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/06/26 | JMH | Drafted and sent Retention Agreement. | 0.40 | 38.00 |
| 04/06/26 | FH | Meetings with client; telephone calls regarding Judgment Agreement; conference with Ian Klein. | 2.20 | 1,529.00 |
| 04/06/26 | IGK | Reviewed file for familiarity to proceed with representation; telephone conference with client and Michael Hilferty regarding updated Motion for Summary Judgment; drafted Motion to Substitute Counsel. | 2.30 | 977.50 |
| 04/09/26 | IGK | Completed Motion to Substitute Counsel; correspondence with counsel regarding the same. | 1.20 | 510.00 |
| 04/10/26 | JMH | Compiled documents for client meeting. | 1.00 | 95.00 |
| 04/10/26 | IGK | In-office conference with client regarding timeline of events, Scheduling Order, and discrimination claims. | 2.40 | 1,020.00 |
| 04/10/26 | FH | Telephone calls with client. | 0.10 | 69.50 |
| 04/10/26 | FH | Meeting with client. | 2.00 | 1,390.00 |
| 04/14/26 | MEG | Edited and filed motion. | 1.00 | 95.00 |
| 04/14/26 | MEG | Drafted Proposed Order. | 0.50 | 47.50 |
| 04/15/26 | MEG | Edited and filed motion and proposed order. | 0.50 | 47.50 |
| 04/16/26 | MEG | Corresponded with court and filed motion and proposed order. | 0.50 | 47.50 |
| 04/16/26 | IGK | Correspondence with opposing counsel regarding trial dates and Errata Sheet. | 0.20 | 85.00 |
| 04/17/26 | IGK | Correspondence with Stephanie Criscione regarding Errata Sheet and W-2s; reviewed Deposition transcripts ahead of June 6, 2026 Trial Setting. | 3.80 | 1,615.00 |
| 04/20/26 | MEG | Redacted client documents. | 0.10 | 9.50 |
| 04/20/26 | IGK | Prepared partial Discovery; reviewed necessary documents for the same. | 2.60 | 1,105.00 |
| 04/23/26 | IGK | Received and reviewed email from client confirming missing information to incorporate into Pre-Trial Disclosures; correspondence with client regarding information. | 2.30 | 977.50 |
| 04/24/26 | JMH | Drafted and sent letter to opposing counsel. | 0.30 | 28.50 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 11 of 29 PageID 2917

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026


Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/24/26 | FH | Read and sent e-mails; reviewed pleadings; telephone conference with client and Ian Klein; prepared Demand Letter; telephone call. | 1.50 | 1,042.50 |
| 04/24/26 | FH | Prepared Demand Letter. | 0.20 | 139.00 |
| 04/24/26 | IGK | Continued review of document production from University of Texas at Arlington for purposes of preparing Pre-Trial Disclosures, Exhibit List, and familiarizing self with evidence ahead of trial setting; [redacted] | 6.30 | 2,677.50 |
| 05/01/26 | IGK | Continued review of evidentiary documents and prepared exhibits ahead of trial date; correspondence with opposing counsel regarding the same. | 3.30 | 1,402.50 |
| 05/05/26 | IGK | Continued review of documents; prepared trial exhibits. | 3.10 | 1,317.50 |
| 05/06/26 | ADR | Retrieved documents from flash drive and organized in client's file. | 1.00 | 0.00 |
| 05/06/26 | IGK | Reviewed University of Texas at Arlington's Document Production and Witness List to determine necessity and Scope of Motion in Limine ahead of deadline. | 4.70 | 1,997.50 |
| 05/07/26 | MEG | Filed motion and Proposed Order. | 0.30 | 0.00 |
| 05/07/26 | IGK | Correspondence with opposing counsel regarding mediation; received and reviewed Motion in Limine for University of Texas at Arlington. | 2.30 | 977.50 |
| 05/08/26 | ADR | Telephone call to Northern District of Texas clerk regarding June 8, 2026 trial date and left a message. | 0.10 | 0.00 |
| 05/08/26 | ADR | Calendared trial and deadline to exchange exhibits. | 0.20 | 0.00 |
| 05/08/26 | ADR | Second call to Northern District of Texas clerk regarding June 8, 2026 trial date. | 0.10 | 0.00 |
| 05/08/26 | IGK | Reviewed Depositions; correspondence for purposes of preparing for trial. | 2.20 | 935.00 |
| 05/11/26 | IGK | Received and reviewed Motion in Limine from University of Texas at Arlington; reviewed documents combined therein; drafted Responsive Brief. | 2.50 | 1,062.50 |
| 05/12/26 | IGK | Meeting and conference with opposing counsel regarding Pre-Trial deadlines, Jury Charge and settlement. | 1.40 | 595.00 |
| 05/13/26 | ADR | Researched Scheduling Order and Order Extending Deadlines; telephone call to court and left a voicemail; conference with legal | 0.60 | 0.00 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026


Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | assistant and Stefanie Klein regarding the same. | | |
| 05/15/26 | IGK | Continued review and annotation of Deposition transcripts. | 2.30 | 977.50 |
| 05/18/26 | IGK | Correspondence with opposing counsel regarding Settlement Conference; continued preparing trial exhibits ahead of deadline; correspondence with Haiying Huang regarding the same; reviewed Deposition transcripts. | 4.40 | 1,870.00 |
| 05/20/26 | IGM | Filed motion; sent e-mail to judge. | 0.50 | 0.00 |
| 05/20/26 | SMK | Reviewed draft of Motion to Compel Mediation; conferences with Ian Klein; reviewed court's previous Scheduling Orders; revised motion and order; arranged for filing and e-mailing the same. | 0.50 | 247.50 |
| 05/21/26 | ADR | Telephone call to Judge Hal R. Ray Jr.'s chambers and left a detailed voice message requesting available dates for mediation before June 8, 2026. | 0.10 | 0.00 |
| 05/21/26 | SMK | Conference with Ian Klein regarding mediation before magistrates; received order from court regarding the same. | 0.20 | 0.00 |
| 05/21/26 | IGK | Correspondence with opposing counsel regarding mediation; followed up on Motion to Mediate; conference with Frank Hill regarding the same; organized Voir Dire questions; continued preparing for June 8, 2026 Trial Setting. | 3.30 | 1,402.50 |
| 05/22/26 | ADR | Telephone call to courtroom deputy regarding Judge's availability for mediation and attorneys expected to be on conference call May 26, 2026; sent e-mail to Ian Klein and opposing counsel; calendared the same. | 0.40 | 0.00 |
| 05/22/26 | SMK | Conferences regarding Status Conference with Ian Klein and Frank Hill; double-checked court's instructions regarding call-in and availability dates. | 0.30 | 0.00 |
| 05/26/26 | ADR | Telephone call to court and left a voice message regarding access code to the Status Conference. | 0.20 | 0.00 |
| 05/26/26 | ADR | Calendared mediation and deadline to file Settlement and Status Report. | 0.20 | 0.00 |
| 05/26/26 | IGK | Status Conference with Magistrate Judge; correspondence with Haiying Huang regarding the same. | 1.20 | 510.00 |
| 05/26/26 | FH | Telephone conference with Magistrate Judge. | 0.30 | 208.50 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026


Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/26/26 | SMK | E-mail exchange with Ian Klein regarding Status Conference. | 0.20 | 0.00 |
| 05/27/26 | IGK | Continued perforation of pre-trial documents and Motion in Limine. | 3.30 | 1,402.50 |
| 05/28/26 | ADR | Drafted Exhibit B for the Settlement Conference Information Sheet. | 0.40 | 38.00 |
| 05/29/26 | ADR | Merged Confidential Statement Sheet with Position Statement; e-mailed the same to Judge Ray. | 0.30 | 28.50 |
| 05/31/26 | SMK | Telephone calls with Frank Hill; telephone call and text exchange with Ian Klein regarding mediation. | 0.20 | 0.00 |
| 06/01/26 | FH | Attended mediation. | 7.00 | 4,865.00 |
| 06/01/26 | ADR | Telephone call to Judge Hal Ray's courtroom Deputy regarding Zoom link for mediation; left detailed voice message; telephone call to Judge Hal Ray's chambers regarding Zoom link for mediation; left a detailed voice message; telephone call from courtroom Deputy and e-mail with Zoom link. | 0.30 | 0.00 |
| 06/01/26 | ADR | Notarized Plaintiff's Unopposed Verified Motion for Continuance; uploaded the same to drive; filed Plaintiff's Unopposed Verified Motion for Continuance and prepared Proposed Order; e-mailed Proposed Order to Judge. | 0.60 | 0.00 |
| 06/01/26 | IGK | Attended mediation. | 8.00 | 3,400.00 |
| 06/01/26 | IGM | Edited Exhibit A for motion. | 0.20 | 19.00 |
| 06/01/26 | SMK | Conferences with Ian Klein and client; conferences with Frank Hill; drafted and submitted Motion to Dismiss and Proposed Order; received court's decision; participated in part of mediation discussions with Frank Hill, Ian Klein, client, and opposing counsel. | 2.20 | 1,089.00 |
| 06/02/26 | ADR | Worked on trial preparation. | 3.00 | 0.00 |
| 06/02/26 | IGK | In office conference with Haiying Huang; strategized regarding [redacted] | 7.70 | 3,272.50 |
| 06/02/26 | FH | Meeting with client; trial preparation; telephone conference with attorney. | 2.00 | 1,390.00 |
| 06/03/26 | LDB | Trial preparation, gathered and sorted trial exhibits; prepared shells for the Deposition Designations and Voir Dire questions. | 2.00 | 0.00 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 14 of 29 PageID 2920

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 5

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/03/26 | FH | Telephone call to attorney; conference with Ian Klein; trial preparation; read e-mail. | 3.20 | 2,224.00 |
| 06/03/26 | ADR | Began drafting Exhibit List. | 0.30 | 0.00 |
| 06/03/26 | ADR | Filed Plaintiff's Proposed Voir Dire questions; began drafting Trial Witness List; edited and filed Witness List. | 1.40 | 0.00 |
| 06/03/26 | IGK | Telephone conference with opposing counsel regarding pre-trial stipulations, potential settlement options, and Motion in Limine; continued preparation of pre-trial materials and prepared for trial. | 6.60 | 2,805.00 |
| 06/04/26 | LDB | Trial preparation. | 8.00 | 0.00 |
| 06/04/26 | ADR | Bates labeled trial exhibits, began printing trial exhibits and assembling trial notebooks. | 3.80 | 0.00 |
| 06/04/26 | ADR | Continued printing trial exhibits and assembling trial notebooks. | 4.10 | 0.00 |
| 06/04/26 | KB | Prepared trial exhibits. | 3.70 | 0.00 |
| 06/04/26 | MEG | Prepared trial binders. | 2.00 | 0.00 |
| 06/04/26 | JMH | E-mail correspondence with opposing counsel. | 0.20 | 19.00 |
| 06/04/26 | IGK | Continued preparation of pre-trial documents; correspondence with opposing counsel regarding the same; continued trial preparation. | 7.00 | 2,975.00 |
| 06/04/26 | FH | Read and sent e-mails; telephone call to attorney; conference with Ian Klein; trial preparation. | 1.80 | 1,251.00 |
| 06/04/26 | FH | Trial preparations and negotiations. | 4.00 | 2,780.00 |
| 06/05/26 | MEG | Filed Joint Stipulation. | 0.20 | 0.00 |
| 06/05/26 | IGK | Prepared for trial. | 8.00 | 3,400.00 |
| 06/05/26 | KB | Trial preparation. | 2.00 | 0.00 |
| 06/05/26 | ADR | Trial preparation. | 3.40 | 0.00 |
| 06/05/26 | ADR | Continued trial preparation. | 1.50 | 0.00 |
| 06/05/26 | LDB | Sent e-mail to Allegra Printing requesting a quote for exhibit copies; finalized and filed Plaintiff's Exhibits and Plaintiff's Amended Exhibit List; created two portfolios with all the exhibits for Plaintiff and Defendant. | 4.00 | 0.00 |
| 06/05/26 | FH | Trial preparation; telephone calls with client; telephone call to attorney; continued trial preparation. | 4.00 | 2,780.00 |
| 06/06/26 | IGK | Prepared for trial. | 8.00 | 3,400.00 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 15 of 29 PageID 2921

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026


Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/06/26 | FH | Trial preparation. | 8.20 | 5,699.00 |
| 06/07/26 | IGK | Prepared for trial. | 10.00 | 4,250.00 |
| 06/07/26 | FH | Trial preparation. | 7.00 | 4,865.00 |
| 06/08/26 | ADR | Attended trial. | 7.00 | 0.00 |
| 06/08/26 | FH | Attended trial. | 6.00 | 4,170.00 |
| 06/08/26 | IGK | Trial correspondence with the Attorney General's office regarding settlement. | 8.00 | 3,400.00 |
| 06/08/26 | LDB | Attended trial; assisted with tech for trial; traveled to and from Federal Courthouse in Fort Worth. | 1.00 | 0.00 |
| 06/09/26 | FH | Read and sent e-mails; telephone calls. | 0.50 | 347.50 |
| 06/09/26 | IGK | Received and reviewed Haiying Huang's 2024-2025 Performance Review and correspondence regarding the same; correspondence with Stefanie Criscione regarding the same; researched Title XII regarding the same. | 1.60 | 680.00 |
| 06/10/26 | ADR | Meeting with Frank Hill, Ian Klein, and Haiying Huang; drafted EEOC Charge and filed with the EEOC; sent e-mail to Stephanie Criscione; sent certified letter to Stephanie Criscione. | 2.50 | 237.50 |
| 06/10/26 | FH | Telephone call to client; read and sent e-mails. | 0.70 | 486.50 |
| 06/10/26 | IGK | In-office meeting with client regarding [redacted] correspondence with Star Telegram and Fort Worth Report regarding the same. | 1.30 | 552.50 |
| 06/10/26 | FH | Conference with client; prepared Title VII Charge and letter. | 1.60 | 1,112.00 |
| 06/10/26 | SMK | E-mail and text exchange; telephone call with legal assistant to help with filing the EEOC Charge; e-mail to legal assistant regarding EEOC Charge. | 0.80 | 396.00 |
| 06/11/26 | FH | Read e-mail; sent text; telephone call to attorney; telephone call to client; read and sent e-mails and telephone calls. | 1.20 | 834.00 |
| 06/12/26 | IGK | Correspondence with Stefanie Criscione regarding Litigation Hold Letter and annual review. | 0.40 | 170.00 |
| 06/12/26 | FH | Read e-mail. | 0.10 | 69.50 |
| 06/15/26 | IGK | Correspondence with Stefanie Criscione regarding Litigation Hold Letter. | 0.20 | 85.00 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 16 of 29 PageID 2922

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026


Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/15/26 | FH | Read and sent e-mails. | 0.10 | 69.50 |
| 06/16/26 | ADR | Drafted Motion to Enforce Settlement Agreement, to Impose Sanctions and to Award Attorney Fees. | 1.20 | 114.00 |
| 06/16/26 | ADR | Searched contract for court reporter of the Northern District of Texas's Fort Worth Office; sent e-mail to court reporter. | 0.20 | 0.00 |
| 06/16/26 | AM | Legal research regarding Motion to Compel Signing of Settlement Agreement and Sanctions for Failing to Sign Settlement Agreement. | 2.30 | 1,138.50 |
| 06/16/26 | LDB | Sent e-mail to opposing counsel transcribed by Frank Hill. | 0.50 | 0.00 |
| 06/16/26 | FH | Read e-mail; research; prepared motion; telephone calls with client. | 1.20 | 834.00 |
| 06/16/26 | IGK | Strategized and conducted research on EEOC Charge. | 1.20 | 510.00 |
| 06/17/26 | AM | Legal research regarding Motion to Compel Signing of Settlement Agreement and Sanctions for Failure to Sign Settlement Agreement; conferences with Frank Hill; drafted Brief in Support of Motion to Compel. | 6.00 | 2,970.00 |
| 06/17/26 | SMK | Telephone conferences with Frank Hill and legal assistant regarding latest action of UTA and filing of new EEOC charge. | 0.20 | 99.00 |
| 06/17/26 | ADR | Meeting with Frank Hill and Haiying Huang. | 0.40 | 38.00 |
| 06/17/26 | ADR | Drafted EEOC Charge. | 0.60 | 57.00 |
| 06/17/26 | FH | Read and sent e-mails; prepared motion; telephone calls telephone conference with interested party. | 2.00 | 1,390.00 |
| 06/17/26 | ADR | Filed EEOC Charge; e-mailed copy of the charge to opposing counsel. | 0.80 | 76.00 |
| 06/18/26 | SMK | Reviewed motion to enforce and brief. | 0.10 | 49.50 |
| 06/19/26 | IGK | Telephone conference with University of Texas at Arlington's counsel regarding Position of Release of Settlement Funds. | 0.30 | 127.50 |
| 06/22/26 | ADR | Calculated transcript costs and discussed with Ian Klein; e-mail to the court reporter requesting seven day turn around and invoice. | 0.40 | 0.00 |
| 06/23/26 | ADR | Reviewed e-mail from court reporter with estimate and responded to court reporter, requesting she proceed with seven day turn around transcript. | 0.20 | 0.00 |
| 06/24/26 | SMK | Conferences regarding EEOC and filing of same. | 0.20 | 99.00 |
| 06/25/26 | ADR | Calendared deadline to sue; uploaded Notice of Right to Sue to the | 0.30 | 0.00 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 8

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | drive. | | |
| 06/25/26 | FH | Telephone conference with Stephanie Cicarone; telephone conference with client. | 0.50 | 347.50 |
| 06/25/26 | SMK | Received and forwarded e-mail regarding Right to Sue Notice; downloaded Right to Sue Notice from portal and e-mailed to legal assistant and Ian Klein regarding different date on notice from date e-mailed to us; conference with Frank Hill. | 0.30 | 148.50 |
| 06/26/26 | ADR | E-mail with court reporter confirming transcript. | 0.20 | 0.00 |
| 06/29/26 | ADR | Received transcript and invoice; uploaded the same to u:drive. | 0.20 | 0.00 |
| 06/29/26 | ADR | Looked up EEOC Charge filed on June 10, 2026; drafted Right to Sue Letter. | 0.50 | 0.00 |
| 06/30/26 | JMH | Sent e-mail to opposing counsel. | 0.20 | 0.00 |
| 06/30/26 | ADR | Uploaded Request for Notice of Right to Sue and e-mailed the same to Juan Munoz. | 0.30 | 0.00 |
| 06/30/26 | SMK | Conferences with legal assistant regarding accessing EEOC portal, and uploading and e-mailing Requests for Right to Sue. | 0.20 | 0.00 |
| 06/30/26 | IGK | Correspondence with opposing counsel, 1983 issue. | 1.40 | 595.00 |
| 06/30/26 | FH | Read e-mail. | 0.10 | 69.50 |
| 07/01/26 | SMK | E-mail from EEOC regarding Right to Sue on one of client's new charges; forwarded to legal assistant and Ian Klein. | 0.10 | 49.50 |
| 07/01/26 | IGK | Teleconference with Haiying Huang regarding [redacted] | 0.80 | 340.00 |
| 07/01/26 | IGK | Received and reviewed Defendant's response; began drafting Reply to the same. | 1.70 | 722.50 |
| 07/02/26 | ADR | Researched dates on EEOC portal; e-mailed Stefanie Klein with the same. | 0.20 | 0.00 |
| 07/02/26 | ADR | Received and uploaded Defendant's Response to Plaintiff's Motion to Compel and Enforce Settlement and Defendant's Brief in Support of Defendant's Response to Plaintiff's Motion to compel and Enforce Settlement to the u:drive. | 0.20 | 0.00 |
| 07/03/26 | MEG | Correspondence with client. | 0.20 | 0.00 |
| 07/03/26 | FH | Read pleading. | 0.30 | 208.50 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 18 of 29 PageID 2924

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 9

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/06/26 | FH | Reviewed documents. | 0.50 | 347.50 |
| 07/06/26 | IGM | Researched matters for Frank Hill. | 1.80 | 171.00 |
| 07/06/26 | IGK | Received and reviewed University of Texas at Arlington's Appendix in Support. | 2.10 | 892.50 |
| 07/07/26 | FH | Conference with Anne Michels; research; conference with Ian Klein. | 0.50 | 347.50 |
| 07/07/26 | AM | Legal research regarding retaliation for adverse employment evaluation. | 1.10 | 544.50 |
| 07/08/26 | JMH | Drafted Plaintiff's Response to Defendant's Brief. | 0.70 | 66.50 |
| 07/08/26 | FH | Conference with Anne Michels; worked on pleading. | 1.20 | 834.00 |
| 07/08/26 | AM | Legal research regarding retaliation for adverse employment evaluation; conferences with Frank Hill; drafted reply to Defendant's response. | 4.80 | 2,376.00 |
| 07/08/26 | ADR | Filed notice regarding dismissal documents. | 0.20 | 0.00 |
| 07/08/26 | ADR | Researched Annual Review and Comprehensive Periodic Evaluation of Tenured Faculty Policy; telephone call to client regarding the same. | 0.30 | 0.00 |
| 07/09/26 | IGK | Correspondence with Haiying Huang regarding [redacted] correspondence with University of Texas at Arlington regarding the same. | 0.70 | 297.50 |
| 07/09/26 | AM | Legal research regarding retaliation for adverse employment evaluation; conferences with Frank Hill; finalized Reply to Defendant's Response for filing; telephone conference with client. | 3.20 | 1,584.00 |
| 07/09/26 | LDB | Prepared exhibits for Appendix for filing; drafted finalized and filed; finalized Brief and filed with Appendix. | 6.00 | 0.00 |
| 07/09/26 | FH | Reviewed Brief; sent e-mail; telephone conference with attorney. | 0.80 | 556.00 |
| 07/10/26 | FH | Telephone call to client. | 0.50 | 347.50 |
| 07/14/26 | FH | Read and sent e-mails. | 0.10 | 69.50 |
| 07/16/26 | IGK | Correspondence with Stephanie Criscione regarding settlement and resignation; correspondence with client regarding the same. | 1.10 | 467.50 |
| 07/20/26 | FH | Read e-mail; read document; read and sent e-mails; telephone call to client. | 1.40 | 973.00 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026


Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/20/26 | SMK | E-mails from Stephanie Criscione and Frank Hill. | 0.20 | 99.00 |
| 07/21/26 | FH | Telephone calls to attorney. | 0.20 | 139.00 |
| 07/23/26 | ADR | Telephone call to courtroom deputy to request a hearing on the Motion to Enforce Agreement and Award Attorney Fees. | 0.20 | 0.00 |
| 07/23/26 | FH | Reviewed draft of Settlement Agreement; prepared letter, reviewed Settlement Agreement. | 1.30 | 903.50 |
| 07/23/26 | JMH | Edited draft of Settlement Agreement; drafted letter to opposing counsel. | 1.20 | 114.00 |
| 07/24/26 | FH | Telephone call to John Ramsey. | 0.10 | 69.50 |
| 07/24/26 | ADR | Telephone call to courtroom deputy per Frank Hill's instructions. | 0.20 | 0.00 |
| 07/27/26 | FH | Read and sent e-mails. | 0.40 | 278.00 |
| 07/27/26 | ADR | Received return telephone call from the courtroom deputy with a response from Judge Ray. | 0.20 | 0.00 |
| 07/28/26 | FH | Read and sent e-mails. | 0.20 | 139.00 |
| 07/29/26 | IGK | Received and reviewed of Order Setting Trial for August 11, 2026; correspondence with Texas Attorney General's office regarding the same; researched issues of Re-Judication and issues for appeal; correspondence with client regarding the same. | 3.10 | 1,317.50 |
| 07/29/26 | SMK | Received and reviewed orders; conferences with Frank Hill and Ian Klein regarding the same. | 0.20 | 0.00 |
| 07/29/26 | FH | Telephone calls and e-mails; telephone calls with attorney. | 1.20 | 834.00 |
| 07/30/26 | IGK | Meeting with Haiying Huang regarding [redacted] correspondence with opposing counsel regarding the same; received and reviewed additional client documents regarding chair search; drafted EEOC Charge and Affidavit. | 3.80 | 1,615.00 |
| 07/30/26 | FH | Telephone calls; meeting with client and Ian Klein. | 1.10 | 764.50 |
| 07/31/26 | IGK | Reviewed exhibit binders in preparation for trial date. | 4.40 | 1,870.00 |
| 07/31/26 | SMK | Conferences with Ian Klein and Frank Hill regarding trial preparation and reviewed new EEOC Charge regarding hiring process; conference with paralegal regarding the same. | 0.50 | 247.50 |
| 07/31/26 | ADR | E-filed EEOC Charge. | 0.60 | 57.00 |
| 07/31/26 | ADR | Prepared EEOC form and attached Sworn Verification; discussed | 0.30 | 28.50 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 20 of 29 PageID 2926

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 11

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | with Stefanie Klein and Ian Klein. | | |
| 08/02/26 | FH | Trial preparation with client and Ian Klein. | 3.00 | 2,085.00 |
| 08/02/26 | IGK | Meeting client in office to discuss [redacted] | 2.50 | 1,062.50 |
| 08/03/26 | IGK | Correspondence with Stephanie Criscione regarding order of trial witnesses and strategy regarding the same; began drafting Motion for Leave to Amend. | 0.70 | 297.50 |
| 08/04/26 | IGK | Correspondence with opposing counsel and court regarding deadlines, exhibits, Motion in Limine; revised the same; prepared for trial. | 3.40 | 1,445.00 |
| 08/04/26 | IGK | Correspondence with client and opposing counsel; drafted letter to court; continued trial preparation. | 3.30 | 1,402.50 |
| 08/05/26 | IGK | Correspondence with opposing counsel; reviewed trial exhibits and amendment of pre-trial documents; continues preparing for Trial Setting. | 3.50 | 1,487.50 |
| 08/05/26 | FH | Trial preparation. | 0.50 | 347.50 |
| 08/05/26 | ADR | Re-organized trial notebooks. | 0.80 | 0.00 |
| 08/05/26 | ADR | Continued re-organizing notebooks; drafted response letter to the court regarding adding one exhibit; e-filed the same. | 2.40 | 0.00 |
| 08/06/26 | ADR | Trial preparation. | 2.20 | 0.00 |
| 08/06/26 | ADR | Trial preparation. | 0.40 | 0.00 |
| 08/06/26 | ADR | E-filed Exhibit List. | 0.20 | 0.00 |
| 08/06/26 | FH | Conference with Ian Klein | 0.30 | 208.50 |
| 08/06/26 | IGK | Reviewed list [redacted] from client; correspondence with client regarding same; revised exhibit list to include over thirty additional documents; reviewed documents for relevance and admissibility; revised Proposed Pre-trial Order. | 5.60 | 2,380.00 |
| 08/07/26 | ADR | Trial preparation. | 3.70 | 0.00 |
| 08/07/26 | ADR | Trial preparation. | 3.20 | 0.00 |
| 08/07/26 | MEG | Bates labeled exhibits; created trial binders. | 5.00 | 0.00 |
| 08/07/26 | IGK | Finalized Motion for Leave to Amend and Supplements Thereto; | 4.50 | 1,912.50 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 21 of 29 PageID 2927

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026
Page 12

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | correspondence with Summer Criscione regarding opposition to the same; traveled to client's home to obtain signature on Verification; continued preparing for trial, Pre-Trial Conference; telephone conference with Summer Criscione. | | |
| 08/08/26 | IGK | Trial preparation. | 5.50 | 2,337.50 |
| 08/08/26 | FH | Trial preparation. | 4.00 | 2,780.00 |
| 08/09/26 | FH | Trial preparation. | 4.00 | 2,780.00 |
| 08/09/26 | IGK | Trial preparation. | 3.90 | 1,657.50 |
| 08/10/26 | ADR | Trial preparation. | 0.50 | 0.00 |
| 08/10/26 | ADR | Trial preparation. | 1.10 | 0.00 |
| 08/10/26 | LDB | Created Dropbox link to send to Plaintiff's Trial Exhibits to opposing counsel. | 0.50 | 0.00 |
| 08/10/26 | IGK | Prepared for trial. | 5.00 | 2,125.00 |
| 08/10/26 | FH | Meeting with client and Ian Klein. | 1.10 | 764.50 |
| 08/11/26 | ADR | Attended trial. | 8.60 | 0.00 |
| 08/11/26 | IGK | Attended trial. | 9.00 | 3,825.00 |
| 08/11/26 | FH | Attended trial. | 8.00 | 5,560.00 |
| 08/12/26 | ADR | Attended trial. | 8.30 | 0.00 |
| 08/12/26 | IGK | Attended trial. | 9.00 | 3,825.00 |
| 08/12/26 | FH | Attended trial. | 8.00 | 5,560.00 |
| 08/12/26 | SMK | Received and forwarded Notice of Right to Sue from Equal Employment Opportunity Commission. | 0.10 | 49.50 |
| 08/13/26 | ADR | Filed Brief. | 0.50 | 0.00 |
| 08/13/26 | IGK | Drafted court ordered Trial Brief; legal research regarding the same; meeting with client in office; reviewed Deposition of Brian Dennis in advance of his trial testimony. | 5.50 | 2,337.50 |
| 08/13/26 | FH | Read brief; meeting with client. | 0.90 | 625.50 |
| 08/14/26 | IGK | Jury trial; received verdict. | 12.00 | 5,100.00 |
| 08/14/26 | FH | Trial and verdict. | 12.00 | 8,340.00 |
| 08/14/26 | ADR | Attended trial. | 11.50 | 0.00 |
| 08/14/26 | SMK | Telephone conference with Frank Hill regarding cases regarding | 0.80 | 396.00 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026


Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | adverse employment action; text messages with Ian Klein regarding sending cases; outlined research regarding Muldrow vs. St. Louis, Hamilton vs Dallas County, and Harrison vs Brookhaven School; e-mails and text to Ian Klein regarding the same. | | |
| 08/17/26 | FH | Read e-mail. | 0.20 | 139.00 |
| 08/17/26 | ADR | Received Right to Sue Letter; uploaded letter to U:drive; calendared deadline to file suit. | 0.30 | 0.00 |
| 08/17/26 | IGK | Correspondence with Attorney General's office regarding potential early resolution; received Defendant's review of Order for Post-trial Briefing. | 0.60 | 255.00 |
| 08/18/26 | FH | Read e-mail. | 0.20 | 139.00 |
| 08/19/26 | FH | Read e-mail. | 0.10 | 69.50 |
| 08/19/26 | ADR | Received Order to Confer and for Joint Status Report; uploaded same to U:drive; calendared same. | 0.30 | 0.00 |
| 08/19/26 | ADR | Received Jury Notes, Jury Charge and Jury Verdict; uploaded the same to U:drive. | 0.30 | 0.00 |
| 08/20/26 | FH | Sent e-mail. | 0.10 | 69.50 |
| 08/24/26 | FH | Telephone calls to client; telephone call to attorney; telephone call to New York attorney. | 0.50 | 347.50 |
| 08/24/26 | AM | Conference with Frank Hill; legal research regarding front pay in Title 7 case. | 1.50 | 742.50 |
| 08/25/26 | FH | Read order; conference with Ian Klein; conference with Stefanie Klein; several e-mails. | 0.60 | 417.00 |
| 08/25/26 | AM | Legal research regarding front pay in a Title 7 case. | 2.00 | 990.00 |
| 08/25/26 | SMK | Conference with Ian Klein and Frank Hill; discussed order with Ian Klein. | 0.20 | 99.00 |
| 08/26/26 | IGK | Prepared Joint Status Report; correspondence with Stephanie Criscione regarding the same. | 0.80 | 340.00 |
| 08/26/26 | AM | Legal research regarding front pay in a Title 7 case; drafted Brief to court regarding the same. | 3.70 | 1,831.50 |
| 08/26/26 | ADR | Drafted shell for Joint Status Report. | 0.20 | 19.00 |
| 08/26/26 | ADR | E-filed Joint Status Report. | 0.20 | 19.00 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 23 of 29 PageID 2929

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026


Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/27/26 | AM | Conference with Frank Hill; legal research regarding award for attorneys' fees for multiple attorneys. | 1.40 | 693.00 |
| 08/27/26 | FH | Conference with Anne Michels; read Brief; sent New York attorney a form fee application. | 0.60 | 417.00 |
| 08/27/26 | IGK | Correspondence with Attorney General's office regarding settlement. | 0.20 | 85.00 |
| 08/28/26 | ADR | Received order from court; calendared deadlines. | 0.50 | 0.00 |
| 08/28/26 | SMK | Meeting with Frank Hill, Ian Klein, and client. | 0.40 | 198.00 |
| 08/28/26 | IGK | Correspondence with Haiying Huang regarding [redacted] | 1.10 | 467.50 |
| 08/28/26 | FH | Meeting with client and Ian Klein. | 0.70 | 486.50 |
| 09/03/26 | FH | Conference with Magistrate. | 0.30 | 208.50 |
| 09/03/26 | IGK | Correspondence with opposing counsel and Judge Ray regarding Settlement Conference. | 0.40 | 170.00 |
| 09/08/26 | IGK | In-office meeting with Haiying Huang regarding non-monetary relief. | 0.80 | 340.00 |
| 09/09/26 | FH | Attended mediation; prepared front page of Affidavit. | 4.90 | 3,405.50 |
| 09/09/26 | KB | Prepared Affidavit of Haiying Huang. | 1.20 | 114.00 |
| 09/09/26 | AM | Conferences with Frank Hill and Stefanie Klein; legal research regarding motion, Brief and Affidavit regarding attorneys fees. | 2.50 | 1,237.50 |
| 09/09/26 | IGK | In-person Settlement Conference at the Federal Courthouse. | 3.70 | 1,572.50 |
| 09/10/26 | AM | Legal research regarding awarding attorney's fees in Federal Court; conference with Ian Klein regarding the same; drafted Memorandum in Support of Motion for Attorney's Fees and Affidavit. | 5.80 | 2,871.00 |
| 09/10/26 | IGK | Researched recoverability and extent of recoverability of attorney's fees and applicable standards therefore; prepared Memorandum regarding the same; correspondence with Haiying Huang regarding [redacted] | 2.70 | 1,147.50 |
| 09/10/26 | FH | Worked on fee application; met with client; worked on Affidavit. | 2.50 | 1,737.50 |
| 09/11/26 | AM | Drafted Memorandum in Support of Motion for Attorney's Fees and | 4.70 | 2,326.50 |

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang
13867

September 11, 2026


---

Matter Number: 13867-000000 - FH

Re: UTA - Employment Matter

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | Affidavit; conferences with Frank Hill and Ian Klein regarding Memorandum and Affidavit. | | |
| 09/11/26 | FH | Worked on motion and Brief. | 3.50 | 2,432.50 |
| 09/11/26 | IGK | Worked on Brief for Front-Pay. | 3.50 | 1,487.50 |
| | | | | --------------- |
| | | Total Legal Fees | $ | 207,512.50 |

| Timekeeper | Hours | | Rate/Hour | | Amount |
|---|---|---|---|---|---|
| Frank Hill | 123.30 | $ | 695.00 | $ | 85,693.50 |
| Anne Michels | 39.00 | $ | 495.00 | $ | 19,305.00 |
| Stefanie M. Klein | 1.30 | $ | 0.00 | $ | 0.00 |
| Stefanie M. Klein | 6.60 | $ | 495.00 | $ | 3,267.00 |
| Ian G Klein | 229.70 | $ | 425.00 | $ | 97,622.50 |
| Isabella G. Mendez-Legal | 0.50 | $ | 0.00 | $ | 0.00 |
| Isabella G. Mendez-Legal | 2.00 | $ | 95.00 | $ | 190.00 |
| Maria E. Garcia - Legal Assistant | 7.70 | $ | 0.00 | $ | 0.00 |
| Maria E. Garcia - Legal Assistant | 2.60 | $ | 95.00 | $ | 247.00 |
| Karolina Bailon - Legal Assistant | 5.70 | $ | 0.00 | $ | 0.00 |
| Karolina Bailon - Legal Assistant | 1.20 | $ | 95.00 | $ | 114.00 |
| James M. Henderson | 0.20 | $ | 0.00 | $ | 0.00 |
| James M. Henderson | 3.80 | $ | 95.00 | $ | 361.00 |
| Lisa D Boswell | 22.00 | $ | 0.00 | $ | 0.00 |
| A. Danelle Rissler | 76.90 | $ | 0.00 | $ | 0.00 |
| A. Danelle Rissler | 7.50 | $ | 95.00 | $ | 712.50 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 23 of 29 PageID 2931

HILL GILSTRAP
1400 WEST ABRAM STREET
ARLINGTON, TX 76013
817-261-2222

Haiying Huang — September 11, 2026
Matter I.D. 13867-000000 — Page 16

| Date | Disbursement Description | Amount |
|---|---|---|
| | Copies | 2,933.90 |
| 06-29-26 | Transcripts; #20260084 - Jury Trial and Settlement Transcript; Monica Guzman | 351.00 |

| | | |
|---|---|---|
| Total Disbursements | $ | 3,284.90 |
| Total Current Charges | $ | 210,797.40 |
| Matter Total Due | $ | 210,797.40 |

**Projected time from 9.14.26 through final verdict.**

Reviewing, preparing and presenting application for attorney's fees and front pay:

| | | | |
|---|---|---|---|
| Frank Hill | 8 hours @ $695 per hour | $5,560.00 | |
| Ian Klein | 12 hours @ $425 per hour | $5,100.00 | |
| | Total projected time | | $10,660.00 |
| Total fees and costs incurred with projected time | | | $221,457.40 |

Case 4:25-cv-00181-P Document 131 Filed 09/11/26 Page 26 of 29 PageID 2932

**Hill Gilstrap, P.C.**

**Haiying Huang - File #13867-0 - UTA**

**Summary of Hours Worked and Value of Time**
**As of September 11, 2026**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| | | | |
| Frank Hill | 123.3 | $695 | $85,693.50 |
| Anne Michels | 39.0 | $495 | $19,305.00 |
| Stefanie M. Klein | 6.6 | $495 | $3,267.00 |
| Stefanie M. Klein | 1.3 | $0 | $0.00 |
| Ian G. Klein | 229.7 | $425 | $97,622.50 |
| Isabella G. Mendez - Legal Assistant | 2.0 | $95 | $190.00 |
| Isabella G. Mendez - Legal Assistant | 0.5 | $0 | $0.00 |
| Maria E. Garcia - Legal Assistant | 2.6 | $95 | $247.00 |
| Maria E. Garcia - Legal Assistant | 7.7 | $0 | $0.00 |
| Karolina Bailon - Legal Assistant | 1.2 | $95 | $114.00 |
| Karolina Bailon - Legal Assistant | 5.7 | $0 | $0.00 |
| James M. Henderson - Legal Assistant | 3.8 | $95 | $361.00 |
| James M. Henderson - Legal Assistant | 0.2 | $0 | $0.00 |
| Lisa D. Bowell - Legal Assistant | 22.0 | $0 | $0.00 |
| A. Danelle Rissler - Legal Assistant | 7.5 | $95 | $712.50 |
| A. Danelle Rissler - Legal Assistant | 76.9 | $0 | $0.00 |
| | | | |
| Totals actual hours and time | 530.0 | | $207,512.50 |
| | | | |
| Frank Hill - Projected Time | 8.0 | $695 | $5,560.00 |
| Ian G. Klein - Projected Time | 12.0 | $425 | $5,100.00 |
| | | | |
| Totals with projected time | 550.0 | | $218,172.50 |
| | | | |
| Costs incurred | | | $3,284.90 |
| | | | |
| Total with projected time and costs | | | $221,457.40 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| HAIYING HUANG,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF TEXAS AT ARLINGTON,<br><br>Defendant. | Civil Action No. ____________________<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF HAIYING HUANG'S ORIGINAL COMPLAINT**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW Haiying Huang ("Plaintiff" or "Dr. Huang") and files this her Original Complaint against Defendant the University of Texas at Arlington ("Defendant" or "UTA"), and in support thereof, would show the Court as follows:

## I. NATURE OF THE ACTION

1.1 Dr. Haiying Huang brings this action under Title VII of the Civil Rights Act of 1964 for discrete acts of retaliation and sex discrimination by her employer, the University of Texas at Arlington ("UTA"). The challenged acts concern her exclusion from consideration for the permanent Chair position in the Department of Mechanical and Aerospace Engineering ("MAE"), a lowered annual performance assessment submitted the day after the June 8, 2026 trial and settlement in her earlier lawsuit, and UTA's subsequent retaliatory withholding of performance under the settlement agreement to deter further protected complaints.

1.2 The payment claim concerns UTA's alleged breach of the parties' executed settlement through a newly imposed condition intended to discourage further protected activity.

The parties signed an agreement and assented in open court to stated terms (the "Abortive Settlement Agreement"), including payment of $100,000 and an express prohibition on adding material terms.

## II. PARTIES, JURISDICTION, AND VENUE

2.1 Plaintiff Haiying Huang is an individual residing in Arlington, Tarrant County, Texas, and is a professor employed by UTA.

2.2 Defendant University of Texas at Arlington is a public university and governmental agency of the State of Texas, with its principal campus in Arlington, Texas. At all relevant times, UTA employed at least fifteen employees for the requisite statutory period and was Dr. Huang's employer within the meaning of Title VII. 42 U.S.C. § 2000e(b).

2.3 UTA may be served through its chief executive officer or another official authorized to receive service, in compliance with Federal Rule of Civil Procedure 4(j)(2). Its principal campus address is 701 South Nedderman Drive, Arlington, Texas 76019. Plaintiff will direct process to the appropriate authorized recipient.

2.4 This Court has federal-question jurisdiction under 28 U.S.C. § 1331 and 42 U.S.C. § 2000e-5(f)(3). Congress validly abrogated the States' Eleventh Amendment immunity for Title VII claims. *Fitzpatrick v. Bitzer*, 427 U.S. 445, 456 (1976). The relief requested is authorized by 42 U.S.C. §§ 2000e-5(g), 2000e-5(k), and 1981a.

2.5 Venue is proper in the Northern District of Texas under 42 U.S.C. § 2000e-5(f)(3). The challenged employment practices occurred in Arlington, the pertinent employment records are maintained or administered there, and Dr. Huang worked and would have worked there but for

the challenged nonselection. Assignment to the Fort Worth Division is appropriate because the events occurred in Tarrant County.

## III. ADMINISTRATIVE EXHAUSTION AND RELATED PROCEEDINGS

3.1 On June 10, 2026, Plaintiff filed a verified EEOC charge against UTA challenging the June 9 performance evaluation as retaliation for her discrimination lawsuit. That charge also identified sex and national origin as bases of discrimination. The charge was assigned No. EEOC Charge No. 450-2026-09648. The corresponding notice of right to sue was issued on July 1, 2026, and counsel for Dr. Huang received it on the same date.

3.2 On June 17, 2026, Dr. Huang filed a verified charge challenging UTA's withholding or threatened withholding of settlement consideration to discourage further Title VII complaints. The EEOC issued a notice of right to sue for Charge No. 450-2026-09929 on June 23, 2026. The notice states that the EEOC dismissed the charge, terminated its processing, and authorized Dr. Huang to bring suit against UTA within ninety days of receipt. This action is brought within that period.

3.3 On July 31, 2026, Dr. Huang submitted a charge with an attached sworn verification describing the MAE Chair search, her November 14, 2025 exclusion from the finalist stage, and the March 3, 2026 notice of nonselection. The verification expressly alleged sex discrimination and retaliation for her discrimination complaints, EEOC activity, and Title VII lawsuit. That matter was identified in the proposed supplemental complaint as Charge No. 450-2026-11677. The EEOC issued a notice of right to sue bearing that number on August 12, 2026. This action is brought within ninety days after receipt of that notice. July 31, 2026 Charge, Verification at 3–5; First Lawsuit, ECF No. 107-1 ¶ 96.

3.4 Plaintiff promptly challenged the June 2026 acts. The November 14, 2025 exclusion from the finalist slate and March 2026 permanent Chair nonselection occurred within 300 days before the July 31, 2026 charge. Earlier events are pleaded as background to these timely challenged decisions, rather than as independently actionable, untimely employment decisions. 42 U.S.C. § 2000e-5(e)(1).

3.5 In February 2025, Dr. Huang filed *Huang v. University of Texas at Arlington*, No. 4:25-cv-00181-P (N.D. Tex.) (the "First Lawsuit"). The First Lawsuit concerned earlier employment conduct, including Dr. Huang's removal from the Associate Chair position. On August 7, 2026, Dr. Huang sought leave to supplement that action with the claims asserted here. *Id.*, ECF Nos. 107, 107-1, 108. The Court denied leave, and the proposed claims were not added to the operative complaint. Dr. Huang brings them in this separate action.

3.6 This action challenges the distinct evaluation, payment condition, and Chair search described below. Those challenged acts occurred after the filing of the operative complaint in the First Lawsuit.

## IV. FACTUAL ALLEGATIONS

**A. Dr. Huang's qualifications and protected activity.**

4.1 Plaintiff is a woman of Asian descent who was born in China and is a tenured full professor in the Mechanical and Aerospace Engineering Department ("MAE") at UTA. UTA hired her in 2006; she obtained tenure and promotion to Associate Professor in 2010 and promotion to Full Professor in 2014. At the time of the Chair search, Plaintiff had nearly two decades of service and substantial experience in research, teaching, graduate education, and departmental administration. *See* July 31, 2026 Charge, Verification at 1.

4.2 UTA appointed Dr. Huang as Associate Chair of MAE in 2022. Her responsibilities included graduate programs, curriculum, accreditation, program review, and departmental administration. Her favorable faculty evaluations reflected an overall rating of "exceeds expectations." Her 2022–2023 annual review rated her research and service as "Exceeds expectations," commended her work, and included the Dean's assessment, "Great Performance." UTA had also supported her participation in the Executive Leadership in Academic Technology, Engineering and Science program. *See* First Lawsuit, ECF No. 43-1 at PLT_MSJ_APP_0021–0022; July 31, 2026 Charge, Verification at 1.

4.3 Before and during the events at issue, Dr. Huang complained through UTA's internal channels about conduct she reasonably and in good faith believed constituted discrimination on the basis of sex, race, and national origin. She submitted formal complaints through UTA's Equal Opportunity Services and Title IX processes, filed an EEOC charge, and commenced and prosecuted the related Title VII action. Her protected activity included opposing sex-based unequal treatment in departmental leadership, and participating in the investigation and litigation of those complaints.

4.4 UTA and the administrators responsible for or substantially involved in the challenged decisions knew about Dr. Huang's discrimination complaints, EEOC activity, and pending lawsuit. That knowledge included the administrators participating in the permanent Chair selection and UTA's representatives handling the litigation and settlement discussions.

**B. The MAE permanent Chair search.**

4.5 Dr. Kamesh Subbarao participated as a witness in UTA's investigation of Dr. Huang's discrimination complaint. Dr. Huang also complained internally about statements and conduct by Dr. Subbarao during and after that investigation.

4.6 On December 13, 2024, Dean Peter Crouch announced that Dr. Subbarao would become Interim Chair of MAE effective January 16, 2025. To Dr. Huang's knowledge, an EOS or Title IX matter arising from her complaints about Dr. Subbarao remained pending. Dean Crouch did not consult the MAE faculty before announcing the appointment. July 31, 2026 Charge, Verification at 2.

4.7 The interim appointment gave Dr. Subbarao substantial advantages before the permanent search began, including the Chair's title and authority, administrative experience in the position, regular access to the Dean and senior administrators, and the opportunity to present himself as MAE's existing leader.

4.8 On August 27, 2025, Dean Crouch announced an internal search for a permanent MAE Chair and appointed Associate Dean Paul Componation to chair the search committee. UTA announced the committee's membership on September 15. Dr. Huang objected that the committee did not fairly reflect the demographics and academic ranks represented among MAE faculty.

4.9 Dr. Subbarao submitted his application for the permanent Chair position on October 8, 2025, although UTA did not announce the application portal to the MAE faculty until October 9. Dr. Huang applied through the announced portal on October 20. She later requested a copy of any communication that gave Dr. Subbarao notice of or access to the MAE Chair search and application process before the faculty announcement. UTA did not answer that request.

4.10 Dr. Huang was qualified for the Chair position based on her academic rank, lengthy service, administrative and departmental leadership experience, and documented high level of performance. The search committee interviewed her on November 7, 2025. During the interview, Dr. Componation told her that Dean Crouch would select the finalists.

4.11 On November 14, 2025, UTA announced that Dr. Subbarao and Dr. Frank Lu would advance as finalists for the position as permanent Chair of MAE. Both were men. UTA excluded Dr. Huang from the finalist slate and did not disclose the criteria used to advance the two men and exclude her. Dr. Huang and at least one other faculty member requested the criteria and supporting materials, but UTA never provided them.

4.12 On November 20, 2025, Dr. Panos Shiakolas requested the selection criteria and other information concerning the finalist decision. Dr. Huang repeated the request on December 1 and asked Dr. Componation to invite Dean Crouch to discuss the next Chair's responsibilities and departmental needs with the faculty. She understood that faculty engagement to be contemplated by UTS182. Dr. Componation did not respond. *See* July 31, 2026 Charge, Verification at 3.

4.13 On December 3, 2025, Dean Crouch represented to MAE faculty that the finalists had been identified by the search committee. On December 4, Dr. Huang submitted a written complaint to Provost Tamara Brown addressing the lack of faculty engagement, committee composition, undisclosed criteria, and fairness and transparency of the Chair search process. UTA did not supply the requested information or correct the identified problems.

4.14 After a December 8, 2025 presentation by Dr. Lu, Dr. Componation told faculty that the committee had not ranked applicants, and that Dean Crouch had selected the finalists. That account conflicted with the Dean's statement that the committee had, in fact, identified the finalists.

4.15 After faculty questioned the process following Dr. Lu's December 8 presentation, Dr. Componation agreed to include faculty discussion and voting. He reaffirmed that approach after Dr. Subbarao's December 15 presentation and, on December 16, scheduled a two-hour candidate review meeting for January 7, 2026. At that meeting, however, Dr. Componation refused

to conduct the promised vote, and said a vote had never been his intention. Dr. Componation provided only a tally or characterization of feedback and declined to disclose the underlying comments. *See* July 31, 2026 Charge, Verification at 3–4.

4.16 The feedback Dr. Componation reported concerning Dr. Subbarao was inconsistent with information at least one faculty member later provided to Dr. Huang. Dr. Huang also learned that another faculty member's timely submitted feedback had not been considered.

4.17 During Dr. Subbarao's interim service as MAE Chair, Dr. Huang reported perceived violations of University policy and faculty governance requirements. On April 16, 2025, she raised the lack of meaningful faculty participation in the MAE graduate program review with Provost Tamara Brown and Dean Crouch. On November 6, she again raised those concerns and identified perceived factual inaccuracies in the self-study. On November 17, she raised concerns about tenure-and-promotion guidelines that differed from those reviewed by the appropriate faculty committee. These governance events supply context; her discrimination-related opposition and participation provide the protected activity underlying the retaliation count. *See* July 31, 2026 Charge, Verification at 2.

4.18 On February 24, 2026, two additional faculty members complained to the Provost about performance reviews they had received from Dr. Subbarao. Nevertheless, on March 2, Dean Crouch announced that Dr. Subbarao had accepted the permanent Chair appointment and described his interim performance as "exemplary." On March 3, Dr. Componation formally informed Dr. Huang that she had not been selected as Chair.

4.19 UTA had relied on faculty complaints as its principal justification for removing Dr. Huang from the Associate Chair position despite her documented performance. In selecting Dr. Subbarao for permanent Chair, UTA discounted or disregarded complaints concerning his

performance and conduct while giving him the advantages of incumbency and advancing him through the irregular search process.

4.20 The preferential access, exclusively male finalist slate, undisclosed criteria, inconsistent accounts of who chose the finalists, abandoned faculty vote, and selective treatment of complaints support Dr. Huang's allegation that UTA's stated process concealed sex discrimination and retaliation for her protected activity.

**C. The June 8 trial and abortive settlement; the June 9 performance evaluation.**

4.21 The First Lawsuit was called for a jury trial on June 8, 2026. Dean Peter Crouch testified as UTA's representative. Dean Crouch agreed that Dr. Huang's evaluations reflected performance exceeding expectations, including evaluations after her removal from the Associate Chair position, and that "exceeded expectations" was the highest ranking. *See* June 8, 2026 Trial Tr. 30:3–8, 32:3–12 ("June 8 Tr.").

4.22 During that trial, Dr. Huang and UTA entered into a signed settlement agreement, whose terms were read into the record (the "Abortive Settlement Agreement"). UTA's counsel read into the record that, pursuant to the Abortive Settlement Agreement, "UTA will pay Dr. Huang $100,000." Under the terms of the Abortive Settlement Agreement, Dr. Huang was to retire from her position as a tenured UTA professor on "January 1st, 2028, or whatever earliest date she is eligible for retirement." Other terms included remote work, a research appointment that included her Director of Engineering Education work, a recognition-and-gratitude letter, and removal of an admonishment letter. *See* June 8 Tr. 43:16–24, 44:6–12.

4.23 In describing the contemplated final document, UTA's counsel expressly stated on the record that, "No additional material terms are to be added by either party." UTA's counsel also stated that the final Abortive Settlement Agreement and release were "subject to OAG approval."

After a revision to the faculty meeting provision, Dr. Huang and Dean Crouch each assented on the record to the stated terms. *See* June 8 Tr. 45:3–9, 46:10–24, 47:1–4, 47:21–48:14.

4.24 The Court discharged the jury following those representations. Its minute entry recorded that the case had settled based on the parties' representations in open court. The Court allowed thirty days for the parties to arrange the appropriate dismissal papers; it did not state that $85,000 could be retained until retirement. The stated payment undertaking contained no time-gated withholding condition. *See* June 8 Tr. 43:20–22, 48:24–49:19; First Lawsuit, ECF No. 80.

4.25 On June 9, 2026—one (1) day after the parties had reached the Abortive Settlement Agreement in open court—UTA submitted a markedly lowered assessment of Dr. Huang's performance for the 2024–2025 period through its Watermark/Digital Measures faculty review system. The "Department Chair" section states "Submitted June 9, 2026 by Sampson Gholston." Dr. Huang accessed the assessment that day. The document is displayed at the "Faculty Response Step." *See* Huang 2024–2025 Performance Review at 1–2 ("June 9 Review").

4.26 The assessment expressly assigns "Meets expectations" to Research/Creative Activity and Service, below the "Exceeds expectations" ratings in those areas in Dr. Huang's earlier annual reviews. Administration is marked "N/A," not "Unsatisfactory." The research narrative nevertheless credits Dr. Huang with supervising four Ph.D. students, six conference presentations including an award, and credits her work as principal investigator on two grants. The service narrative identifies her Director of Engineering Education work, service on three MAE committees, journal review work, service as an ABET program evaluator, service on journal advisory boards, and symposium leadership. Dr. Huang alleges that the lowered ratings did not fairly reflect her performance and—especially given the suspicious temporal proximity of the June 9 Review to the apparent conclusion of a lawsuit by Dr. Huang against UTA—were imposed for

a retaliatory reason. *See* June 9 Review at 3; First Lawsuit, ECF No. 43-1 at PLT_MSJ_APP_0021–0022.

4.27 The teaching narrative states that Dr. Huang taught MAE 1312 with twenty-four students and ME 6314 with four students, and that no student evaluations were submitted for those courses. Dr. Huang contests the accuracy of this assessment, and alleges that it evaluated subjects she did not teach. She further alleges that the evaluator was neither her supervisor nor a member of MAE, and did not meet or consult with her before submitting it, as has been UTA's regular practice for years. The system identifies Gholston as the person who submitted the June 9 Review in its stage designated for the Department Chair. *See* June 9 Review at 2; First Lawsuit, ECF No. 81 §§ II–III.

4.28 UTA's Annual Performance Evaluations Policy provides that evaluations address the entire scope of assigned duties, that employees receive a copy and an opportunity to meet with their supervisor to review the results, and that a copy of the evaluation should be included in the employee's personnel file. It directs tenured faculty to the separate tenured faculty review policy. *See* UTA Policy HR-SPE-PO-01 § II, II.A, at 1.

4.29 The tenured faculty policy requires written departmental criteria, assessment of assigned responsibilities, delivery of the report through the immediate supervisor, an opportunity for written objections within five working days, and subsequent review through the dean and provost. It expressly provides that annual review results "shall play a significant role in determining merit for merit raises," inform the following year's workload, and may support honors or accelerated promotion when performance exceeds expectations. *See* UTA Policy AA-FPT-PO-05 §§ II.B–C, II.D.2, II.D.5, II.D.7.a–c, at 2–5, 7–8.

4.30 Under UTA's stated policy, the ratings have consequences for merit-based compensation, assigned work, and consideration for professional recognition. In light of her prior ratings, her June 8 trial participation, the evaluator circumstances alleged above, and the assessment's submission the day after the parties executed the Abortive Settlement Agreement, Dr. Huang alleges that the downgrade imposed a material professional disadvantage.

4.31 Dr. Huang promptly challenged the assessment and filed her June 10 EEOC charge. The one-day interval after trial and abortive settlement, UTA's contemporaneous knowledge of her litigation, the irregular evaluation process alleged above, and the contrast with her record support her allegation that UTA would not have submitted and communicated the lowered assessment in this manner but for her protected activity. Dr. Huang seeks damages for the consequences actually caused by that conduct, and appropriate correction of the retaliatory record.

**D. UTA's breach of the executed settlement and the June 17 deterrent explanation.**

4.32 After the execution of the Abortive Settlement Agreement and the parties' assent to its terms on the record in federal court, UTA circulated further settlement paperwork and demanded a release encompassing Dr. Huang's newly accrued retaliation claim concerning the June 9 Assessment. That claim did not exist when the parties contemplated the terms of the Abortive Settlement Agreement, because the June 9 Assessment had not yet been published to Dr. Huang. UTA also sought a University of Texas System-wide no-rehire restriction for Dr. Huang. Neither new restriction had been stated in open court, where UTA's counsel had expressly said that neither party would add material terms. *See* June 8 Tr. 45:3–9; First Lawsuit, ECF No. 81 § IV.A, D.

4.33 UTA then took the position that it would initially pay only $15,000 of the agreed $100,000 consideration and withhold $85,000 until early 2028. The contemporaneous enforcement

motion described the withholding endpoint as February 2028. Dr. Huang alleges that the executed agreement did not authorize that condition or use of payment to deter further EEOC charges. She alleges that UTA breached its undertaking by refusing performance without the new condition. Her claim concerns the added deterrent condition, not a contention that the transcript specified an immediate payment deadline or that the Court's thirty-day deadline for dismissal papers was a payment deadline. *See* First Lawsuit, ECF No. 81 § IV.B–C; June 8 Tr. 43:20–22, 49:1–5.

4.34 During the discussions following execution of the Abortive Settlement Agreement, UTA's counsel represented in writing that UTA sought to use the timing of payment to induce Dr. Huang's forbearance from filing additional EEOC charges and pursuing discrimination complaints.

> "Delaying full payment helps address the risk of continued, baseless allegations during the interim, particularly if any of those allegations stem from the non-monetary terms of the settlement agreement."
>
> *See* First Lawsuit, ECF No. 81 § IV.C, at 3.

4.35 That communication followed Dr. Huang's new retaliation charge and arose in the same discussions in which UTA demanded release of the newly accrued claim. In that context, Dr. Huang alleges that "continued" allegations included additional discrimination and retaliation complaints, and that the stated objective was to discourage her continued use of the EEOC and related remedial procedures—as protected by Title VII—while she remained employed with UTA.

4.36 UTA thus linked its refusal to perform the existing agreement on the agreed terms to its desire to deter additional allegations. Dr. Huang alleges that UTA used settlement consideration it had already agreed to provide as financial pressure because she had exercised protected rights and UTA expected her to continue doing so. The challenged conduct was retaliatory nonperformance of the executed agreement and imposition of a new deterrent condition;

Dr. Huang does not challenge an employer's ability to negotiate a lawful, knowing, and voluntary release of accrued private claims.

4.37 Dr. Huang moved to enforce the Abortive Settlement Agreement on June 17, 2026 and specifically challenged the added release, no-rehire restriction, withholding condition, and retaliatory explanation. *See* First Lawsuit, ECF Nos. 81–82. The Abortive Settlement Agreement was not carried out because of UTA's insistence on additional material terms and refusal to perform without them, and the First Lawsuit subsequently returned to the trial docket.[1]

4.38 Dr. Huang suffered financial uncertainty, emotional distress, humiliation, and other injury from the retaliation. She seeks proven economic loss caused by UTA's retaliatory nonperformance, including any legally recoverable loss of use of money during the period payment was due under the agreement. The $85,000 identifies the amount UTA subjected to the new condition; it is not an automatic additional damages award. Recovery must account for the actual payment obligation, the subsequent disposition of the agreement, and any overlapping relief in the First Lawsuit.

## V. CAUSES OF ACTION

**Count I — Title VII retaliation: June 9 performance evaluation**
**42 U.S.C. § 2000e-3(a)**

5.1 Dr. Huang incorporates the foregoing factual and procedural allegations pertinent to this count. Dr. Huang's internal opposition to perceived unlawful discrimination, EEOC participation, prosecution of the First Lawsuit, and participation in its June 8 trial were protected activity. UTA knew of that activity.

[1] On August 14, 2026, the jury returned a verdict finding that UTA retaliated against Dr. Huang by removing her from the Associate Chair position and was further liable for sex-based harassment. *See* First Lawsuit, ECF No. 124 at 1–3.

5.2 UTA's submission and communication of the June 9 Assessment constituted materially adverse conduct in the circumstances alleged. Its lowered research and service ratings entered the formal process that UTA uses for merit raises, workload decisions, and professional recognition. That employment significance, the evaluator circumstances, and the timing relative to the June 8 trial could dissuade a reasonable employee from making or supporting a discrimination charge. The claim does not depend solely on Dr. Huang's disappointment with a rating.

5.3 UTA submitted and communicated the lowered assessment because of Dr. Huang's protected activity. The June 8 trial, Crouch's contemporaneous acknowledgment of favorable evaluations, the next-day submission, and the evaluator circumstances alleged above support but-for causation. Dr. Huang alleges that UTA would not have taken the challenged action in this manner absent her protected activity. *Cf. Univ. of Tex. Sw. Med. Ctr. v. Nassar*, 570 U.S. 338, 360–62 (2013).

5.4 As a result, Dr. Huang suffered injury to professional standing, emotional distress, humiliation, and any economic loss established to have resulted from the evaluation. She seeks compensatory damages, appropriate correction or rescission of the retaliatory record, and other relief authorized by Title VII, without duplication of relief in the First Lawsuit.

**Count II — Title VII retaliation: withholding performance of an executed settlement**
**42 U.S.C. § 2000e-3(a)**

5.5 Dr. Huang incorporates the foregoing factual and procedural allegations pertinent to this count. Dr. Huang's protected conduct included filing the earlier EEOC charge and the First Lawsuit, and her June 10 charge challenging new retaliation. UTA's counsel and other responsible representatives knew of those activities.

5.6 After executing the Abortive Settlement Agreement, UTA refused to perform its payment obligation on the agreed terms and imposed a new condition delaying $85,000 until early 2028. UTA used that substantial financial disadvantage as leverage because of Dr. Huang's protected activity and to discourage additional protected complaints. In the circumstances alleged, the retaliatory refusal to perform and the threatened extended withholding would dissuade a reasonable employee from further protected activity. Title VII's protection extends beyond ordinary workplace decisions. *Burlington Northern*, 548 U.S. at 63–68.

5.7 The June 17 explanation, its reference to continued allegations during the remaining employment period, and the contemporaneous demand to release the newly accrued evaluation claim support Dr. Huang's allegation of retaliatory causation. But for her protected conduct and UTA's effort to suppress its continuation, UTA would not have imposed the challenged deterrent condition. *Nassar*, 570 U.S. at 360–62.

5.8 In *EEOC v. Cosmair, Inc., L'Oreal Hair Care Division*, 821 F.2d 1085, 1089–91 (5th Cir. 1987), the Fifth Circuit held that suspending benefits owed under a signed release because an employee filed an EEOC charge constituted retaliation under the ADEA's parallel prohibition. Here, Dr. Huang alleges an existing undertaking and retaliatory refusal to perform without a new condition. The Abortive Settlement Agreement and the reading of its terms in open court establish the undertaking Dr. Huang invokes; the June 17 explanation and its context support the alleged retaliatory purpose. UTA's reference to final document approval does not itself explain or justify the separately alleged effort to deter protected complaints.

5.9 This count rests on retaliatory nonperformance and the new financial condition intended to deter protected complaints. Alternatively, even if the approval provision or a dispute over payment timing affected when the contractual payment obligation became enforceable,

UTA's targeted threat and imposition of prolonged withholding of Settlement funds because of protected activity were themselves materially adverse.

5.10 Through the challenged conduct, UTA caused the distinct injuries described above. Dr. Huang seeks compensatory and equitable relief for that independent Title VII violation, together with reasonable attorney's fees and costs. The executed agreement supplies the undertaking whose retaliatory nonperformance is challenged. Any recovery must compensate injury caused by that conduct without duplicating recovery in the First Lawsuit.

**Count III — Sex discrimination: MAE Chair search and non-selection**
**42 U.S.C. § 2000e-2(a)(1), (m)**

5.11 Dr. Huang incorporates the foregoing factual and procedural allegations pertinent to this count. Dr. Huang is a woman, applied for the permanent MAE Chair position, and was qualified for it. UTA excluded her from the November 14, 2025 finalist slate and denied her the permanent appointment in March 2026, advancing two male finalists and selecting Dr. Subbarao.

5.12 The non-selection deprived Dr. Huang of a specific employment opportunity carrying administrative authority, professional advancement, and associated compensation and benefits. UTA favored the male incumbent through the interim appointment, advance access to the application process, selective treatment of complaints, and the irregular selection process described above.

5.13 Taken together, the exclusively male finalists, Dr. Huang's qualifications, preferential treatment of Dr. Subbarao, inconsistent explanations concerning the selecting authority, undisclosed selection criteria, and departures from promised faculty participation support a reasonable inference of sex discrimination and pretext. Dr. Huang alleges that her sex

was a motivating factor in her exclusion and nonselection, even if other factors also motivated UTA. 42 U.S.C. § 2000e-2(m).

5.14 UTA thereby violated 42 U.S.C. § 2000e-2(a)(1). Dr. Huang seeks relief for the resulting lost opportunity, compensation and benefits, emotional distress, and other proven injury. She requests instatement or other appropriate equitable relief, or front pay where authorized and instatement is inappropriate, without duplicating any award in the First Lawsuit.

**Count IV — Retaliation: MAE Chair nonselection**
**42 U.S.C. § 2000e-3(a)**

5.15 Dr. Huang incorporates the foregoing factual and procedural allegations pertinent to this count. Before the challenged finalist and appointment decisions, Dr. Huang had opposed perceived unlawful employment discrimination, invoked UTA's discrimination procedures, filed an EEOC charge, and commenced and prosecuted the related Title VII action. UTA's responsible administrators knew of that protected activity.

5.16 UTA's exclusion of Dr. Huang from the finalist stage and denial of the permanent Chair appointment were materially adverse employment actions. A reasonable employee could be deterred from pursuing discrimination complaints by the loss of such a promotion. *Burlington Northern*, 548 U.S. at 68.

5.17 UTA's knowledge of Dr. Huang's ongoing protected activity, its preferential treatment of Dr. Subbarao, the inconsistent accounts of who selected the finalists, the withholding of selection criteria, and its different treatment of faculty complaints support Dr. Huang's allegation that the process was used to deny her advancement because she had challenged discrimination and pursued federal remedies. She relies on her discrimination-related opposition

and participation, rather than treating every disagreement over University governance as independently protected conduct.

5.18 But for Dr. Huang's protected activity, UTA would not have excluded her from the finalist slate or denied her the permanent Chair position in the manner alleged. *Nassar*, 570 U.S. at 360–62. The resulting injury includes the lost employment opportunity, associated compensation and benefits, professional harm, and emotional distress. She seeks the relief authorized by Title VII without duplicate recovery under Count III or in the First Lawsuit.

## VI. RULE 408 DOES NOT BAR THE INDEPENDENT RETALIATION CLAIM

6.1 It is a virtual certainty that Defendant will invoke the exclusion of compromise offers and negotiations under Federal Rule of Evidence 408 to defeat Count II above. Plaintiff will save Defendant the time of doing so, and illustrate why such an argument is meritless.

6.2 Rule 408 is a purpose-specific rule of exclusion which prohibits the use of compromise evidence to prove or disprove the validity or amount of the disputed claim, or for impeachment by a prior inconsistent statement or contradiction, while permitting admission for another purpose. FED. R. EVID. 408(a)–(b). The signed Abortive Settlement Agreement and subsequent correspondence are offered here to establish the existing undertaking and the separate retaliatory breach, withholding condition, and motive. Those are distinct from the merits or value of the discrimination claims settled on June 8, 2026.

6.3 Evidence of an executed settlement may establish the parties' undertakings and a subsequent breach without proving liability for the underlying dispute. *Cates v. Morgan Portable Bldg. Corp.*, 780 F.2d 683, 691 (7th Cir. 1985). The Advisory Committee expressly recognized this distinction in its 2006 note, describing *Cates* as holding that "Rule 408 does not bar evidence of a settlement when offered to prove a breach of the settlement agreement." *See* FED. R. EVID.

408 advisory committee's note to 2006 amendment. The note explains that this use establishes the fact of settlement rather than the validity or amount of the underlying claim. Here, Dr. Huang relies on the signed agreement and the open-court record to establish the payment obligation UTA undertook and the absence of the subsequently imposed deterrent condition. She does not offer the agreement as an admission that UTA committed the discrimination alleged in the earlier action. Rule 408 therefore does not bar this use of the settlement evidence.

6.4 The independent retaliation ground also applies even if the Court treats the post-agreement correspondence as renewed compromise negotiations. The same Advisory Committee note cites *Uforma/Shelby Business Forms, Inc. v. NLRB*, 111 F.3d 1284 (6th Cir. 1997), as permitting evidence of threats made during settlement negotiations when the claim concerns a wrong committed during those negotiations. *See* FED. R. EVID. 408 advisory committee's note to 2006 amendment. In *Uforma*, the Sixth Circuit held that Rule 408 did not exclude alleged threats to retaliate for protected activity when the evidence was offered to establish liability for making or carrying out those threats, rather than to establish the merits of the grievance under negotiation. 111 F.3d at 1293–94.

6.5 Similarly, *Carney v. American University*, 151 F.3d 1090, 1095–96 (D.C. Cir. 1998), permitted settlement correspondence to establish a separate retaliation claim concerning withheld benefits. Here, Dr. Huang offers the June 17 communication to establish the alleged retaliatory payment condition and its purpose: discouraging further protected complaints. The communication is evidence of the independent wrong alleged in Count II, rather than an admission concerning the discrimination claims resolved by the Abortive Settlement Agreement. Its characterization as settlement correspondence does not, by itself, require exclusion under Rule 408. *See id.*; *Uforma*, 111 F.3d at 1293–94.

6.6 Dr. Huang offers the June 17 communication as the contemporaneous explanation for the challenged payment condition. The terms read into open court establish the promised consideration and the express prohibition on additional material terms, while also disclosing the contemplated final document approval. The June 17 communication links prolonged withholding to continued allegations. That evidence bears on the conduct, material adversity, and alleged motive of the separate retaliation, rather than proving discrimination in the underlying case or valuing it. *See* June 8 Tr. 43:20–22, 45:3–9; First Lawsuit, ECF No. 81 § IV.C.

6.7 Execution and announcement of the terms of a settlement in open court do not make every settlement-related communication admissible for every purpose. Nor does an admission concerning the underlying disputed claim become admissible merely because it is damaging or made by government counsel. The distinction here is that UTA committed a new wrong through its post-agreement nonperformance and (admitted) conditioning of its payment of settlement funds on Dr. Huang's forbearance of exercising a constitutional right as it relates to potential conduct on UTA's part that may or may not occur in the ensuing year-and-a-half. Proof of that conduct and its purpose is independent of an impermissible inference that settling the earlier suit admitted discrimination. Dr. Huang seeks that limited evidentiary use, including if subsequent discussions are characterized as negotiations over an additional dispute.

6.8 The Court retains its ordinary authority over relevance, unfair prejudice, authentication, hearsay, completeness, and appropriate limiting instructions. FED. R. EVID. 105, 106, 403, 801(d)(2), 901. Dr. Huang seeks admission of the relevant communication and necessary context for the independent retaliation purpose, rather than unrestricted admission of all settlement discussions. Any distinct confidentiality obligation must be identified and addressed on its own

terms; it does not follow from Rule 408 alone. A categorical Rule 408 objection therefore does not defeat Count II.

## VII. DAMAGES AND EQUITABLE RELIEF

7.1 Dr. Huang seeks compensatory damages for proven pecuniary and nonpecuniary injury caused by the acts challenged in this action, including emotional distress, humiliation, and harm to professional standing. Compensatory damages are requested within the applicable aggregate statutory limit. No punitive damages are requested against UTA. 42 U.S.C. § 1981a(b)(1), (3).

7.2 For the permanent Chair non-selection, Dr. Huang seeks back pay and employment benefits she would have received but for the unlawful decisions, less appropriate earnings and offsets. She seeks instatement or other appropriate equitable relief and, if instatement is inappropriate, front pay to the extent authorized and supported by the evidence. Any award must account for compensation and benefits already recovered or awarded for the Associate Chair removal and must not compensate the same loss twice. 42 U.S.C. § 2000e-5(g)(1). Additionally, Dr. Huang seeks injunctive relief requiring UTA to reopen its permanent Chair search.

7.3 Dr. Huang seeks rescission, correction, or appropriate annotation of the retaliatory June 9 Evaluation and removal of its unlawful effect on employment decisions, to the extent supported by findings and necessary for complete relief. Any prospective order should be specifically tailored to the proven violations and their continuing effects, rather than direct UTA's internal affairs beyond the remedial authority supplied by Title VII.

7.4 Dr. Huang also seeks prejudgment interest on eligible past losses at the maximum compensatory rate permitted by law and supported by the record; postjudgment interest under 28 U.S.C. § 1961; and reasonable attorney's fees, recoverable expenses, and costs under 42 U.S.C. §

Case 4:26-cv-00180-P Document 1 Filed 09/25/26 Page 23 of 23 PageID 23

2000e-5(k). Fees and expenses attributed to this action will be separated from amounts recovered or sought for the same work in the First Lawsuit.

## VIII. JURY DEMAND

8.1 Dr. Huang demands a trial by jury on all issues triable of right by a jury. Fed. R. Civ. P. 38; 42 U.S.C. § 1981a(c). Issues of equitable relief are submitted to the Court.

## IX. PRAYER

Plaintiff requests that Defendant be summoned to appear and answer; that, after trial, judgment be entered for Plaintiff on the claims proved; and that the Court award compensatory damages, back pay and benefits, appropriate instatement or front pay, corrective and other properly tailored equitable relief, prejudgment and postjudgment interest, reasonable attorney's fees, recoverable expenses, and costs. Plaintiff further requests all other relief to which she is entitled, subject to applicable statutory limitations and without duplicate recovery.

Respectfully submitted,

**HILL GILSTRAP, P.C.**

By: /s/ Ian G. Klein

**Frank Hill**
Texas Bar No. 09632000
fhill@hillgilstrap.com
**Ian G. Klein**
Texas Bar No. 24123264
iklein@hillgilstrap.com
1400 W. Abram Street
Arlington, Texas 76013
Telephone: (817) 261-2222
Facsimile: (817) 861-4685

**ATTORNEYS FOR PLAINTIFF**